WD/WA: 3:21-MJ-5036-DWC

AO 442 (Rev. 01/09) Arrest Warrant

| FILED | LODGED |
|---|---|
| | RECEIVED |

February 11, 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Taylor James Johnatakis

_Defendant_

) Case: 1:21-cr-00091
) Assigned To : Lamberth, Royce C.
) Assign. Date : 02/05/2021
) Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Taylor James Johnatakis,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding; 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. § 231(a)(3) - Civil Disorder; 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 02/05/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.05 16:15:25 -05'00'

_Issuing officer's signature_

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 2-05-2021, and the person was arrested on _(date)_ 2-11-2021
at _(city and state)_ Kingston, WA.

Date: 2-11-2021

_Arresting officer's signature_

SH Kathryn Hamstra, FBI
_Printed name and title_