**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 1:21-cr-00091-RCL** |
| **vs.** | |
| **TAYLOR JOHNATAKIS,** | |
| **Defendant.** | |

**NOTICE OF APPEARANCE**

Please take notice that Christopher Black hereby enters his appearance as counsel in this matter for defendant Taylor Johnatakis, and requests that all future papers and pleadings, except original process, be directed to the below-noted address.

Respectfully submitted this 6th day of April, 2021.

BLACK & ASKEROV, PLLC

Christopher Black, Bar ID # WA0023
Attorney for Taylor Johnatakis
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:        206.623.1604
Fax:           206.658.2401
Email:         chris@blacklawseattle.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below-noted date,

via the CM/ECF system, upon the parties required to be served in this action.

Respectfully submitted this 6th day of April, 2021.

BLACK & ASKEROV, PLLC

Christopher Black, Bar ID # WA0023
Attorney for Taylor Johnatakis
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:          206.623.1604
Fax:              206.658.2401
Email:           chris@blacklawseattle.com