UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-91-01/03 (RCL) |
| | : | |
| CRAIG MICHAEL BINGERT and | : | |
| TAYLOR JAMES JOHNATAKIS, | : | |
| | : | |
| Defendants. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States, counsel for Defendant Craig Bingert, and counsel for Defendant Taylor Johnatakis have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the above referenced Defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar Number 415793

By:     /s/ Angela N. Buckner
Angela N. Buckner
D.C. Bar No. 1022880
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 10-108
Washington, D.C. 20530
(202) 252-2656
Angela.Buckner@usdoj.gov