UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-CR-091-01-03 (RCL) |
| v. | : | |
| | : | VIOLATIONS: |
| CRAIG MICHAEL BINGERT, | : | 18 U.S.C. § 1512(c)(2), 2 |
| ISAAC STEVE STURGEON, and | : | (Obstruction of an Official Proceeding) |
| TAYLOR JAMES JOHNATAKIS, | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding Certain Officers) |
| Defendants. | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Engaging in Physical Violence in a Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(E) |
| | : | (Impeding Passage Through the Capitol Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol Grounds or Buildings) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia and elsewhere, **CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON**, and **TAYLOR JAMES JOHNATAKIS**, attempted to, and did, corruptly obstruct, influence, and impede an official

proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol Grounds without authority, engaging in disorderly and disruptive conduct, and committing an act of civil disorder.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON,** and **TAYLOR JAMES JOHNATAKIS**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON,** and **TAYLOR JAMES JOHNATAKIS**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON,** and **TAYLOR JAMES JOHNATAKIS,** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON,** and **TAYLOR JAMES JOHNATAKIS,** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON,** and **TAYLOR JAMES JOHNATAKIS,** did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the

United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

**(Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

### COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON,** and **TAYLOR JAMES JOHNATAKIS**, willfully and knowingly obstructed, and impeded passage through and within, the United States Capitol Grounds and any of the Capitol Buildings.

**(Obstructing, or Impeding Passage Through or Within, the Grounds or Any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(E))

### COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON,** and **TAYLOR JAMES JOHNATAKIS**, willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

**(Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips/RvH*

Attorney of the United States in
and for the District of Columbia.