WD/WA: 3:21-MJ-5036-DWC

AO 442 (Rev. 01/09) Arrest Warrant

| FILED _____ LODGED |
| --- |
| _____ RECEIVED |
| **February 11, 2021** |
| CLERK U.S. DISTRICT COURT |
| WESTERN DISTRICT OF WASHINGTON AT TACOMA |
| BY _____ DEPUTY |

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | )  Case: 1:21-cr-00091 |
| --- | --- |
| v. | )  Assigned To : Lamberth, Royce C. |
| Taylor James Johnatakis | )  Assign. Date : 02/05/2021 |
|  | )  Description: INDICTMENT (B) |

_____

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Taylor James Johnatakis                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding; 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or
Impeding Certain Officers; 18 U.S.C. § 231(a)(3) - Civil Disorder; 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a
Restricted  Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or
Grounds; 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) -
Act of Physical Violence in the Capitol Grounds or Buildings.

Date:  02/05/2021

_____
*Issuing officer's signature*

Digitally signed by G. Michael
Harvey
Date: 2021.02.05 16:15:25 -05'00'

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)*  2-05-2021 , and the person was arrested on *(date)*  2-11-2021 |
| at *(city and state)*  Kingston, WA . |
| Date:  2-11-2021 |

*Arresting officer's signature*

SH Kathryn Hamstra, FBI
*Printed name and title*

___ FILED ___ LODGED
___ RECEIVED

**February 11, 2021**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**FILED**

FEB 0 5 2021

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on January 8, 2021**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| | : | **GRAND JURY ORIGINAL** |
| | : | |
| **TAYLOR JAMES JOHNATAKIS,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1512(c)(2), 2** |
| **Defendant** | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers)** |
| | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(4)** |
| | : | **(Engaging in Physical Violence in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(E)** |
| | : | **(Impeding Passage Through the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **40 U.S.C. § 5104(e)(2)(F)** |
| | : | **(Act of Physical Violence in the Capitol** |
| | : | **Grounds or Buildings)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia and elsewhere,

**TAYLOR   JAMES**

**JOHNATAKIS** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol Grounds without authority, engaging in disorderly and disruptive conduct, and committing an act of civil disorder.

> (**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

### COUNT TWO

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties.

> (**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT THREE

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

> (**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** did

unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted,

cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where

the Vice President and Vice President-elect were temporarily visiting, without lawful authority to

do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** did

knowingly, and with intent to impede and disrupt the orderly conduct of Government business and

official functions, engage in disorderly and disruptive conduct in and within such proximity to, a

restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area

within the United States Capitol and its grounds, where the Vice President and Vice President-

elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the

orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** did

knowingly, engage in any act of physical violence against any person and property in a restricted

building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the

United States Capitol and its grounds, where the Vice President and Vice President-elect were

temporarily visiting.

> (**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of
> Title 18, United States Code, Section 1752(a)(4))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** willfully

and knowingly obstructed, and impeded passage through and within, the United States Capitol

Grounds and any of the Capitol Buildings.

> (**Obstructing, or Impeding Passage Through or Within, the Grounds or Any of the
> Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(E))

4

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS**  willfully

and knowingly engaged in an act of physical violence within the United States Capitol Grounds

and any of the Capitol Buildings.

(**Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

5

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-cr-00091 |
| **Taylor James Johnatakis** | ) Assigned To : Lamberth, Royce C. |
| | ) Assign. Date : 02/05/2021 |
| _____ | ) Description: INDICTMENT (B) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Taylor James Johnatakis                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding; 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or
Impeding Certain Officers; 18 U.S.C. § 231(a)(3) - Civil Disorder; 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a
Restricted  Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or
Grounds; 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) -
Act of Physical Violence in the Capitol Grounds or Buildings.

Digitally signed by G. Michael
Harvey
Date: 2021.02.05 16:15:25 -05'00'

Date:   **02/05/2021**                              _____
                                                                            *Issuing officer's signature*

City and state:    **Washington, D.C.**                        ___G. Michael Harvey, U.S. Magistrate Judge___
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                     _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

1

2

3

____ FILED ____ LODGED
____ RECEIVED

February 11, 2021

4
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

5

6

7

8                  UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                          AT TACOMA

10   UNITED STATES OF AMERICA,

11                  Plaintiff,                     CASE NO. MJ21-5036-DWC

12          v.                                     WAIVER OF RULE 5(c)(3)(D)
                                                   HEARING AND ORDER OF
13   TAYLOR JAMES JOHNATAKIS,                      TRANSFER

14                  Defendant.

15

16              WAIVER OF RULE 5(c)(3)(D) HEARING

17        I, TAYLOR JAMES JOHNATAKIS, have appeared before a United States

18  Magistrate Judge in the Western District of Washington, who has advised me of the

19  provisions of Rule 20 and of and my right to a further hearing pursuant to Rule

20  5(c)(3)(D) of the Federal Rules of Criminal Procedure.  I wish to waive my right to such

21  further hearing, therefore:

22        (a)    I acknowledge that I am the person named in an indictment,
                 information or warrant pending in the U. S. District Court for the
23               District of Columbia  (1:21-CR-00091-RCL).

24

WAIVER OF RULE 5(C)(3)(D) HEARING AND
ORDER OF TRANSFER- 1

(b)    I waive my right to production of the warrant or any other original papers relating to these charges or certified copies thereof;

(c)    If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

(d)    I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

Dated this ___11 th___ day of February, 2021.

_____
Defense Counsel

Signed on Defendant's behalf by counsel
_____
Signature of Defendant   with Defendant's Consent

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF TRANSFER**

Based upon the foregoing Waiver, it is hereby ORDERED that further proceedings in this case shall be conducted in the U. S. District Court for the District of Columbia.

The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district.

Unless defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district.

If released on bond, defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

_____
David W. Christel
United States Magistrate Judge

WAIVER OF RULE 5(C)(3)(D) HEARING AND
ORDER OF TRANSFER- 2



# United States District Court
*Western District of Washington*



| FILED | LODGED |
| RECEIVED | |

**February 11, 2021**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES OF AMERICA,
vs.

**Taylor James Johnatakis**

# APPEARANCE BOND
## CASE No: MJ21-5036-DWC

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances**. I must appear in court at the *United States Courthouse, 333 Constitution Ave NW, Washington, DC*; *Courtroom: AS DIRECTED VIA ZOOM*, on Wednesday, February 17, 2021 at 1:00 PM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 5 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed below under 'Other Conditions'.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.

**The defendant has had a full opportunity to review this Appearance Bond and confer with his attorney. During the initial appearance and detention hearing, conducted by video/telephone during the COVID-19 Health Emergency, defendant orally agreed to be bound by the terms of the bond. A copy of this executed document shall be provided to the defendant at the hearing's conclusion via US Marshal.**

**OTHER SPECIAL CONDITIONS:**

- Travel is restricted to the Western District of Washington and District of Columbia (for legal purposes only), or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.

Appearance Bond
Page 2 of 2

Taylor James Johnatakis                                                          MJ21-5036-DWC

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court.  I understand this appearance bond remains in effect during any proceeding on appeal or review.

| X | **February 11, 2021** | **Kingston, Washington** |
|---|---|---|
| Signature | Date Signed | City, State of Residence |

---

## ORDER OF RELEASE

It is therefore ORDERED:

(1) Defendant shall comply with all conditions of this appearance Bond;

(2) Defendant shall be released from custody, and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

| **February 11, 2021** | |
|---|---|
| Date Signed | David Christel |
| | UNITED STATES MAGISTRATE JUDGE |

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*

Query    Reports    Utilities    Help    What's New    Log Out

BOND,CLOSED,PASSPORT

# U.S. District Court
# United States District Court for the Western District of Washington (Tacoma)
# CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1

Case title: USA v. Johnatakis                    Date Filed: 02/11/2021
Other court case number:  1:21-CR-00091-RCL District of     Date Terminated: 02/11/2021
                          Columbia

Assigned to: Judge David W. Christel

**Defendant (1)**

**Taylor James Johnatakis**          represented by   **Christopher R Black**
*TERMINATED: 02/11/2021*                             BLACK & ASKEROV PLLC
                                                     705 2ND AVE #1111
                                                     SEATTLE, WA 98104
                                                     206-623-1604
                                                     Email: chris@blacklawseattle.com
                                                     *ATTORNEY TO BE NOTICED*

**Pending Counts**                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

18:1512(c)(2),2 - Obstruction of an Official
Proceeding; 18:111(a)(1) - Assaulting,
Resisting, or Impeding Officers; 18:231(a)
(3) - Civil Disorder; 18:1752(a)(1) -
Entering and Remaining in a Restricted
Building; 18:1753(a)(2) - Disorderly
Conduct in a Restricted Building;
18:1752(a)(4) - Engaging in Physical
Violence in a Restricted Building;
40:5104(e)(2)(E) - Impeding Passage

Through the Capitol Grounds; 40:5104(e)
(2)(F) - Act of Physical Violence in the
Capitol Grounds or Buildings

---

**Plaintiff**

**USA**

represented by **William Kennelly Dreher**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: william.dreher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Assistant US Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2021 | 1 | NOTICE OF ATTORNEY APPEARANCE: Christopher R Black appearing for Taylor James Johnatakis (Black, Christopher) (Entered: 02/11/2021) |
| 02/11/2021 | 3 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT (Indictment, Warrant) as to Taylor James Johnatakis (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | | Arrest of Taylor James Johnatakis on 2/11/2021. (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 4 | Minute Entry for proceedings held before Judge David W. Christel- CRD: *Kim Brye*; AUSA: *William Dreher*; Def Cnsl: *Christopher Black*; PTS: *Jamie Halvorson*; Time of Hearing: *2:30 PM*; Session #: *Zoom Audio/Video*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS VIA ZOOM** as to Taylor James Johnatakis held on 2/11/2021. Defendant present via Zoom from Tacoma Courthouse. Defendant consents to video appearance. Defendant advised of rights and charges. Defendant files Waiver of Rule 5 Hearing. Court signs Order of Transfer. Parties discuss conditions of release. Defendant placed on bond. (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 5 | Appearance Bond Entered as to Taylor James Johnatakis (1) PTS bond with standard and special conditions. (cc: PTS/USPO/USMO) (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to District of Columbia as to Taylor James Johnatakis by Judge David W. Christel. (cc: PTS, USMO) (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 7 | Arrest Warrant Returned Executed on 2/11/2021 in case as to Taylor James Johnatakis. (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 8 | The Court Orders as follows: Pursuant to the Due Process Protection Act, counsel for the government is reminded of his/her obligations pursuant to *Brady v. Maryland* and its progeny to disclose exculpatory material and information, as required by applicable statute and case law. The failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. By Judge David W. Christel. *(No.pdf image attached)* (KEB) (Entered: 02/12/2021) |
| 02/12/2021 | 9 | LETTER from WD/WA to District of Columbia re Rule 5 transfer as to defendant Taylor James Johnatakis (KEB) (Main Document 9 replaced on 2/12/2021) (KEB). (Entered: |

| | | 02/12/2021) |
|---|---|---|
| 02/12/2021 | [10](#) | NOTICE of Corrected Image/Document (correcting hearing date) as to defendant Taylor James Johnatakis re [9](#) Letter. (Service of corrected image is attached). (KEB) (Entered: 02/12/2021) |
| 02/19/2021 | [11](#) | Receipt for Surrender of Passport as to Taylor James Johnatakis. Passport issued by USA. Stored at Seattle office. (KMP) (Entered: 02/26/2021) |