UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CRAIG BINGERT et al.,<br><br>          Defendants. | Case No. 1:21-cr-00091-RCL |

## AGREED MOTION TO CONTINUE STATUS CONFERENCE

Defendant Taylor Johnatakis, by undersigned counsel, respectfully moves to continue the status conference in this matter currently set for Monday, September 27, 2021 at 1:00 p.m. to one of the following dates: October 19, 2021 (any time), October 21, 2021 (afternoon), October 22, 2021 (any time), or October 26, 2021 (afternoon).  The basis for the request is that undersigned counsel will be starting a trial in the Western District of Washington on the day of the currently scheduled status conference.  This trial was rescheduled *sua sponte* by the trial judge subsequent to the scheduling of the status conference in this matter.

Undersigned counsel has conferred with counsel for the government and counsel for co-defendants Bingert and Sturgeon about the request for continuance and the proposed dates for the rescheduled hearing.  No parties object to the requested continuance and all parties are available on the proposed new dates.

For the foregoing reasons, Mr. Johnatakis asks the Court to grant the requested continuance.

Respectfully submitted this 22nd day of September, 2021.

BLACK & ASKEROV, PLLC

_/s/ Christopher Black_

Christopher Black, Bar ID # WA0023
Attorney for Taylor Johnatakis
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:       206.623.1604
Fax:           206.658.2401
Email:        chris@blacklawseattle.com
