UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TAYLOR JOHNATAKIS,<br><br>      Defendant. | Case No. 1:21-cr-00091-RCL |

**DEFENDANT TAYLOR JOHNATAKIS'S MOTION TO ADOPT AND JOIN CO-DEFENDANT ISAAC STURGEON'S MOTION TO DISMISS COUNTS ONE, THREE, FOUR, FIVE, AND SIX OF THE SUPERSEDING INDICTMENT**

Defendant Taylor Johnatakis, by undersigned counsel, Christopher Black, respectfully moves this Court for leave to adopt and join the motion to dismiss counts one, three, four, five, and six of the Superseding Indictment filed by co-defendant Isaac Sturgeon. Dkt. No. 55.

The facts and circumstances set forth in co-defendant Isaac Sturgeon's motion to dismiss are equally applicable to Taylor Johnatakis. The legal arguments and authorities contained in Mr. Sturgeon's motion are identical to those which Mr. Johnatakis would have cited had he filed a separate motion. It would be duplicative for Mr. Johnatakis to spend considerable time preparing a motion which would contain identical arguments and authorities to the motion filed by Mr. Sturgeon.

For the foregoing reasons, Mr. Johnatakis respectfully moves for the entry of an Order granting leave to adopt and join the above-referenced motion to dismiss filed by Mr. Sturgeon.

Respectfully submitted this 29th day of December, 2021.

BLACK & ASKEROV, PLLC

*/s/ Christopher Black*

Christopher Black, Bar ID # WA0023
Attorney for Taylor Johnatakis
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:      206.623.1604
Fax:          206.658.2401
Email:       chris@blacklawseattle.com
