UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR JOHNATAKIS,<br><br>Defendant. | Case No. 1:21-cr-00091-RCL |

**ORDER GRANTING MOTION TO ADOPT AND JOIN CO-DEFENDANT ISACC STURGEON'S MOTION TO DISMISS COUNTS ONE, THREE, FOUR, FIVE, AND SIX OF THE SUPERSEDING INDICTMENT**

THIS MATTER, having come before the Court on Taylor Johnatakis's motion to adopt and join co-defendant Isaac Sturgeon's motion to dismiss counts one, three, four, five, and six of the Superseding Indictment, and the Court having considered the facts set forth in the motion and the records and files herein, the Court hereby ORDERS that defendant Taylor Johnatakis's motion to adopt and join co-defendant Isaac Sturgeon's motion to dismiss is granted.

DONE this _____ day of _____, 20____.

_____
The Honorable Royce C. Lamberth
United States District Judge