UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      Plaintiff,<br><br>vs.<br><br>**TAYLOR JOHNATAKIS,**<br><br>      Defendant. | Case No. 1:21-cr-00091-RCL |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

THIS MATTER, having come before the Court on a motion to withdraw filed by counsel for Taylor Johnatakis, and the Court having considered the facts set forth in the motion and the records and files herein, the Court hereby ORDERS that a hearing shall be set on _____, 2022 at _____, at which time the Court shall conduct the necessary colloquy with Mr. Johnatakis to determine whether he may proceed without counsel in this matter.

DONE this _____ day of _____, 20____.

_____
The Honorable Royce C. Lamberth
United States District Judge