# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Twenty        Month: Seven        Year: 2022 CE

Angela D. Caesar, Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

*[Handwritten annotation:]* Let this be filed. All relief requested is DENIED. Royce Lamberth. U.S.D.J. 7/29/22

In reply to: "CAT B **U.S. District Court District of Columbia (Washington, DC) CRIMINAL DOCKET FOR CASE #: 1:21-cr-00091-RCL-3** Case title: USA v BINGERT ET AL Date Filed: 02/05/2021 Assigned to: Judge Royce C. Lamberth **Defendant (3) TAYLOR JAMES JOHNATAKIS**, Pending Counts, , Docket Text 3, 5 6 43 12 15 23 25 31, 32 33 34 40 45 46 47, 51 52 53 55 56 57 58 59 60 61 63 65 66 67 68, 70"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis, a sentient moral being accept your Presentment "CAT B **U.S. District Court District of Columbia (Washington, DC) CRIMINAL DOCKET FOR CASE #: 1:21-cr-00091-RCL-3** Case title: USA v BINGERT ET AL Date Filed: 02/05/2021 Assigned to: Judge Royce C. Lamberth **Defendant (3)** **TAYLOR JAMES JOHNATAKIS**, **Pending Counts**, , Docket Text 3, 5 6 43 12 15 23 25 31, 32 33 34 40 45 46 47, 51 52 53 55 56 57 58 59 60 61 63 65 66 67 68, 70" and return your offer herein attached to you. I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close the Account and issue the Order of the Court to me immediately.
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*[Signature: Taylor James Johnatakis]*

Taylor James Johnatakis
c/o 29628 Gamble Place NE
Kingston, Washington

Attachment: "CAT B **U.S. District Court District of Columbia (Washington, DC) CRIMINAL DOCKET FOR CASE #: 1:21-cr-00091-RCL-3** Case title: USA v BINGERT ET AL Date Filed: 02/05/2021 Assigned to: Judge Royce C. Lamberth **Defendant (3) TAYLOR JAMES JOHNATAKIS**, Pending Counts, , Docket Text 3, 5 6 43 12 15 23 25 31, 32 33 34 40 45 46 47, 51 52 53 55 56 57 58 59 60 61 63 65 66 67 68, 70"

cc: Honorable Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Angela Nichole Buckner Assistant United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: UNITED STATES DISTRICT COURTHOUSE 333 Constitution Avenue N.W. Washington, D.C. 20001

*[Stamp: Mail Room JUL 25 2022 Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia]*

"Accepted"

JUL 2 0 2022

*Taylor James Johnatakis*

CAT B

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CRIMINAL DOCKET FOR CASE #: 1:21-cr-00091-RCL-3**

| | |
|---|---|
| Case title: USA v. BINGERT ET AL | Date Filed: 02/05/2021 |

Assigned to: Judge Royce C. Lamberth

### Defendant (3)

**TAYLOR JAMES JOHNATAKIS**  represented by **Chris Black**
BLACK & ASKEROV, PLLC
705 2nd Ave.
Suite 1111
Seattle, WA 98104
206-623-1604
Email: chris@blacklawseattle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting
(1)

18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting
(1s)

18:1512(c)(2)and 2 ; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting
(1ss)

18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers
(2)

18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers
(2s)

18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers
(2ss)

18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder
(3)

18:231(a)(3); CIVIL DISORDER; Civil Disorder

### Disposition

(3s)

18:231(a)(3); CIVIL DISORDER; Civil Disorder
(3ss)

18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds
(4)

18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds
(4s)

18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds
(4ss)

18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds
(5)

18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds
(5s)

18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds
(5ss)

18 U.S.C. 1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds
(6)

18:1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds
(6s)

18:1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds
(6ss)

40 U.S.C. 5104(e)(2)(E); FEDERAL STATUTES, OTHER; Obstructing, or Impeding Passage Through or Within, the Grounds or Any of the Capitol Buildings
(7)

40:5104(e)(2)(E); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Obstructing, or Impeding Passage Through or Within, the

"**Accepted**"

JUL 2 0 2022

*Taylor James Johnatalas*

Grounds or Any of the Capitol Buildings
(7s)

40:5104(e)(2)(E); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Obstruction, or
Impeding Passage Through or Within, the
Grounds or Any of the Capitol Buildings
(7ss)

40 U.S.C. 5104(e)(2)(F); FEDERAL
STATUTES, OTHER; Engaging in an Act
of Physical Violence in the Grounds or
Any of the Capitol Buildings
(8)

40:5104(e)(2)(F); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Engaging in an
Act of Physical Violence in the Grounds or
Any of the Capitol Buildings
(8s)

40:5104(e)(2)(F); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Engaging in an
Act of Physical Violence in the Grounds or
Any of the Capitol Buildings
(8ss)

**"Accepted"**

JUL 2 0 2022

*Taylor James Johnatakis*

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

---

### Plaintiff

**USA**                                        represented by **Angela Nichole Buckner**
U.S. ATTORNEY'S OFFICE DOJ/USAO
Sex Offense/ Domestic Violence
555 4th Street, NW
Washington, DC 20530
(202) 445-8340
Email: angela.buckner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2021 | 3 | SEALED INDICTMENT as to CRAIG MICHAEL BINGERT (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, ISAAC STEVE STURGEON (2) count(s) 1, 2, 3, 4, 5, 6, 7, 8, TAYLOR JAMES JOHNATAKIS (3) count(s) 1, 2, 3, 4, 5, 6, 7, 8. (zltp) (Entered: 02/08/2021) |

| | | |
|---|---|---|
| 02/05/2021 | 5 | MOTION to Seal Case by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 02/08/2021) |
| 02/05/2021 | 6 | ORDER granting 5 Motion to Seal Case as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). Signed by Magistrate Judge G. Michael Harvey on 2/5/21. (zltp) (Entered: 02/08/2021) |
| 02/11/2021 | | Arrest of Defendant TAYLOR JAMES JOHNATAKIS (3) in the Western District of Washington. (kk) (Entered: 03/24/2021) |
| 02/16/2021 | 43 | Rule 5(c)(3) Documents Received as to TAYLOR JAMES JOHNATAKIS from US District Court Western District of Washington Case Number 3:21–mj–5036 DWC (bb) (Entered: 08/10/2021) |
| 02/17/2021 | 12 | ORDER Setting Conditions of Release as to TAYLOR JAMES JOHNATAKIS (3) Personal Recognizance. Signed by Magistrate Judge Robin M. Meriweather on 2/17/2021. (ztl) (Additional attachment(s) added on 4/22/2021: # 1 Appearance Bond) (zkk). (Entered: 02/19/2021) |
| 02/17/2021 | 15 | Arrest Warrant, dated 2/5/2021, returned executed in the U.S. District Court for the District of Columbia on 2/17/2021 as to Defendant TAYLOR JAMES JOHNATAKIS (3). (bb) Modified on 3/24/2021 (kk). (Entered: 03/09/2021) |
| 02/17/2021 | | ORAL MOTION by USA to Exclude Time Under the Speedy Trial Act from 2/17/2021 to 3/12/2021 as to Defendant TAYLOR JAMES JOHNATAKIS (3). (kk) (Entered: 03/24/2021) |
| 02/17/2021 | | Minute Entry for Initial Appearance and Arraignment as to TAYLOR JAMES JOHNATAKIS (3) held by video before Magistrate Judge Robin M. Meriweather on 2/17/2021 : The defendant agreed to proceed by video. The Court advised the Government of its due process obligations under Rule 5(f). Plea of Not Guilty entered by TAYLOR JAMES JOHNATAKIS (3) to Counts 1, 2, 3, 4, 5, 6, 7 and 8. Status Hearing set before Judge Royce C. Lamberth on 3/12/2021 at 10:00 AM. Oral Motion by USA, with no opposition by the defense, to Exclude Time Under the Speedy Trial Act from 2/17/2021 to 3/12/2021, heard and granted in the interest of justice. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond. Court Reporter: FTR Gold – Ctrm. 28A; FTR Time Frame: 1:51:14 – 2:03:21. Defense Attorneys: Jose German standing in and Christopher Black (will be seeking pro hac vice admission); U.S. Attorney: Kelly Smith for Angela Buckner; Pretrial Officer: Shay Holman. (kk) (Entered: 03/24/2021) |
| 03/06/2021 | | Case unsealed as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (bb) (Entered: 03/09/2021) |
| 03/12/2021 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Arraignment/Status Conference as to TAYLOR JAMES JOHNATAKIS (3) held on 3/12/2021. Defendant arraigned and a plea of NOT GUILTY entered on counts 1–8. The Court finds that the period from March 12, 2021 through May 5, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to TAYLOR JAMES JOHNATAKIS (3). Status Conference set for 5/5/2021 at 10:00 AM in Telephonic/VTC before Judge Royce C. Lamberth. Bond Status of Defendant: remains on PERSONAL RECOGNIZANCE BOND (PR)/appeared via video; Court Reporter: Lisa Moreira; Defense Attorney: Christopher Black; US Attorney: Angela Buckner. (nbn) (Entered: 03/12/2021) |
| 04/06/2021 | 23 | NOTICE OF ATTORNEY APPEARANCE: Chris Black appearing for TAYLOR JAMES JOHNATAKIS (Black, Chris) (Entered: 04/06/2021) |
| 04/20/2021 | 25 | Unopposed MOTION for Protective Order by USA as to CRAIG MICHAEL BINGERT, TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order as to Defendants Bingert and Johnatakis, # 2 Exhibit as to Defendant Bingert, # 3 Exhibit as to Defendant Johnatakis)(Buckner, Angela) (Entered: 04/20/2021) |
| 05/04/2021 | 31 | ORDER granting 30 Motion for Protective Order as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). Signed by Judge Royce C. Lamberth on 5/4/2021. (lcrcl3) (Entered: 05/04/2021) |

"Accepted"

JUL 2 0 2022

*Taylor James Johnatakis* [signature]

| | | |
|---|---|---|
| 05/05/2021 | 32 | Unopposed MOTION for Disclosure *of 6(e) and Sealed Materials* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(Buckner, Angela) (Entered: 05/05/2021) |
| 05/05/2021 | | Minute Entry for video Arraignment and Status Conference held before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2) and TAYLOR JAMES JOHNATAKIS (3) on 5/5/2021. Defendant ISAAC STEVE STURGEON (2) Arraigned and enters a Plea of Not Guilty as to Counts 1, 2, 3, 4, 5, 6, 7 and 8 of the Indictment and waives the formal reading. Further Status Conference set for 8/5/2021 at 10:00 AM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 5/5/2021 through 8/5/2021. Bond Status of Defendants: personal recognizance; Court Reporter: Lisa Edwards. Defense Attorneys: Allen Howard Orenberg (1); Maria Jacob (2) and Chris Black (3); US Attorney: Angela Nichole Buckner. (lsj) (Entered: 05/06/2021) |
| 05/06/2021 | 33 | ORDER granting 32 Motion for Disclosure as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). Signed by Judge Royce C. Lamberth on 5/6/2021. (lcrcl3) (Entered: 05/06/2021) |
| 05/07/2021 | 34 | SUPERSEDING INDICTMENT as to CRAIG MICHAEL BINGERT (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, ISAAC STEVE STURGEON (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, TAYLOR JAMES JOHNATAKIS (3) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s. (bb) (Entered: 05/12/2021) |
| 08/04/2021 | 40 | NOTICE *OF FILING DISCOVERY LETTER* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (Attachments: # 1 Notice to Counsel/Party of Discovery)(Buckner, Angela) (Entered: 08/04/2021) |
| 08/05/2021 | | Minute Entry for video proceedings held before Judge Royce C. Lamberth on 8/5/2021 held as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2) and TAYLOR JAMES JOHNATAKIS (3). Defendants consent to appear by video and arraigned as to Counts 1s–8s of the Superseding Indictment. Defendants enter a Plea of Not Guilty as to all Counts and waives the formal reading of the Superseding Indictment. Further Status Conference set for 9/27/2021 at 1:00 PM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 8/5/2021 through 9/27/2021. Bond Status of Defendants: remains on personal recognizance; Court Reporter: Sara Wick. Defense Attorneys: Allen Howard Orenberg (1); Maria Jacob (2) and Chris Black (3); US Attorney: Angela Nichole Buckner. (lsj) (Entered: 08/05/2021) |
| 09/22/2021 | 45 | MOTION to Continue *Status Conference (Agreed)* by TAYLOR JAMES JOHNATAKIS as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(Black, Chris) (Entered: 09/22/2021) |
| 09/24/2021 | 46 | ORDER granting 45 Motion to Continue as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). The Status Conference set for 9/27/2021 is vacated and reset for 10/19/2021 at 10:00 AM by VTC. Signed by Judge Royce C. Lamberth on 09/24/2021. (lcrcl3) Modified on 9/29/2021 (lsj). (Entered: 09/24/2021) |
| 10/17/2021 | 47 | NOTICE *OF FILING DISCOVERY LETTER* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (Attachments: # 1 Notice to Counsel/Party Regarding Voluminous Discovery, # 2 Exhibit A, # 3 Notice to Counsel/Party Regarding Voluminous Discovery, # 4 Notice to Counsel/Party Regarding Voluminous Discovery)(Buckner, Angela) (Entered: 10/17/2021) |
| 10/19/2021 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2) and TAYLOR JAMES JOHNATAKIS (3) on 10/19/2021. Forthcoming Scheduling Order. Bond Status of Defendants: remain on personal recognizance; Court Reporter: Cathryn Jones; Defense Attorneys: Allen Howard Orenberg (1), Maria Jacob (2) and Chris Black (3); US Attorney: Angela Nichole Buckner. (lsj) (Entered: 10/19/2021) |

"Accepted" JUL 2 0 2022 *Taylor James Johnatakis*

| 10/19/2021 | 51 | ORDER as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, and TAYLOR JAMES JOHNATAKIS. Motion(s) to dismiss due by 12/7/2021. Government's response due by 12/21/2021. Any replies due by 1/11/2022. Signed by Judge Royce C. Lamberth on 10/19/2021. (lcrcl3) (Entered: 10/19/2021) |
|---|---|---|
| 10/25/2021 | 52 | STATUS REPORT *REGARDING VOLUMINOUS CAPITOL BREACH DISCOVERY* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (Buckner, Angela) (Entered: 10/25/2021) |
| 11/10/2021 | 53 | SUPERSEDING INDICTMENT as to CRAIG MICHAEL BINGERT (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, ISAAC STEVE STURGEON (2) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, TAYLOR JAMES JOHNATAKIS (3) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss. (zstd) (Entered: 11/10/2021) |
| 12/07/2021 | 55 | MOTION to Dismiss Count *One, Three, Four, Five, and Six of the Superseding Indictment* by ISAAC STEVE STURGEON. (Jacob, Maria) (Entered: 12/07/2021) |
| 12/13/2021 | 56 | MOTION Adopt and Join Motion to Dismiss Counts 1, 3, 4, 5 & 6 of the Superseding Indictment filed by Co-Defendant Isaac Steve Sturgeon (Doc. 55) by CRAIG MICHAEL BINGERT. (Orenberg, Allen) Modified event on 12/29/2021 (znmw). (Entered: 12/13/2021) |
| 12/14/2021 | 57 | Consent MOTION for Extension of Time to File Response/Reply *to Motion to Dismiss* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(Buckner, Angela) (Entered: 12/14/2021) |
| 12/14/2021 | 58 | ORDER granting 57 Motion for Extension of Time to File Response/Reply. Government's response due by 1/4/2022. Any replies due by 1/18/2022. Signed by Judge Royce C. Lamberth on 12/14/2021. (lcrcl3) (Entered: 12/14/2021) |
| 12/29/2021 | 59 | MOTION for Joinder *of Co-Defendant Sturgeon's Motion to Dismiss* by TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(Black, Chris) (Entered: 12/29/2021) |
| 01/04/2022 | 60 | Memorandum in Opposition by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 59 MOTION for Joinder *of Co-Defendant Sturgeon's Motion to Dismiss*, 55 MOTION to Dismiss Count *One, Three, Four, Five, and Six of the Superseding Indictment*, 56 MOTION for Leave to Join (Buckner, Angela) (Entered: 01/04/2022) |
| 01/05/2022 | 61 | ORDER as to TAYLOR JAMES JOHNATAKIS (3): It is hereby ORDERED that Defendant's Motion 59 for Motion Joinder is GRANTED. Defendant is hereby enjoined on Defendants Motion 56 for Leave to Join and Defendants Motion 55 to Dismiss Count One, Three, Four, Five and Six of the Superseding Indictment. Signed by Judge Royce C. Lamberth on 1/4/22. (lsj) (Entered: 01/05/2022) |
| 02/14/2022 | 63 | STATUS REPORT *REGARDING VOLUMINOUS CAPITOL BREACH DISCOVERY* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS (Buckner, Angela) (Entered: 02/14/2022) |
| 04/13/2022 | 65 | SUPPLEMENT by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 60 Memorandum in Opposition, (Attachments: # 1 Exhibit, # 2 Exhibit)(Buckner, Angela) (Entered: 04/13/2022) |
| 05/03/2022 | 66 | NOTICE *of Supplemental Authority* by USA as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS re 65 Supplement to any document, 60 Memorandum in Opposition, 55 MOTION to Dismiss Count *One, Three, Four, Five, and Six of the Superseding Indictment* (Attachments: # 1 Exhibit)(Buckner, Angela) (Entered: 05/03/2022) |
| 05/25/2022 | 67 | MEMORANDUM OPINION as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS. Signed by Judge Royce C. Lamberth on 5/25/2022. (lcrcl3) (Entered: 05/25/2022) |
| 05/25/2022 | 68 | ORDER denying 55 Motion to Dismiss as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), TAYLOR JAMES JOHNATAKIS (3). Signed by Judge Royce C. Lamberth on 5/25/2022. (lcrcl3) (Entered: 05/25/2022) |

"Accepted" JUL 2 0 2022  Taylor James Johnatakis

| 05/26/2022 |    | MINUTE ORDER as to CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, TAYLOR JAMES JOHNATAKIS: Status Conference set for 6/6/2022 at 01:00 PM in VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 5/26/2022. (lcrcl3) (Entered: 05/26/2022) |
|---|---|---|
| 06/06/2022 |    | Minute Entry for proceedings held before Judge Royce C. Lamberth: Video Status Conference as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), and TAYLOR JAMES JOHNATAKIS (3) held on 6/6/2022. The Court will toll Speedy Trial between 6/6/2022 and 8/9/2022, in the Interest of Justice (XT). Excludable started as to CRAIG MICHAEL BINGERT (1), ISAAC STEVE STURGEON (2), and TAYLOR JAMES JOHNATAKIS (3). Status Conference set for 8/9/2022 at 01:00 PM in Telephonic/VTC before Judge Royce C. Lamberth. Bond Status of Defendant: all defendants remain on PR/appeared via Zoom; Court Reporter: Liz Saint–Loth; Defense Attorney: Allen Orenberg (1), Maria Jacob (2), and Chris Black (3); US Attorney: Angela Buckner. (nbn) (Entered: 06/06/2022) |
| 07/18/2022 | 70 | MOTION to Withdraw as Attorney by Christopher Black. by TAYLOR JAMES JOHNATAKIS. (Attachments: # 1 Text of Proposed Order)(Black, Chris) (Entered: 07/18/2022) |
| 07/19/2022 |    | MINUTE ORDER as to TAYLOR JAMES JOHNATAKIS re 70 MOTION to Withdraw as Attorney. Motion Hearing set for 7/26/2022 at 1:30 PM (EST) in VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 7/19/2022. (lcrcl3) (Entered: 07/19/2022) |

"Accepted"

JUL 2 0 2022

*Taylor James Johnatakis* (signature)