Taylor James Johnatakis
c/o 29628 Gamble Place NE
Kingston, Washington

DENVER CO 802

20 JUL 2022   PM 2   L

Angela D. Caesar, Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

20001-289999