# NOTICE OF DISHONOR

 

Notice Date: Day: Twenty-two          Month: Seven          Year: 2022 CE

Angela D. Caesar, Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

*[handwritten: Cr. 21-91 RCL / has this be filed. / Royce C. Lamberth, U.S.Dj. 8/10/22 / already TRANSFERRED.]*

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Eight Month Seven Year 2022 CE **"Case 1:21-cr-00091-RCL Document 3 Filed 02/05/21 Page 1 of 5 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Holding a Criminal Term Grand Jury Sworn in on January 8, 2021 CRIMINAL NO. MAGISTRATE NO. 21-MJ-104 <u>INDICTMENT</u>,** Page 2 of 5, Page 3 of 5, Page 4 of 5, Page 5 of 5, A TRUE BILL: FOREPERSON. Michael R. Sherwin/GPR Attorney of the United States in and for the District of Columbia." has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
c/o 29628 Gamble Place NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Angela Nichole Buckner Assistant United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: UNITED STATES DISTRICT COURTHOUSE 333 Constitution Avenue N.W. Washington, D.C. 20001

RECEIVED
Mail Room
JUL 2 8 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia