# NOTICE OF DISHONOR

 

Notice Date: Day: Five          Month: Eight          Year: 2022 CE

Angela D. Caesar, Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

*[Handwritten annotation:]* C. 21-91-RCL / Let this be filed. / Req. c. Lutroth, U.S. A.J. / 8/10/22 / All Relief Requested is DENIED.

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty Month Seven Year 2022 CE "CAT B **U.S. District Court District of Columbia (Washington, DC) CRIMINAL DOCKET FOR CASE #: 1:21-cr-00091-RCL-3** Case title: USA v BINGERT ET AL Date Filed: 02/05/2021 Assigned to: Judge Royce C. Lamberth **Defendant (3)** TAYLOR JAMES JOHNATAKIS, **Pending Counts**, , Docket Text 3, 5 6 43 12 15 23 25 31, 32 33 34 40 45 46 47, 51 52 53 55 56 57 58 59 60 61 63 65 66 67 68, 70" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*[Signature: Taylor James Johnatakis]*

Taylor James Johnatakis
c/o 29628 Gamble Place NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Angela Nichole Buckner Assistant United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: UNITED STATES DISTRICT COURTHOUSE 333 Constitution Avenue N.W. Washington, D.C. 20001