# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.: 21 CR 91 |
| v. | |
| CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, and TAYLOR JAMES JOHNATAKIS, | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The UNITED STATES OF AMERICA, by and through its attorney, Matthew M. Graves, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to AUSA Kaitlin Klamann, who may be contacted by telephone at (202) 252-6778 (cell) and (202) 834-4815 (office) or email at Kaitlin.Klamann@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Angela Buckner.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001
IL Bar No. 6316768
(202) 252-6778
Kaitlin.klamann@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 22nd day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

> By: */s/ Kaitlin Klamann*
> KAITLIN KLAMANN
> Assistant United States Attorney
> 601 D Street NW
> Washington, D.C. 20001
> IL Bar No. 6316768
> (202) 252-6778
> Kaitlin.klamann@usdoj.gov

Case 1:21-cr-00091-RCL   Document 80   Filed 09/22/22   Page 3 of 3