# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Twelve    Month: Ten    Year: 2022 CE

Angela D. Caesar, Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

*[Handwritten annotation:]* Let this be filed. all relief DENIED. Royce C. Lamberth U.S.D.J. 10/24/22

**COPY**

In reply to: "Case 1:21-cr-00091-RCL Document 80 Filed 09/22/22 Page 1 of 3 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** No.: 21 CR 91 **NOTICE OF APPEARANCE AND SUBSITUTION OF COUNSEL** Respectfully submitted, MATTHEW M. GRAVES United States Attorney D.C. Bar No. 481052 By: */s/ Kaitlin Klamann* Assistant United States Attorney 601 D Street NW Washington, D.C. 20001 IL Bar No. 6316768, Page 2 of 3 **CERTIFICATE OF SERVICE** By: */s/ Kaitlin Klamann* Assistant United States Attorney 601 D Street NW Washington, D.C. 20001 IL Bar No. 6316768, Page 3 of 3"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis, a sentient moral being accept your Presentment "Case 1:21-cr-00091-RCL Document 80 Filed 09/22/22 Page 1 of 3 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** No.: 21 CR 91 **NOTICE OF APPEARANCE AND SUBSITUTION OF COUNSEL** Respectfully submitted, MATTHEW M. GRAVES United States Attorney D.C. Bar No. 481052 By: */s/ Kaitlin Klamann* Assistant United States Attorney 601 D Street NW Washington, D.C. 20001 IL Bar No. 6316768, Page 2 of 3 **CERTIFICATE OF SERVICE** By: */s/ Kaitlin Klamann* Assistant United States Attorney 601 D Street NW Washington, D.C. 20001 IL Bar No. 6316768, Page 3 of 3" and return your offer herein attached to you. I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;

Sincerely,

*[Signature: Taylor James Johnatakis]*

Taylor James Johnatakis
c/o 29628 Gamble Place NE
Kingston, Washington

Attachment: "Case 1:21-cr-00091-RCL Document 80 Filed 09/22/22 Page 1 of 3 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** No.: 21 CR 91 **NOTICE OF APPEARANCE AND SUBSITUTION OF COUNSEL** Respectfully submitted, MATTHEW M. GRAVES United States Attorney D.C. Bar No. 481052 By: */s/ Kaitlin Klamann* Assistant United States Attorney 601 D Street NW Washington, D.C. 20001 IL Bar No. 6316768, Page 2 of 3 **CERTIFICATE OF SERVICE** By: */s/ Kaitlin Klamann* Assistant United States Attorney 601 D Street NW Washington, D.C. 20001 IL Bar No. 6316768, Page 3 of 3"

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001