## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.: 21 CR 91 |
| v. | |
| CRAIG MICHAEL BINGERT, ISAAC STEVE STURGEON, and TAYLOR JAMES JOHNATAKIS, | |

## <u>NOTICE OF APPEARANCE</u>

The UNITED STATES OF AMERICA, by and through its attorney, Matthew M. Graves, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Courtney A. Howard, who may be contacted by telephone at 202-514-3130 or email at Courtney.Howard2@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Courtney A. Howard*
Courtney A. Howard
Trial Attorney, Criminal Division
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20001
NY Bar No. 4513909
202-514-3130
Courtney.Howard2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

On this 13th day of March 2023, a copy of the foregoing was served upon all

parties listed on the Electronic Case Filing (ECF) System.

By:     <u>*/s/ Courtney A. Howard*</u>
Courtney A. Howard
Trial Attorney, Criminal Division
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20001
NY Bar No. 4513909
202-514-3130
Courtney.Howard2@usdoj.gov