IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **Case No. 21-CR-91-3 (RCL)** |
| **TAYLOR JAMES JOHNATAKIS,** | |
| Defendant. | |

### MOTION FOR ORDER FOR MENTAL COMPETENCY EVALUATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court enter the attached proposed order regarding the completion of a mental competency examination for defendant Taylor James Johnatakis.

On March 23, 2023, the Court held a status conference in this case. During the hearing, defendant Johnatakis addressed the Court. After observing defendant Johnatakis's demeanor and assessing his statements, the Court expressed concern about his ability to understand the nature and consequences of the proceedings. After finding that defendant Johnatakis seemed to be suffering from a mental disease or defect rendering him mentally incompetent, the Court orally ordered that defendant Johnatakis undergo an evaluation to determine his mental competency to stand trial, as provided by 18 U.S.C. § 4241(b).

Following the hearing, the government contacted a licensed psychologist, Dr. Brent J. O'Neal, who is located in Seattle, Washington about completing the competency evaluation for defendant Johnatakis. Dr. O'Neal indicated that he has the availability to complete the evaluation and report for the Court within two months of entry of the Court's order. The government conferred with defense counsel, Chris Black, and Mr. Black has no objection to Dr. O'Neal's retention to complete the evaluation.

Accordingly, the government requests that the Court enter the attached proposed order for a hearing to determine the mental competency of defendant Johnatakis, pursuant to 18 U.S.C. § 4241(a), and for a psychiatric or psychological examination of the defendant and for a report to be filed with the Court, pursuant to 18 U.S.C. § 4241(b). The government requests that defendant Johnatakis be ordered to report for the evaluation with Dr. O'Neal by April 28, 2023, and to comply with the requirements of the examiner as necessary to conduct the examination and prepare the report pursuant to 18 U.S.C. § 4247(b) and (c).

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    */s/ Kaitlin Klamann*
    KAITLIN KLAMANN
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20530
    IL Bar No. 6316768
    (202) 252-6778
    Kaitlin.klamann@usdoj.gov

By:    */s/ Courtney A. Howard*
    COURTNEY A. HOWARD
    Trial Attorney, Criminal Division
    Detailed to the U.S. Attorney's Office
    601 D Street NW
    Washington, D.C. 20001
    NY Bar No. 4513909
    202-514-3130
    Courtney.Howard2@usdoj.gov