IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> TAYLOR JAMES JOHNATAKIS, <br><br> Defendant. | Case No. 21-CR-91-3 (RCL) |

**MOTION FOR AMENDED ORDER FOR MENTAL COMPETENCY EVALUATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court enter the attached amended proposed order regarding the completion of a mental competency examination for defendant Taylor James Johnatakis.

On April 12, 2023, the Court entered a proposed order submitted by the government regarding the completion of a mental competency evaluation for defendant Johnatakis. Dkt. Entry 125. After entry of the order, the government learned that the deadline of April 28, 2023, for completion of the evaluation would not be feasible based on the evaluator's and defense counsel's schedule. In addition, the government learned that Dr. O'Neal is a licensed psychologist, not psychiatrist. Accordingly, the government now moves for entry of an amended order which requires the evaluation to be completed by May 31, 2023, and which correctly identifies Dr. O'Neal as a psychologist. The amended order is identical to the original order in all other respects.

Accordingly, the government requests that the Court enter the attached proposed amended order for a hearing to determine the mental competency of defendant Johnatakis, pursuant to 18 U.S.C. § 4241(a), and for a psychiatric or psychological examination of the defendant and for a report to be filed with the Court, pursuant to 18 U.S.C. § 4241(b). The government requests that defendant Johnatakis be ordered to report for the evaluation with Dr. O'Neal by May 31, 2023,

and to comply with the requirements of the examiner as necessary to conduct the examination and prepare the report pursuant to 18 U.S.C. § 4247(b) and (c).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Kaitlin Klamann*
        KAITLIN KLAMANN
        Assistant United States Attorney
        601 D Street NW
        Washington, D.C. 20530
        IL Bar No. 6316768
        (202) 252-6778
        Kaitlin.klamann@usdoj.gov

By:    */s/ Courtney A. Howard*
        COURTNEY A. HOWARD
        Trial Attorney, Criminal Division
        Detailed to the U.S. Attorney's Office
        601 D Street NW
        Washington, D.C. 20001
        NY Bar No. 4513909
        202-514-3130
        Courtney.Howard2@usdoj.gov