# NOTICE OF DISHONOR

Notice Date:        Day: Fifteen        Month: Three        Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 43 Filed 02/16/21 Page 1 of 4 UNITED STATES DISTRICT COURT for the District of Columbia Case: 1:21-cr-00091 Assigned To: Lamberth Royce C Assign. Date: 02/05/2021 Description: INDICTMENT (B) **ARREST WARRANT** G. Michael Harvey, U.S. Magistrate Judge, Page 2 of 14, Page 3 of 14, Page 4 of 14, Page 5 of 14, Page 6 of 14, Page 7 of 14 **ARREST WARRANT**, Page 8 of 14, Page 9 of 14 David 2. Christel United States Magistrate Judge, Page 10 of 14 **APPEARANCE BOND CASE No.: MJ21-5036-DWC**, Page 11 of 14 David Christel United States Magistrate Judge, Page 12 of 14 **BOND CLOSED PASSPORT**, Page 13 of 14, Page 14 of 14" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

> RECEIVED
> Mail Room
> MAR 23 2023
> Angela D. Caesar, Clerk of Court
> U.S. District Court, District of Columbia

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: WILLIAM M MCCOLL CLERK OF COURT, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON 1717 Pacific Ave., Suite 3100 Tacoma, WA 98402
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge G. Michael Harvey U.S. District Court, District of Columbia (Washington, DC) 333 Constitution Avenue NW Washington, D.C. 20001

# NOTICE OF DISHONOR

Notice Date:        Day: Seventeen        Month: Three        Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Eight Month: Three Year: 2023 CE "**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CASE NO. 21-CR-91-3 (RCL) 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 111(a)(1) STATEMENT OF OFFENSE** Page 1 of 6, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6 Respectfully submitted CHANNING D. PHILLIPS Acting United States Attorney By: Angela N. Buckner Page 5 of 6, <u>DEFENDANT'S ACKNOWLEDGMENT</u> <u>ATTORNEY'S ACKNOWLEDGMENT</u> Page 6 of 6" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

RECEIVED
Mail Room
MAR 22 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

# NOTICE OF DISHONOR

Notice Date:     Day: Seventeen     Month: Three     Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 15 Filed 02/17/21 Page 1 of 1 UNITED STATES DISTRICT COURT for the District of Columbia Case: 1:21-cr-00091 Assigned To: Lamberth Royce C. Assign Date: 02/05/2021 Description: INDICTMENT (B) **ARREST WARRANT** Date 02/05/2021 G. Michael Harvey Digitally signed G. Michael Harvey U.S. Magistrate Judge, Return This warrant was received on (*date*) 2-05-2021 and the person was arrested on (*date*) 2-11-2021 at (*city and state*) Kingston WA Date: 2-11-2021" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

RECEIVED
Mail Room
MAR 22 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: G Michael Harvey, U.S. Magistrate Judge, 333 Constitution Avenue NW Washington, D.C. 20001

# NOTICE OF DISHONOR

Notice Date:    Day: Seventeen    Month: Three    Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Eight Month: Three Year: 2023 CE "U.S. Department of Justice Channing D. Phillips Acting United States Attorney District of Columbia August 3 2021 **BY EMAIL** Christopher Black Re: *United States v. Craig m. Bingers et al* Criminal Case No. 21-cr-91 Page 1 of 12, Page 2 of 12, Page 3 of 12, Page 4 of 12, Page 5 of 12, Page 6 of 12, Page 7 of 12, Page 8 of 12, Page 9 of 12, Page 10 of 12, Sincerely yours Channing D. Phillips/ATF By: Angela N. Buckner Page 11 of 12, DEFENDANT'S ACCEPTANCE Page 12 of 12" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

RECEIVED Mail Room
MAR 22 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Channing D. Phillips 555 Fourth St. N.W. Washington D.C. 20530

# NOTICE OF DISHONOR

Notice Date:   Day: Fourteen   Month: Three   Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 34 Filed 05/07/21 Page 1 of 4 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Grand Jury Sworn in on January 8, 2021 CRIMINAL NO. 21-CR-01-03 (RCL) INDICTMENT COUNT ONE**, Page 2 of 4 **COUNT TWO COUNT THREE**, Page 3 of 4 **COUNT FOUR COUNT FIVE COUNT SIX**, Page 4 of 4 **COUNT SEVEN COUNT EIGHT** A TRUE BILL: FOREPERSON Channing D Phillips Attorney of the United States in and for the District of Columbia" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104



RECEIVED
Mail Room
MAR 20 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 1 of 1

# NOTICE OF DISHONOR

Notice Date:     Day: Fourteen     Month: Three     Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Twenty-Seven Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 31 Filed 05/04/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Case No. 21-cr-91-01/03 (RCL) PROTECTIVE ORDER GOVERNING DISCOVERY**, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Page 6 of 6 **SO ORDERED** 44th day of May 2021 Royce C. Lamberth United States District Judge" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

RECEIVED
Mail Room

MAR 20 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 1 of 1

# NOTICE OF DISHONOR

Notice Date:        Day: Fourteen        Month: Three        Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 53 Filed 11/10/21 Page 1 of 4 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Grand Jury Sworn in on January 8, 2021 CRIMINAL NO. 21-CR-091-01-03 (RCL) INDICTMENT COUNT ONE**, Page 2 of 4 **COUNT TWO COUNT THREE**, Page 3 of 4 **COUNT FOUR COUNT FIVE COUNT SIX**, Page 4 of 4 **COUNT SEVEN COUNT EIGHT A TRUE BILL: FOREPERSON** Mathew M Graves Attorney of the United States in and for the District of Columbia" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

RECEIVED
Mail Room
MAR 20 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Sincerely,

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

## NOTICE OF DISHONOR

Notice Date:       Day: Fifteen       Month: Three       Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 12 Filed 2/17/21 Page 1 of 3 UNITED STATES DISTRICT COURT for the District of Columbia Case No. C21-91-03 **ORDER SETTING CONDITIONS OF RELEASE,** Page 2 of 3, Page 3 of 3 Magistrate Judge Robin Meriweather" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge Robin M. Meriweather U.S. District Court, District of Columbia (Washington, DC) 333 Constitution Avenue NW Washington, D.C. 20001



Page 1 of 1

# NOTICE OF DISHONOR

Notice Date:        Day: Seventeen        Month: Three        Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 15 Filed 02/17/21 Page 1 of 1 UNITED STATES DISTRICT COURT for the District of Columbia Case: 1:21-cr-00091 Assigned To: Lamberth Royce C. Assign Date: 02/05/2021 Description: INDICTMENT (B) **ARREST WARRANT** Date 02/05/2021 G. Michael Harvey Digitally signed G. Michael Harvey U.S. Magistrate Judge, Return This warrant was received on (*date*) 2-05-2021 and the person was arrested on (*date*) 2-11-2021 at (*city and state*) Kingston WA Date: 2-11-2021" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: G Michael Harvey, U.S. Magistrate Judge, 333 Constitution Avenue NW Washington, D.C. 20001



## NOTICE OF DISHONOR

Notice Date:        Day: Seventeen        Month: Three        Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Eight Month: Three Year: 2023 CE "U.S. Department of Justice Channing D. Phillips Acting United States Attorney District of Columbia August 3 2021 **BY EMAIL** Christopher Black Re: *United States v. Craig m. Bingers et al* Criminal Case No. 21-cr-91 Page 1 of 12, Page 2 of 12, Page 3 of 12, Page 4 of 12, Page 5 of 12, Page 6 of 12, Page 7 of 12, Page 8 of 12, Page 9 of 12, Page 10 of 12, Sincerely yours Channing D. Phillips/ATF By: Angela N. Buckner Page 11 of 12, **DEFENDANT'S ACCEPTANCE** Page 12 of 12" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Channing D. Phillips 555 Fourth St. N.W. Washington D.C. 20530

# NOTICE OF DISHONOR

Notice Date:    Day: Seventeen    Month: Three    Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument **NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Eight Month: Three Year: 2023 CE "**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CASE NO. 21-CR-91-3 (RCL) 18 U.S.C. § 1512(c)(2) 18 U.S.C. § 111(a)(1) STATEMENT OF OFFENSE** Page 1 of 6, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6 Respectfully submitted CHANNING D. PHILLIPS Acting United States Attorney By: Angela N. Buckner Page 5 of 6, **DEFENDANT'S ACKNOWLEDGMENT ATTORNEY'S ACKNOWLEDGMENT** Page 6 of 6" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104



# NOTICE OF DISHONOR

Notice Date:        Day: Fourteen        Month: Three        Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 53 Filed 11/10/21 Page 1 of 4 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Grand Jury Sworn in on January 8, 2021 CRIMINAL NO. 21-CR-091-01-03 (RCL) INDICTMENT COUNT ONE**, Page 2 of 4 **COUNT TWO COUNT THREE**, Page 3 of 4 **COUNT FOUR COUNT FIVE COUNT SIX**, Page 4 of 4 **COUNT SEVEN COUNT EIGHT A TRUE BILL: FOREPERSON** Mathew M Graves Attorney of the United States in and for the District of Columbia" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

# NOTICE OF DISHONOR

Notice Date:        Day: Fifteen        Month: Three        Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 12 Filed 2/17/21 Page 1 of 3 UNITED STATES DISTRICT COURT for the District of Columbia Case No. C21-91-03 **ORDER SETTING CONDITIONS OF RELEASE,** Page 2 of 3, Page 3 of 3 Magistrate Judge Robin Meriweather" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge Robin M. Meriweather U.S. District Court, District of Columbia (Washington, DC) 333 Constitution Avenue NW Washington, D.C. 20001

# NOTICE OF DISHONOR

Notice Date:     Day: Fifteen     Month: Three     Year: 2023 CE

Kaitlin Klamann
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001



RECEIVED
Mail Room

MAR 20 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Five Month Three Year 2023 CE "Case 1:21-cr-00091-RCL Document 116 Filed 3/06/23 Page 1 of 4 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. CRAIG MICHAEL BINGERT ISAAC STEVE STURGEON and TAYLOR JAMES JOHNATAKIS Defendants Case No.: 1-21-ccr-00091-RCL GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION TO SEVER**, Page 2 of 4, Page 3 of 4, Page 4 of 4 **CONCLUSION** Respectfully submitted MATTHEW M. GRAVES United States Attorney By: Kaitlin Klamann Assistant United States Attorney" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Angela D. Caesar, Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104



# NOTICE OF DISHONOR

Notice Date:     Day: Fourteen     Month: Three     Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 34 Filed 05/07/21 Page 1 of 4 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Grand Jury Sworn in on January 8, 2021 CRIMINAL NO. 21-CR-01-03 (RCL) INDICTMENT COUNT ONE**, Page 2 of 4 **COUNT TWO COUNT THREE**, Page 3 of 4 **COUNT FOUR COUNT FIVE COUNT SIX**, Page 4 of 4 **COUNT SEVEN COUNT EIGHT** A TRUE BILL: FOREPERSON Channing D Phillips Attorney of the United States in and for the District of Columbia" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104



# NOTICE OF DISHONOR

Notice Date:      Day: Fourteen      Month: Three      Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Seven Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 31 Filed 05/04/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Case No. 21-cr-91-01/03 (RCL) PROTECTIVE ORDER GOVERNING DISCOVERY**, Page 2 of 6, Page 3 of 6, Page 4 of 6, Page 5 of 6, Page 6 of 6 **SO ORDERED** 44th day of May 2021 Royce C. Lamberth United States District Judge" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

## NOTICE OF DISHONOR

Notice Date:     Day: Fifteen     Month: Three     Year: 2023 CE

Kaitlin Klamann
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Five Month Three Year 2023 CE "Case 1:21-cr-00091-RCL Document 116 Filed 3/06/23 Page 1 of 4 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. CRAIG MICHAEL BINGERT ISAAC STEVE STURGEON and TAYLOR JAMES JOHNATAKIS Defendants Case No.: 1-21-ccr-00091-RCL GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION TO SEVER**, Page 2 of 4, Page 3 of 4, Page 4 of 4 **CONCLUSION** Respectfully submitted MATTHEW M. GRAVES United States Attorney By: Kaitlin Klamann Assistant United States Attorney" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Angela D. Caesar, Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

# NOTICE OF DISHONOR

Notice Date:        Day: Fifteen        Month: Three        Year: 2023 CE

Angela D. Caesar
Clerk of Court United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-Eight Month Two Year 2023 CE "Case 1:21-cr-00091-RCL Document 43 Filed 02/16/21 Page 1 of 4 UNITED STATES DISTRICT COURT for the District of Columbia Case: 1:21-cr-00091 Assigned To: Lamberth Royce C Assign. Date: 02/05/2021 Description: INDICTMENT (B) **ARREST WARRANT** G. Michael Harvey, U.S. Magistrate Judge, Page 2 of 14, Page 3 of 14, Page 4 of 14, Page 5 of 14, Page 6 of 14, Page 7 of 14 **ARREST WARRANT,** Page 8 of 14, Page 9 of 14 David 2. Christel United States Magistrate Judge, Page 10 of 14 **APPEARANCE BOND CASE No.: MJ21-5036-DWC,** Page 11 of 14 David Christel United States Magistrate Judge, Page 12 of 14 **BOND CLOSED PASSPORT,** Page 13 of 14, Page 14 of 14" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: WILLIAM M MCCOLL CLERK OF COURT, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON 1717 Pacific Ave., Suite 3100 Tacoma, WA 98402
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge G. Michael Harvey U.S. District Court, District of Columbia (Washington, DC) 333 Constitution Avenue NW Washington, D.C. 20001

State of Washington            )
                               ) SS.
County of Kitsap               )


Certificate #1017

## CERTIFICATE OF DISHONOR

| | |
|---|---|
| Identity of instrument- | NON-NEGOTIABLE NOTICE OF ACCEPTANCE |
| Date of instrument- | Day Five Month Three Year 2023 CE |
| Date of mailing- | March, 7 2023 |
| Place of mailing- | USPS Kingston Washington 98346 |
| Person(s) obligated or to become obligated- | Kaitlin Klamann |
| Place of presentment- | 601 D Street NW, Washington, D.C. 20001 |

### FORMAL STATEMENT

I, _Caylee Rausch_, Notary Public in and for the STATE OF WASHINGTON upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE dated Day Five Month Three Year 2023 CE signed by Taylor James Johnatakis, was duly made on March 7, 2023 to Kaitlin Klamann at 601 D Street NW Washington, DC 20001. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid in Kingston, Washington 98346 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify the NOTICE OF DISHONOR has been given to some or all of the parities.

WITNESS my hand and official seal, this _18th_ Day of _March_, 2023

Signature

My appointment expires: _07/21/2026_