

# NON-NEGOTIABLE NOTICE OF COMPELLED PERFORMANCE

Notice Date:        Day: Fourteen        Month: Two        Year: 2023 CE

Allen H. Orenberg
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854

In reply to: "From: Allen Orenberg<aorenberg@orenberglaw.com>
Date: On Mon, Feb 13, 2023 at 11:00 AM
Subject: Fwd: 21-91-RCL
Hi Mr. Johnatakis:   Mrs. Jacob and I plan to file a motion requesting Judge Lamberth to hold a scheduling conference since we do not have any "scheduling orders" other than the trial date (May 15, 2023) – and we heard last week from another attorney (Troy Nixon) that the Court double-booked our trial with his trial for the week of May 15 the . Furthermore, my severance motion is pending. Will you consent (or otherwise join) in my filing a request asking the Court to conduct (by zoom) a scheduling conference in the near future? Thank you,
 Allen H. Orenberg The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue, 6th Floor Potomac, Maryland 20854 301-984-8005 (Office) 301-807-3847 (Cell) 301-984-8008 (Fax) "

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis, a sentient moral being recognize compelled performance, however I am unaware of any International Admiralty/Maritime Contract or Commercial Agreement bearing my signature that would cause me to acquiesce to your offer to consent or otherwise join any motion, furthermore If you would bring the International Admiralty/Maritime Contract or Commercial Agreement that bears my signature, I will review it and obey it to the letter of the law.

I reserve all of my rights with explicit reservation and without prejudice,

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
c/o 29628 Gamble Place NE
Kingston, Washington

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Angela D. Caesar, Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001