# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:     Day: Twenty-three     Month: Two     Year: 2023 CE

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

In reply to : "U.S. District Court United States District Court for the Western District of Washington (Tacoma) CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1 Case title: USA v. Johnatakis Date Filed: 02/11/2021 Assigned to: Judge David W. Christel **Defendant (1)** Taylor James Johnatakis, Docket Test 1 2 3 4 5 6 7 8 9 10 11 12 13, certified mail"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "U.S. District Court United States District Court for the Western District of Washington (Tacoma) CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1 Case title: USA v. Johnatakis Date Filed: 02/11/2021 Assigned to: Judge David W. Christel **Defendant (1)** Taylor James Johnatakis, Docket Text 1 2 3 4 5 6 7 8 9 10 11 12 13, certified mail" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue;
- I request you close the Account and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
% 29628 Gamble PL NE
Kingston, Washington

[RECEIVED Mail Room FEB 28 2023 Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia]

Attachment: "U.S. District Court United States District Court for the Western District of Washington (Tacoma) CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1 Case title: USA v. Johnatakis Date Filed: 02/11/2021 Assigned to: Judge David W. Christel **Defendant (1)** Taylor James Johnatakis, Docket Test 1 2 3 4 5 6 7 8 9 10 11 12 13, certified mail"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: William Kennelly Dreher US ATTORNEY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854

## NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:   Day: Twenty-three   Month: Two   Year: 2023 CE

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

In reply to : "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant, Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 ARREST WARRANT G. Michael Harvey U.S. Magistrate Judge"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant,** Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 **ARREST WARRANT** G. Michael Harvey U.S. Magistrate Judge" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue;
- I request you close the Account and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

Attachment: "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant,** Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 **ARREST WARRANT** G. Michael Harvey U.S. Magistrate Judge"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: Judge G. Michael Harvey, U.S. District Court, District of Columbia (Washington, DC), 333 Constitution Avenue NW, Washington, D.C. 20001
cc: William Kennelly Dreher US ATTORNEY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

## NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:    Day: Twenty-three    Month: Two    Year: 2023 CE

Judge J. Richard Creatura
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

In reply to : "Case 3:21-mj-05036-DWC Document 12 Filed 10/14/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036 D/CO NO. 1:21-cr-00091-RCL ORDER TRANSFERRING DEFENDANT'S PASSPORT TO CHARGING DISTRICT, Page 2 of 2 Dated this 14th day of October 2021. J. Richard Creatura Chief United States Magistrate Judge"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "Case 3:21-mj-05036-DWC Document 12 Filed 10/14/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036 D/CO NO. 1:21-cr-00091-RCL ORDER TRANSFERRING DEFENDANT'S PASSPORT TO CHARGING DISTRICT, Page 2 of 2 Dated this 14th day of October 2021. J. Richard Creatura Chief United States Magistrate Judge" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington



Attachment: "Case 3:21-mj-05036-DWC Document 12 Filed 10/14/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036 D/CO NO. 1:21-cr-00091-RCL ORDER TRANSFERRING DEFENDANT'S PASSPORT TO CHARGING DISTRICT, Page 2 of 2 Dated this 14th day of October 2021. J. Richard Creatura Chief United States Magistrate Judge"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: WILLIAM M MCCOLL CLERK OF COURT, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON 1717 Pacific Ave., Suite 3100 Tacoma, WA 98402
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge G. Michael Harvey U.S. District Court, District of Columbia (Washington, DC) 333 Constitution Avenue NW Washington, D.C. 20001

## NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:     Day: Twenty-three     Month: Two     Year: 2023 CE

Judge J. Richard Creatura
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

In reply to : "Case 3:21-mj-05036-DWC Document 12 Filed 10/14/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036 D/CO NO. 1:21-cr-00091-RCL ORDER TRANSFERRING DEFENDANT'S PASSPORT TO CHARGING DISTRICT, Page 2 of 2 Dated this 14th day of October 2021. J. Richard Creatura Chief United States Magistrate Judge"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "Case 3:21-mj-05036-DWC Document 12 Filed 10/14/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036 D/CO NO. 1:21-cr-00091-RCL ORDER TRANSFERRING DEFENDANT'S PASSPORT TO CHARGING DISTRICT, Page 2 of 2 Dated this 14th day of October 2021. J. Richard Creatura Chief United States Magistrate Judge" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

Attachment: "Case 3:21-mj-05036-DWC Document 12 Filed 10/14/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036 D/CO NO. 1:21-cr-00091-RCL ORDER TRANSFERRING DEFENDANT'S PASSPORT TO CHARGING DISTRICT, Page 2 of 2 Dated this 14th day of October 2021. J. Richard Creatura Chief United States Magistrate Judge"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: WILLIAM M MCCOLL CLERK OF COURT, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON 1717 Pacific Ave., Suite 3100 Tacoma, WA 98402
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge G. Michael Harvey U.S. District Court, District of Columbia (Washington, DC) 333 Constitution Avenue NW Washington, D.C. 20001

# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:       Day: Twenty-three       Month: Two       Year: 2023 CE

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

In reply to : "**U.S. District Court United States District Court for the Western District of Washington (Tacoma) CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1** Case title: USA v. Johnatakis Date Filed: 02/11/2021 Assigned to: Judge David W. Christel **Defendant (1)** Taylor James Johnatakis, Docket Test 1 3 4 5 6 7 8 9 10 11 12 13, certified mail"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "**U.S. District Court United States District Court for the Western District of Washington (Tacoma) CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1** Case title: USA v. Johnatakis Date Filed: 02/11/2021 Assigned to: Judge David W. Christel **Defendant (1)** Taylor James Johnatakis, Docket Text 1 3 4 5 6 7 8 9 10 11 12 13, certified mail" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue;
- I request you close the Account and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

Attachment: "U.S. District Court United States District Court for the Western District of Washington (Tacoma) CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1 Case title: USA v. Johnatakis Date Filed: 02/11/2021 Assigned to: Judge David W. Christel **Defendant (1)** Taylor James Johnatakis, Docket Test 1 3 4 5 6 7 8 9 10 11 12 13, certified mail"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854

## NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:     Day: Twenty-three     Month: Two     Year: 2023 CE

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

In reply to : "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant, Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 ARREST WARRANT G. Michael Harvey U.S. Magistrate Judge"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant**, Page 2 of 6, Page 3 of 6,  Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 **ARREST WARRANT** G. Michael Harvey U.S. Magistrate Judge" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue;
- I request you close the Account and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

Attachment: "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant, Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 ARREST WARRANT G. Michael Harvey U.S. Magistrate Judge"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: Judge G. Michael Harvey, U.S. District Court, District of Columbia (Washington, DC), 333 Constitution Avenue NW, Washington, D.C. 20001
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

## NOTICE OF AND RESCISSION OF WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER

Notice Date:     Day: Twenty-five     Month: Two     Year: 2023 CE

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

In reply to : "Case 3:1-mj-05036-DWC Document 6 Filed 02/11/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036-DWC WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER WAIVER OF RULE 5(c)(3)(D) HEARING Page 2 of 2 ORDER OF TRANSFER David W. Christel United States Magistrate Judge"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, **Rescission** the original "Case 3:1-mj-05036-DWC Document 6 Filed 02/11/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036-DWC WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER WAIVER OF RULE 5(c)(3)(D) HEARING Page 2 of 2 ORDER OF TRANSFER David W. Christel United States Magistrate Judge" including every copy, bearing my signature, wet ink or electronic, Taylor James Johnatakis **for cause**.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

I made a mistake Creating, Signing and Presenting the original "Case 3:1-mj-05036-DWC Document 6 Filed 02/11/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036-DWC WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER WAIVER OF RULE 5(c)(3)(D) HEARING Page 2 of 2 ORDER OF TRANSFER David W. Christel United States Magistrate Judge".

**Therefore**, I now repent of my Sin.

"My son, if you: Have become guarantor for your friend, Have shaken hands in a pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your own mouth- Do this at once, my son, and deliver yourself, For you have dome into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's had, And like a bird from the hand of the trapper." [1]

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands in a pledge is safe." [2]

Sincerely,

*Taylor James Johnatakis*
Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

## NOTICE OF AND RESCISSION OF WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER

Notice Date:   Day: Twenty-five   Month: Two   Year: 2023 CE

Attachment: "Case 3:1-mj-05036-DWC Document 6 Filed 02/11/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036-DWC WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER WAIVER OF RULE 5(c)(3)(D) HEARING Page 2 of 2 ORDER OF TRANSFER David W. Christel United States Magistrate Judge"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: Judge G. Michael Harvey U.S. District Court, District of Columbia (Washington, DC) 333 Constitution Avenue NW Washington, D.C. 20001
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

---

[1] Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

[2] Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

## NOTICE OF AND RESCISSION OF WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER

Notice Date:       Day: Twenty-five       Month: Two       Year: 2023 CE

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

In reply to : "Case 3:1-mj-05036-DWC Document 6 Filed 02/11/21 Page 1 of 2 UNITED STATES DISTRICT COURT **DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036-DWC WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER** WAIVER OF RULE 5(c)(3)(D) HEARING Page 2 of 2 ORDER OF TRANSFER David W. Christel United States Magistrate Judge"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, **Rescission** the original "Case 3:1-mj-05036-DWC Document 6 Filed 02/11/21 Page 1 of 2 **UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036-DWC WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER** WAIVER OF RULE 5(c)(3)(D) HEARING Page 2 of 2 ORDER OF TRANSFER David W. Christel United States Magistrate Judge" including every copy, bearing my signature, wet ink or electronic, Taylor James Johnatakis **for cause**.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

I made a mistake Creating, Signing and Presenting the original "Case 3:1-mj-05036-DWC Document 6 Filed 02/11/21 Page 1 of 2 **UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036-DWC WAIVER OF** RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER WAIVER OF RULE 5(c)(3)(D) HEARING Page 2 of 2 ORDER OF TRANSFER David W. Christel United States Magistrate Judge".

**Therefore**, I now repent of my Sin.

"My son, if you: Have become guarantor for your friend, Have shaken hands in a pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your own mouth- Do this at once, my son, and deliver yourself, For you have dome into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's had, And like a bird from the hand of the trapper." [1]

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands in a pledge is safe." [2]

Sincerely,

*Taylor James Johnatakis*
Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

Page 1 of 2

NOTICE OF AND RESCISSION OF WAIVER OF RULE
5(c)(3)(D) HEARING AND ORDER OF TRANSFER

Notice Date:   Day: Twenty-five    Month: Two    Year: 2023 CE

Attachment: "Case 3:1-mj-05036-DWC Document 6 Filed 02/11/21 Page 1 of 2 **UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036-DWC WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER WAIVER OF RULE 5(c)(3)(D) HEARING** Page 2 of 2 **ORDER OF TRANSFER** David W. Christel United States Magistrate Judge"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: Judge G. Michael Harvey U.S. District Court, District of Columbia (Washington, DC) 333 Constitution Avenue NW Washington, D.C. 20001
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

---

[1] Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

[2] Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa