**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-CR-91 (RCL)** |
| | : | |
| **TAYLOR JAMES JOHNATAKIS,** | : | |
| | : | |
| **Defendants.** | : | |

**<u>ORDER</u>**

Upon consideration of the motion for an in-person status conference filed by the United States, and for good cause shown,

IT IS ORDERED that the motion for a status conference is GRANTED, and the status conference will be held in person on _____ at _____ a.m./p.m.

_____                    _____
Date                                    THE HONORABLE ROYCE C. LAMBERTH
                                        UNITED STATES DISTRICT JUDGE