IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :   Case No. 21-CR-91 (RCL)
:
TAYLOR JAMES JOHNATAKIS,  :
:
Defendants.  :

## ORDER

Upon consideration of the motion for a competency hearing filed by the United States, and for good cause shown,

IT IS ORDERED that the motion for a competency hearing is GRANTED, and will be held on __October 18__ at __12:30__ a.m./p.m.

__10/11/23__
Date

_Royce C. Lamberth_
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE