**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>TAYLOR JOHNATAKIS,<br><br>   Defendant. | Case No. 1:21-cr-00091-RCL |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

THIS MATTER, having come before the Court on a motion to withdraw filed by counsel for Taylor Johnatakis, and the Court having considered the facts set forth in the motion and the records and files herein, and having conducted the colloquy required by <u>Faretta v. California</u>, 422 U.S. 806 (1975), the Court hereby ORDERS that Mr. Johnatakis may proceed without counsel in this matter.  The Court orders that Christopher Black is withdrawn as Mr. Johnatakis's counsel of record but shall remain appointed as standby counsel for Mr. Johnatakis.

   DONE this _____ day of _____, 2023.


                                                                _____
                                                                The Honorable Royce C. Lamberth
                                                                United States District Judge