**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | **Case No. 21-CR-91** |
| | : | |
| **TAYLOR JOHNATAKIS,** | : | |
| | : | |
| Defendant. | : | |

**MOTION TO RESCHEDULE TRIAL DUE TO WITNESS UNAVAILABILITY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to reschedule the trial in this case, currently scheduled to begin on November 16, 2023, because of government witness unavailability.   The government understands that the defendant objects to moving the trial date.

Trial is currently scheduled to begin on Thursday, November 16, 2023, but at least two essential government witnesses are unavailable beginning November 20, 2023, and government counsel is unavailable the week of November 27, 2023.  Standby counsel for the defendant is available to begin trial Tuesday, November 14, 2023, as well as the week of December 11, 2023. The government understands from the last status conference that both the defendant and standby counsel are unavailable the week December 4, 2023.   Accordingly, the government requests that the Court reschedule trial to begin either (1) Tuesday November 14, 2023 or (2) the week of December 11, 2023, due to witness unavailability.

If the start date is moved to the week of December 11, 2023, the government moves this to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(3)(A), which provides that the period within which a defendant must be tried can be tolled during any period of delay

resulting from the absence or unavailability of the defendant or an essential witness.

WHEREFORE, the government respectfully request that this Court grant the motion to reschedule the trial to either Tuesday, November 14, 2023, or the week of December 11, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Kaitlin Klamann
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
IL Bar No. 6316768
(202) 252-6778
Kaitlin.klamann@usdoj.gov

By:     /s/ Courtney A. Howard
COURTNEY A. HOWARD
Trial Attorney, Criminal Division
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20001
NY Bar No. 4513909
202-514-3130
Courtney.Howard2@usdoj.gov