```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * *    )
UNITED STATES OF AMERICA,        )    Criminal Action
                                 )    No. 21-00091
             Plaintiff,          )
                                 )
   vs.                           )
                                 )
CRAIG MICHAEL BINGERT,           )
ISAAC STEVE STURGEON and         )    Washington, D.C.
TAYLOR JAMES JOHNATAKIS,         )    August 9, 2023
                                 )    1:05 p.m.
             Defendants.         )
                                 )
* * * * * * * * * * * * * * *    )


              TRANSCRIPT OF STATUS CONFERENCE
                    CONDUCTED VIA ZOOM
          BEFORE THE HONORABLE ROYCE C. LAMBERT
              UNITED STATES SENIOR DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:       ANGELA N. BUCKNER, ESQ.
                          UNITED STATES ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
                          601 D Street, Northwest
                          Washington, D.C. 20530


FOR THE DEFENDANT         ALLEN H. ORENBERG, ESQ.
       BINGERT:           THE ORENBERG LAW FIRM, P.C.
                          12505 Park Potomac Avenue
                          Six Floor
                          Potomac, Maryland 20854


FOR THE DEFENDANT         MARIA JACOB, ESQ.
       STURGEON:          OFFICE OF THE FEDERAL PUBLIC
                            DEFENDER
                          625 Indiana Avenue, Northwest
                          Suite 550
                          Washington, D.C. 20004
```

```
1    APPEARANCES, CONT'D:

2    FOR THE DEFENDANT         TIMOTHY ASKEROV, ESQ.
          JOHNATAKIS:          BLACK & ASKEROV, PLLC
3                              705 Second Avenue
                               Suite 1111
4                              Seattle, Washington 98104

5
     REPORTED BY:              LISA EDWARDS, RDR, CRR
6                              Official Court Reporter
                               United States District Court for the
7                                District of Columbia
                               333 Constitution Avenue, Northwest
8                              Room 6706
                               Washington, D.C. 20001
9                              (202) 354-3269

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           THE COURTROOM DEPUTY:  Your Honor, we're in
2  Criminal Action 21-91, the United States of America versus
3  Craig Bingert, Isaac Sturgeon and Taylor Johnatakis.
4           If I could have the parties identify themselves
5  for the record, beginning with the United States.
6           MS. BUCKNER:  Good afternoon, your Honor.  Angela
7  Buckner on behalf of the United States.
8           MR. ORENBERG:  Good afternoon, your Honor.  Allen
9  Orenberg for Craig Bingert, who is consenting to appear
10 virtually today.
11          THE COURT:  Okay.
12          MS. JACOB:  Good afternoon, your Honor.  Maria
13 Jacob on behalf of Mr. Sturgeon, who is present by video and
14 also consents to proceed by video today.
15          MR. ASKEROV:  Good afternoon, your Honor.  Tim
16 Askerov standing in Christopher Black for Taylor Johnatakis,
17 who is also appearing virtually.
18          THE COURT:  Okay.
19          DEFENDANT JOHNATAKIS:  I am Taylor James
20 Johnatakis.  I'm here by special appearance.  I reserve all
21 my rights, with an explicit reservation without prejudice.
22          THE COURT:  Mr. Bingert, can you hear me okay?
23          DEFENDANT BINGERT:  Yes, sir, I can.
24          THE COURT:  And, Mr. Sturgeon, can you hear me
25 okay?

1   DEFENDANT BINGERT:  Yes, your Honor.
2   THE COURT:  When we left off last with
3   Mr. Johnatakis, we were talking about whether he would
4   accept my advice that he not proceed *pro se* on a motion
5   filed by Mr. Black to withdraw from representing him at his
6   request.  And I asked him to further consider the question
7   and I had a lengthy discussion with him at that last
8   hearing.
9   Let me ask him to address that question as to
10  whether he's willing to reconsider proceeding *pro se* and, if
11  not, then we'll see where we go from there.
12  DEFENDANT JOHNATAKIS:  Judge, I do not require
13  anyone to appear in my case or stand in my place.  I am here
14  representing myself to settle and close this matter.
15  THE COURT:  It's not a matter of whether you
16  require it.  Do you refuse to accept representation by
17  counsel, then?
18  DEFENDANT JOHNATAKIS:  Yes.
19  THE COURT:  I was hoping Mr. Black would be here.
20  Mr. Askerov, I don't know if you -- I take it you
21  all are partners.  I don't know if you all have talked about
22  whether you all would be willing to accept an appointment as
23  backup counsel or not from the Court under the Criminal
24  Justice Act.  I haven't discussed it with Mr. Black, and I
25  have not had you all talk to the public defender about the

1       circumstances and how that standby counsel would work.
2               I did have a discussion that there would have to
3       be standby counsel available for Mr. Johnatakis to discuss
4       this with if he represents himself and we proceed *pro se* in
5       setting a date for trial.
6               Do you know whether you and Mr. Black have talked
7       about that and what your position would be?
8               MR. ASKEROV:  Thank you, your Honor.
9               And I do apologize that Mr. Black and could not be
10      here today.
11              We have discussed the issue, and Mr. Black
12      indicated that he would be happy to take the appointment
13      should the Court decide to appoint him under the Criminal
14      Justice Act.
15              THE COURT:  I'll have the public defender, then,
16      get in touch about the way to go forward with that.
17              We would have to have an affidavit completed by
18      the Defendant, and then at the end of the case the paperwork
19      would simply be completed by Mr. Black.  But we can go
20      forward that way.
21              So there may have already been an affidavit.  I
22      don't know if there was one or not.  I take it that y'all
23      were retained counsel.  Right?
24              MR. ASKEROV:  That's correct, your Honor.
25      Originally we were retained.

```
 1              THE COURT:  So there's no CJA determination yet,
 2   so I would have to make one now.  So we'll still have to end
 3   up getting an affidavit.  But the public defender here can
 4   work with Mr. Black or with you about the necessary
 5   affidavit for me to make that kind of determination.
 6              And so I will not act on the motion to withdraw,
 7   then, until we see if I can make the determination under the
 8   Criminal Justice Act; and then I will allow the motion to
 9   withdraw as his retained counsel, but hopefully then
10   reappoint you as standby counsel.  But until I grant the
11   motion to withdraw as retained counsel, we'll be in the same
12   status until I act on that motion, so the speedy trial will
13   still be tolled until I can act on that motion.  I'll get
14   the public defender to call within the next day or two about
15   how to go about getting that done.
16              Does that sound agreeable to you?
17              MR. ASKEROV:  That's understood, your Honor.
18              THE COURT:  Let me ask the Government, in the
19   meantime, what you want to try to do with the case in terms
20   of setting dates and so on.
21              MS. BUCKNER:  Your Honor, I do think I was
22   anticipating --
23              THE COURT:  This Defendant, Johnatakis, is
24   scheduled *pro se* and is not going to agree to anything and
25   does not want to plead guilty, clearly.  I don't know where
```

1    that puts the Defendants in setting dates.
2            MS. BUCKNER:  I do think, your Honor, that we
3    should go ahead and set a trial date probably a few months
4    out, I think, for several reasons, including depending on
5    when you get Mr. Johnatakis connected with all the discovery
6    platforms.  And so I think for that reason alone our trial
7    date should probably be pushed out a few months.
8            Separately, I am working with one of the
9    Co-Defendants who has made a counteroffer for potential
10   resolution and which we are still discussing.  I think a
11   trial date a few months out would give us chance to ensure
12   that neither Co-Defendant is interested in a plea deal and
13   handle any other pretrial litigation if that's necessary.
14           THE COURT:  Let me go back to Mr. Orenberg, then,
15   first.
16           What's your suggestion about what we do now?
17           MR. ORENBERG:  Thank you, your Honor.  Allen
18   Orenberg on behalf of Craig Bingert.
19           I'm not opposed to setting a trial date.  However,
20   I don't know what the Court's calendar is like, but my next
21   few months are extremely busy.  My availability doesn't
22   start for several months.  So I just point that out to the
23   Court.
24           THE COURT:  What's the first?  What are we talking
25   about?  April?  May?

```
1              MR. ORENBERG:  If I may, your Honor, I just set a
2   ten-day-to-two-week trial with Judge Kotelly starting on
3   April 11th, although there's some fluidity with that trial
4   date.  It may be moved to June.  But for right now it's
5   scheduled for April 11th.
6              And I also have a trial in January with Judge
7   Boasberg, another January 6 trial starting on June 9th for a
8   week or so.
9              And then I have another trial scheduled with Judge
10  Sullivan for another January 6 trial.
11             THE COURT:  And I know Ms. Jacob has a lot of
12  them, too.  What does your schedule look like, Ms. Jacob?
13             MS. JACOB:  Your Honor, I'm available anytime
14  after February.
15             THE COURT:  Oh, you are.  Okay.  I thought you
16  were all booked up with these, too.
17             MS. JACOB:  I am, your Honor, but mostly for the
18  rest of the year and then into January.  So anytime after
19  February should be fine with us.
20             THE COURT:  Your April 11th is going to go ten
21  days or what, Mr. Orenberg?
22             MR. ORENBERG:  Yes, your Honor. Well, it's either
23  a four- or five-co-defendant trial.  Judge Kotelly -- it's a
24  large group.  Judge Kotelly broke it into two groups.  I'm
25  in the group scheduled to go April 11th.  I've been told to
```

1     reserve ten days, more or less, ten trial days.
2              Again, your Honor, Allen Orenberg.  I am available
3     in March.  I don't know what the Court's availability is.  I
4     don't have any trials booked in March.
5              THE COURT:  It doesn't look like it would work.
6     It's possible I could circle back to that.  But right now,
7     May 15th looks like the first available day I would have.  I
8     would say May 15th at 10:00 a.m.  I have one the week prior
9     to that that's already set that's going five days.
10             Are we looking, Ms. Buckner, at five days here?
11             MS. BUCKNER:  From the Government's perspective,
12    yes, your Honor.  I don't think there would be any more than
13    that for Government's case in chief.
14             THE COURT:  I think for now let's try to set it
15    for May 15th at 10:00 a.m. for trial.  And if I can circle
16    back and do it in that March timeframe, I will keep that in
17    mind, although I understand you all may book something else
18    before we get a chance to see if I can do that.
19             I think we need to set a date for motions, though.
20    Assuming I can resolve this other thing, the issue about
21    counsel, promptly, I probably need motions by about October
22    1st.  Does that sound reasonable?
23             MS. BUCKNER:  That's fine with the Government.
24    I'll defer to defense.  I know they've got sort of a packed
25    fall schedule, both counsel.  So I'm not sure if that works

1   for them.
2           MR. ORENBERG: Your Honor, Allen Orenberg here.
3   Could we have the middle of October?
4           THE COURT: October 15th?
5           MR. ORENBERG: Yes. I have a trial with Judge
6   Nichols on the 12th of September and I just would like to
7   have just a little bit more time, if that's possible.
8           THE COURT: Okay. Ms. Jacob?
9           MS. JACOB: That's fine with me. Thank you, your
10  Honor.
11          THE COURT: Assuming that Mr. Johnatakis is
12  proceed *pro se* with standby counsel, I would set that same
13  deadline for any motions by the Defendant Johnatakis for
14  October 15th.
15          DEFENDANT JOHNATAKIS: Judge, thank you. Can I
16  inquire as to what controversy is left to adjudicate?
17  Because the record should reflect I've accepted and
18  [indiscernible] all the offers requested and
19  [indiscernible] --
20          THE COURT REPORTER: Sir, this is the court
21  reporter. When you're reading so quickly, it's hard to make
22  a record. Would you please start again?
23          DEFENDANT JOHNATAKIS: Sorry about that.
24          Judge, I inquire as to what controversy is left to
25  adjudicate. Let the record reflect that I have accepted and

1  returned all offers and request the issuing [indiscernible]
2  bond and waive all public costs and request a full account
3  and issue an order of the Court to me immediately.
4          And I request you adjust and set off all public
5  charges by the exemption in a court of public policy and I
6  request discharge.  The record of the Court should also
7  reflect the prosecutor and this Court were in dishonor of
8  those returned accepted presentments.
9          THE COURT:  All of your requests are denied.
10         You're pending trial on charges brought by a grand
11 jury, and I'm setting a schedule for your trial that is
12 scheduled for your motions to be filed.  Everything you've
13 just said is complete and utter nonsense.
14         DEFENDANT JOHNATAKIS:  Judge, are you --
15         THE COURT:  It's denied.
16         DEFENDANT JOHNATAKIS:  Judge, are you continuing
17 this matter for your political or financial benefit or the
18 political or financial benefit of some third party?
19         THE COURT:  I have no idea what you're even
20 talking about.  I have no benefit to me personally for
21 anything.  I'm appointed for life.  I'm sitting here doing
22 my job for life.  My job is to listen to nonsense from you,
23 apparently.
24         Your request is denied.
25         Anything any other counsel wants to raise today?

1        MS. BUCKNER:  Your Honor, just so you know, it's
2   fine with me.  I think October 15th is a Saturday, if that
3   matters.
4        THE COURT:  So the --
5        MR. ORENBERG:  Excuse me, your Honor.  This is
6   Allen Orenberg.  The 17th might be the holiday.  It might be
7   a holiday, a federal holiday.  So how about the 18th?
8        THE COURT:  Sure.
9        MR. ORENBERG:  Do I have that right about the
10  federal holiday?
11       THE COURT:  No.  I have a trial starting that day,
12  so I don't think it is.
13       MR. ORENBERG:  Oh, I'm sorry.  It's the 10th.
14  Columbus Day is the 10th.  I'm fine with the 17th.  Thank
15  you, your Honor.
16       THE COURT:  Good.
17       Anything else, Ms. Jacob?
18       MS. JACOB:  No.  Thank you, your Honor.
19       THE COURT:  Thanks.  The Court will be in recess.
20       Thanks, counsel.
21       (Proceeding concluded.)
22
23
24
25

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 9th day of November, 2023.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269