# GOVERNMENT EXHIBIT B

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Douglas Massengale, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the House Recording Studio of the Office of the Chief Administrative Officer of the United States House of Representatives ("PROVIDER"), and my title is Chief Broadcast Officer. I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of the following video files:

  i.    JAN062021A.mov
 ii.    JAN2021B.mov
iii.    JAN062021C.mov
 iv.    JAN0620212100_0017.mov
  v.    Cam8.mov
 vi.    6Jan2021pt1.mov
vii.    6Jan2021pt2.mov
viii.   6Jan2021pt4.mov
 ix.    6Jan2021pt5.mov
  x.    6Jan2021_4.mov

I further state that:

a. all records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, it was kept in the course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b. such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

12/17/2021
Date

*[Signature]*
Signature