# GOVERNMENT EXHIBIT G

I, Jasmine Tolson, hereby certify:

1. I am a duly authorized custodian of records for X Corp. as successor in interest to Twitter, Inc ("X Corp."), located in San Francisco, California. I am authorized to submit this certification on behalf of X Corp. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored, and retrieved.

3. On 2021/03/24, X Corp. produced the following records via Email to ▮▮▮▮▮▮▮

File: gone4months-1021052854742597632-2021-03-16-7719039.zip

-1021052854742597632-deleted_direct_messages_group_media
-1021052854742597632-deleted_direct_messages_media
-1021052854742597632-direct_messages_group_media
-1021052854742597632-direct_messages_media
-1021052854742597632-fleet_media
-1021052854742597632-profile_media
-1021052854742597632-tweet_media
-1021052854742597632-account-creation-ip.txt
-1021052854742597632-account.txt
-1021052854742597632-ageinfo.txt
-1021052854742597632-block.txt
-1021052854742597632-connected-application.txt
-1021052854742597632-deleted-direct-messages-group.txt
-1021052854742597632-deleted-direct-messages.txt
-1021052854742597632-direct-messages-group.txt
-1021052854742597632-direct-messages.txt
-1021052854742597632-fleet.txt
-1021052854742597632-follower.txt
-1021052854742597632-following.txt
-1021052854742597632-ip-audit.txt
-1021052854742597632-like.txt
-1021052854742597632-lists-created.txt
-1021052854742597632-phone-number.txt
-1021052854742597632-profile.txt
-1021052854742597632-protected-history.txt

    -1021052854742597632-saved-search.txt
    -1021052854742597632-screen-name-change.txt
    -1021052854742597632-tweet.txt

    File:peasantsPod-1021052854742597632-2021-01-25-5168565.zip

    -1021052854742597632-account-creation-ip.txt
    -1021052854742597632-ip-audit.txt

("Records").

4. The Records were prepared by X Corp. and are data that X Corp. servers record automatically at the time, or reasonably soon after, the data is transmitted by the user, and the data is kept in the course of regularly conducted business activity and was made by X Corp. as a regular practice.

5. The Records were generated by X Corp.'s electronic process or system that produces an accurate result and were copied in a manner to ensure they are true duplicates of the original records.

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 09 day of November 2023.



I, Jasmine Tolson, hereby certify:

1. I am a duly authorized custodian of records for X Corp. as successor in interest to Twitter, Inc ("X Corp."), located in San Francisco, California. I am authorized to submit this certification on behalf of X Corp. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored, and retrieved.

3. **On 2021/04/21, X Corp. produced the following records via email to** ▬▬▬▬▬▬▬▬

    **File:gone4months-1021052854742597632-2021-04-21-9647401.zip**

    -1021052854742597632-deleted-direct-messages.txt
    -1021052854742597632-deleted-direct-messages-group.txt
    -1021052854742597632-deleted-direct-messages-group-media
    -1021052854742597632-deleted-direct-messages-media
    -1021052854742597632-direct-messages.txt
    -1021052854742597632-direct-messages-group.txt
    -1021052854742597632-direct-messages-group-media
    -1021052854742597632-direct-messages-media
    -1021052854742597632-fleet.txt
    -1021052854742597632-fleet-media
    -1021052854742597632-tweet.txt
    -1021052854742597632-tweet-media

    ("Records").

4. The Records were prepared by X Corp. and are data that X Corp. servers record automatically at the time, or reasonably soon after, the data is transmitted by the user, and the data is kept in the course of regularly conducted business activity and was made by X Corp. as a regular practice.

5. The Records were generated by X Corp.'s electronic process or system that produces an accurate result and were copied in a manner to ensure they are true duplicates of the original records.

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 09 day of November 2023.

