UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR-91 (RCL) |
| | : | |
| TAYLOR JAMES JOHNATAKIS, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE
PURSUANT TO RULE 902(14) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America formally notifies the defendant of its intention to offer evidence pursuant to Rule 902(14) of the Federal Rules of Evidence during its case-in-chief.

The Federal Rules of Evidence provide:

> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> […]
>
> (14) Certified Data Copied from an Electronic Device, Storage Medium, or File.  Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12).  The proponent also must meet the notice requirements of Rule 902(11).

Fed. R. Evid. 902(14).

The following are the self-authenticating exhibits that the government intends to offer during its case-in-chief pursuant to Rule 902(14):

1

| EXHIBITS | DESCRIPTION |
|---|---|
| Exhibits 701 to 711 | Photographs taken on 1/6/2021 from iPhone extraction |
| Exhibits 701A to 711A | Cellebrite reports of photographs taken on 1/6/2021 from iPhone extraction |
| Exhibits 712 and 713 | Screenshots from iPhone extraction |
| Exhibits 712A and 713A | Cellebrite reports of screenshots from iPhone extraction |
| Exhibits 714 to 720 | Cellebrite reports of calendar entries dated 1/5/2021 to 1/8/2021 from iPhone extraction |
| Exhibits 721 and 722 | Audio recordings from iPhone extraction |
| Exhibits 721A and 722A | Cellebrite reports for audio recordings from iPhone extraction |
| Exhibit 723 | Email from iPhone extraction |
| Exhibit 724 | Cellebrite report of account user information for Telegram application from iPhone extraction |
| Exhibits 725 to 747 | Videos from iPhone extraction |
| Exhibits 725A to 747A | Cellebrite reports from videos from iPhone extraction |

The proposed exhibits have been provided to the defense and remain available for inspection and copying at the United States Attorney's Office upon request by defense counsel.

The exhibits have an accompanying certification complying with the requirements of Fed. R. Evid. 902(14), as well as a chain of custody form, and a redacted FBI report written by the CART examiner, which are attached hereto as Exhibits 1, 2, and 3 respectively.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Kaitlin Klamann
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
IL Bar No. 6316768
(202) 252-6778
Kaitlin.klamann@usdoj.gov

By:  /s/ Courtney A. Howard
COURTNEY A. HOWARD
Trial Attorney, Criminal Division
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20001
(202) 514-3130
Courtney.Howard2@usdoj.gov