# GOVERNMENT EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-CR-91 (RCL)** |
| | : | |
| **TAYLOR JOHNATAKIS,** | : | |
| | : | |
| **Defendant.** | : | |

**CERTIFICATION OF AUTHENTICITY OF DATA COPIED FROM AN ELECTRONIC**
**DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)**

I, Jeffrey Ralston, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the Federal Bureau of Investigation (FBI), and my title is Digital Forensic Examiner (DFE). I have been employed by the FBI for approximately 13 years. The DFE is responsible for the lawfully authorized imaging, extracting/copying of the contents of electronic devices to include electronic storage media, cellular telephones, and other electronic devices. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1.   On April 14, 2021, I received a seized iPhone 12 Mini mobile phone, International Mobile Equipment Identifier (IMEI) 353007112399983, serial number C7CDM5VL0GRN ("the Device"), which had been logged into evidence with the FBI as Item 1B6, from the FBI Northern Virginia Resident Agency (NVRA) Evidence Control Center (ECC).

2.   I performed an extraction of the Device on or about April 14, 2021, using a specialized hardware device called GrayKey. This hardware device has been thoroughly tested and verified by the FBI and known to create accurate and reliable images of mobile digital devices.

3.   Furthermore, I know that the forensic copying process was complete and accurate because the forensic software generated a hash (i.e., digital fingerprint) of the image and because the software expressly indicated that the extraction was successful.

4.   The GrayKey device was working as designed on the date of extraction.

5.   After the extraction was created, the data was processed and provided to the FBI Special Agent assigned to the investigation.

6.   The Device was then returned to the NVRA ECC.

7.   I certify that Government Exhibits 701 through 747, including all subparts, consist of true and accurate copies of videos, audio recordings, photographs, and other items from the extraction of the Device.

8.   I further state that this certification is intended to satisfy Federal Rules of Evidence 902(13) and 902(14).

Jeffrey Ralston, FBI
DATE: November 6, 2023