# GOVERNMENT EXHIBIT 2

**FD-1004**
Rev. 10-13-2020

# FEDERAL BUREAU OF INVESTIGATION
## EVIDENCE CHAIN OF CUSTODY

| Evidence Type: | ☐ General ☑ Digital | ☐ Drugs ☐ Valuables | ☐ Firearms Weapon | Item # _____ |
|---|---|---|---|---|

| Special Handling Instructions | | | Initial Receipt | Date and Time |
|---|---|---|---|---|
| ☐ HAZMAT | ☐ Latents | ☐ FGJ | Signature of Seizing Individual: *Jeffrey B. Ralston* | 4/16/2021 8:35 am |
| ☐ Req. Charging | ☐ Freeze | ☐ Refrigerate | Printed Name/Agency: Jeffrey B. Ralston/FBI | |
| ☐ Biohazard | | | Reason: Initial Collection | |
| ☐ Other _____ | | | Collected By: Jeffrey B. Ralston | |
| | | | Agency: FBI | |

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: *Jeffrey B. Ralston* | 4/16/2021 2:20 PM | Signature: *(signature)*  APR 16 2021 | APR 16 2021 2:20 |
| Printed Name/Agency: Jeffrey B. Ralston/FBI | | Printed Name/Agency: Harwinder Singh-FBI | |
| Reason: To ECC | | Reason: Storage | |
| **Relinquished Custody** | Date and Time | **Accepted Custody** | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| **Relinquished Custody** | Date and Time | **Accepted Custody** | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| **Relinquished Custody** | Date and Time | **Accepted Custody** | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| **Relinquished Custody** | Date and Time | **Accepted Custody** | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| **Relinquished Custody** | Date and Time | **Accepted Custody** | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |

| Firearm Certification by (FI/SWAT) / Explosive Material Certification by (SABT): | ATF Trace Form Completed: ☐ |
|---|---|
| Printed Name: | NCIC: ☐ |
| Signature: | |
| Date: | |

Case ID: 89B-WF-3377638          1B: 7          Barcode: _____

*This form is incomplete without reference to the FD-1087.*

DEWF6_iPhone_Archive'