# GOVERNMENT EXHIBIT 3

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/19/2021

On April 14, 2021, Information Technology Specialist Forensic Examiner (ITS/FE) Jeffrey B. Ralston, in response to Request Submission ID 243831 and Mobile Device Unlock Service (MDUS) Request 26698, obtained a full file system extraction using GrayKey v1.6.11.2. Prior to extraction, the Subscriber Identification Module (SIM) card was removed and the device was confirmed to be in Airplane mode.

Cellebrite Physical Analyzer v7.42.0.50 was used to parse the extraction and a report was generated. A copy of the extraction and report were copied to a forensically-prepared hard drive for archive purposes.

All work was performed at the Northern Virginia Resident Agency (NVRA) Computer Analysis Response Team (CART) facility and a copy of the search warrant was reviewed prior to examination beginning. The passcode ▅▅▅ was provided by case agent and confirmed to be correct.

**Case Reference:**

    **Case File Number:** ▅▅▅▅▅▅▅

    **Date of Request:** 04/13/2021

    **Submission ID:** 243831

    **Service Request ID:** 130868

UNCLASSIFIED//FOUO

Investigation on 04/14/2021 at Manassas, Virginia, United States (In Person)

File # ▅▅▅▅▅▅▅ , 268-HQ-C7772046-DEVICES_UNLOCKED    Date drafted 04/16/2021

by RALSTON JEFFREY B

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**MDUS Request ID:** 26698

**Details:**

- **Evidence Number:** 1B6
- **Power Status:** Off
- **Device Model:** A2176 (iPhone 12 mini)
- **OS Version:** iOS 14.1
- **S/N:** C7CDM5VL0GRN
- **Phone#:**
- **IMEI:** 353007112399983
- **Owner Name:** Taylor Johnatakis
- **Account(s)**

- **Extraction:** Obtained a full file system extraction.
- **Passcode:**

**Derivative Evidence (DE):**

DEWF6_iPhone_Archive: One (1) Western Digital 500 GB hard drive, Model: WDC WD5000LPLX-60ZNTT1, S/N: WD-WX81A5894A6Z containing a copy of the Full File System extraction of an iPhone 12 mini (1B6) and UFDR report. **
1B6 Passcode: **

**Disposition of Evidence:**

1B6 was returned to the NVRA ECC.

DEWF6_iPhone_Archive was submitted to the NVRA ECC.