# NON-NEGOTIABLE NOTICE OF INQUIRY

Notice Date:          Day: Six          Month: Eleven          Year: 2023 CE

Judge Royce C. Lamberth
333 Constitution Avenue Northwest
Washington, District of Columbia 20001

*[handwritten annotations and RECEIVED / CHAMBERS OF JUDGE LAMBERTH stamp]*

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis, a sentient moral being, inquire into the status of this matter. **As my rights are in peril, I hold a duty to inquire by Special Appearance:**

- Does the court's record prove that on July 26, 2022, at that hearing the court indicated it would allow me to proceed without counsel and that I had reserved all of my rights with explicit reservation and without prejudice? Does the record prove that I inquired at that hearing, and subsequent hearings why this matter was being continued? Did someone act on my behalf and waive my right to a speedy trial without my consent? Would it not be honorable to use July 26, 2022 as the date to asses the start of my affirmative decision not to waive my rights including but not limited to a right to a speedy trial?

- Does the court's transcripts prove I have, repeatedly and affirmatively expressed, on the courts record the explicit reservation of all my rights without prejudice on July 26, 2022, and again August 9, 2022, March 23, 2023, September 17, 2023 and October 18, 2023 and attempted to settle and close this matter without delay and inquired why this matter was being continued?

- Does the record reflect I did not request Continuance, Severance or a Mental Health Examination to determine competency or delay proceedings? Was my right to due process and a speedy trial violated by delays not of my own action? Who has a duty to determine that?

- Does the Court's record reflect I have Accepted and Returned the offers and presentments in this matter for settlement and closure and have not argued the facts, law, jurisdiction or venue?

- What controversy is there to adjudicate? Would it not be honorable to issue me the order of the court and discharge this matter without delay?

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble Place Northeast
Kingston, Washington

cc: Angela D. Caesar, Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves, United States Attorney Judiciary, Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Kaitlin Klamann, Assistant United States Attorney, 601 D Street NW, Washington, D.C. 20001
cc: Courtney A. Howard, Detailed to the U.S. Attorney's Office, 601 D Street NW Washington DC 20001
cc: Christopher R Black, BLACK AND ASKEROV PLLC, 705 2ND AVE #1111, Seattle, Washington 98104
cc: Samantha Calloway, Courtroom Deputy, 333 Constitution Avenue Northwest, Suite 1700, Washington, D.C. 20001
cc: Tanner Larkin, Law Clerk, Honorable Royce C. Lamberth, 333 Constitution Avenue N.W. Washington, D.C. 20001