

# NON-NEGOTIABLE NOTICE OF INQUIRY

Notice Date:      Day: Eleven      Month: Eleven      Year: 2023 CE

Judge Royce C. Lamberth
333 Constitution Avenue N.W.
Washington, D.C. 20001

*Let this be filed*
*Royce C. Lamberth*
*U.S. D.J. ListCas*

**RECEIVED**
**NOV 13 2023**
**CHAMBERS OF**
**JUDGE LAMBERTH**

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis, a sentient moral being, serve this Non-Negotiable Notice of Inquiry attached to you. **Please respond within three (3) days of receipt of this Notice. Dishonor may result if you fail to respond point by point.**

### As my rights are in peril, I hold a duty to inquire by Special Appearance:

- Does the record prove Christopher Black has a duty to not argue the facts, law, jurisdiction or venue, to request you issue me the appearance bond and waive all public costs; request you close the account and issue the order of the court to me immediately; request you adjust and set-off all public charges by the exemption in accord with public policy; and request discharge and nothing more?

- Has the prosecutions continued effort since July 26, 2022 and especially since October 18, 2023 to communicate through Christopher Black violate my right to speak on my own behalf and act for myself in this matter? Has my due process and right to settle and close this matter been violated by the prosecutions continual communication with Christopher Black? Under what authority does the prosecution communicate with Christopher Black and not myself?

- Has communicating with Christopher Black instead of myself, been an effort to continue this matter by the prosecution? Is there anything that would prevent the prosecution from settling this matter immediately? What controversy is there to adjudicate? Does the record reflect the prosecution is in dishonor of my acceptance in this matter? Would it not be honorable to discharge this matter and issue me the order of the court?

- Is it not true there is no doubt that the rights of others cannot be prejudiced by private agreements? Did the private agreements of officers of the court prejudice my clearly reserved and expressed right to speak and act for myself? What is the custom of the court when the rights and due process of a defendant has been violated? What is the custom of the court when a defendants right to due process has been violated by no action of his own?

- Does the record reflect I did not request Continuance, Severance or a Mental Health Examination to determine competency? Was my right to due process and a speedy trial violated? Who had a duty to determine that? Can an act of the court prejudice a man?

## NON-NEGOTIABLE NOTICE OF INQUIRY

Notice Date:  Day: Eleven   Month: Eleven   Year: 2023 CE

Judge Royce C. Lamberth
333 Constitution Avenue N.W.
Washington, D.C. 20001

- Does the record reflect I am not aware of a protection order to which I am party in this matter, if there is one, will you please bring it forward so I can review and honor it?
- Does the Court's record reflect that when the law fails to provide remedy that equity follows the law and in any conflict or variance between the rules of law and the rules of equity, that equity shall prevail?
- Would it not be honorable to issue me the order of the court and discharge this matter without delay?

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
℅ 29628 Gamble Place Northeast
Kingston, Washington

Also Noticed:

Angela D. Caesar, Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001

Matthew M. Graves, United States Attorney Judiciary, Center 555 Fourth St., N.W. Washington, D.C. 20530
Kaitlin Klamann, Assistant United States Attorney, 601 D Street NW, Washington, District of Columbia 20001
Courtney A. Howard, Detailed to the U.S. Attorney's Office, 601 D Street NW Washington D.C. 20001
Christopher R Black, BLACK AND ASKEROV PLLC, 705 2ND AVE #1111, Seattle, Washington 98104
Tanner Larkin, Law Clerk, Honorable Royce C. Lamberth, 333 Constitution Avenue N.W. Washington, District of Columbia 20001