UPDATED 11/14/23.

UNITED STATES OF AMERICA

VS.

Taylor Johnatakis

Civil/Criminal No. __21-cr-091 (RCL)__

Government ☑ ☐ ☐ ☐ ☐
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *CCTV United States Capitol Police Surveillance Video* | | | | |
| 101 | 0920 Upper West Terrace 2:47 p.m. Timestamp | 11·20·23 | ✓ | J. GONZALEZ | |
| 200 Series | *Metropolitan Police Department Body-Worn Camera (BWC)* | | | | |
| 201 | Body-worn Camera Footage of MPD Sergeant Sean McCloskey | | | | |
| 201A | Clip of Body-worn Camera Footage of MPD Sergeant Sean McCloskey | 11·17·23 | ✓ | D. AUGUSTINE | |
| 201A.1 | Screenshot of Augustine | | ✓ | | |
| 201A.2 | Screenshot of TJ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 201B | 2nd Clip of Body-worn Camera Footage of MPD Sergeant Sean McCloskey | | | | |
| 202 | Body-worn Camera Footage of MPD Captain David Augustine | | | | |
| 202A | Clip of Body-worn Camera Footage of MPD Captain David Augustine | 11·17·23 | ✓ | D. AUGUSTINE | |
| 203 | Body-worn Camera Footage of MPD Officer Josamarie Militar | | | | |
| 203A | Clip of Body-worn Camera Footage of MPD Officer Josamarie Militar | | | | |
| 203A.1 | 203A Screenshot | | | | |
| 204 | Body-worn Camera Footage of MPD Officer Juan Gonzalez | | | | |
| 204A | Clip of Body-worn Camera Footage of MPD Officer Juan Gonzalez | 11·20·23 | ✓ | J. GONZALEZ | |
| 204A.1 | 204A Screenshot 1 | | | | |
| 204A.2 | 204A Screenshot 2 | 11·20·23 | ✓ | J. GONZALEZ | |
| 204A.3 | 204A Screenshot 3 | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 204A.4 | 204A Screenshot 4 | | | | |
| 204A.5 | 204A Screenshot 5 | | | | |
| 204A.6 | 204A Screenshot 6 | 11·20·22 | ✓ | J. GONZALEZ | |
| 204A.7 | 204A Screenshot 7 | | ✓ | | |
| 204A.8 | 204A Screenshot 8 | | ✓ | | |
| 205 | Body-worn Camera Footage of MPD Officer Marc D'Avignon | | | | |
| 205A | Clip of Body-worn Camera Footage of MPD Officer Marc D'Avignon | 11·20·22 | ✓ | M. D'AVIGNON | |
| 205A.1 | 205A Screenshot 1 | | | | |
| 205A.2 | 205A Screenshot 2 | | | | |
| 205A.3 | 205A Screenshot 3 | 11·17·22 | ✓ | D. AUGUSTINE | |
| 205A.4 | 205A Screenshot 4 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT TO JURY (date & time) |
|---|---|---|---|---|---|
| 205A.5 | 205A Screenshot 5 | 11.20.23 | ✓ | M. D'AVIGNON | |
| 205A.6 | 205A Screenshot 6 | | ✓ | | |
| 205A.7 | 205A Screenshot 7 | | | | |
| 206 | Body-worn Camera Footage of MPD Officer Chadd Livezey | | | | |
| 206A | Clip of Body-worn Camera Footage of MPD Officer Chadd Livezey | | | | |
| 206A.1 | Livezey BWC Still 1 | | | | |
| 206A.2 | Livezey BWC Still 2 | | | | |
| 206A.3 | Livezey BWC Still 3 | | | | |
| 206A.4 | Livezey BWC Still 4 | | | | |
| 206A.5 | Livezey BWC Still 5 | | | | |
| 206A.6 | Livezey BWC Still 6 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 207 | Body-worn Camera Footage of MPD Officer David Leaty | | | | |
| 207A | Clip of Body-worn Camera Footage of MPD Officer David Leaty | | | | |
| 207A.1 | 207A Still Image 1 | | | | |
| 207A.2 | 207A Still Image 2 | | | | |
| 208 | Body-worn Camera Footage of MPD Officer Kevin Peralta | | | | |
| 208A | Clip of Body-worn Camera Footage of MPD Officer Kevin Peralta | | | | |
| 208A.1 | 208A Screenshot 1 | | | | |
| 208A.2 | 208A Screenshot 2 | | | | |
| 208A.3 | 208A Screenshot 3 | | | | |
| 208A.4 | 208A Screenshot 4 | | | | |
| 208A.5 | 208A Screenshot 5 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 209 | Body-worn Camera Footage of MPD Officer Analee Jimenez | | | | |
| 209A | Clip of Body-worn Camera Footage of MPD Officer Analee Jimenez | | | | |
| 209A.1 | Screenshot of 209A | 11·17·23 | ✓ | R. ORTEGA | |
| 210 | Body-worn Camera Footage of MPD Officer Andre Davis | | | | |
| 210A | Clip of Body-worn Camera Footage of MPD Officer Andre Davis | | | | |
| 210A.1 | 210A Screenshot | | | | |
| 300 Series | *Public and Open-Source Materials* | | | | |
| 301 | J.H. Video | | | | |
| 301A | J.H. Video, West Front - Yellow Circle | 11·17·23 | ✓ | D. AUGUSTINE | |
| 302 | Video Clip from PeasantsPerspective Podcast Recording "My 1st Hand account on the Front Line in DC, Jan 6th" | 11·20·23 | ✓ | M. KILEY | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 303 | Clip from YouTube Video Ep4NAQyCQ3U&t=11 | 11·20·23 | ✓ | M. Riley | |
| 304 | Full Audio from PeasantsPerspective Podcast Recording "My 1st Hand account on the Front Line in DC, Jan 6th" | | | | |
| 305 | Clip from YouTube Video "Trump Supporters Rally in Washington DC, Day 2 !" | | | | |
| 306 | Video from G.B. Cellphone | | | | |
| 307 | What Parlor Saw Video from Southwest Stairs | | | | |
| 308 | Video Captured from Taylor Johnatakis Facebook Account | | | | |
| 309 | PeasantsPod Tweet Dated 1/5/2021 (1) | 11·20·23 | ✓ | M. Riley | |
| 310 | PeasantsPod Tweet Dated 1/5/2021 (2) | | ✓ | | |
| 311 | PeasantsPod Tweet Dated 1/6/2021 | | ✓ | | |
| 312 | PeasantsPod Tweet Dated 1/7/2021 | | ✓ | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 400 Series | *U.S. Senate and Congressional Records* | | | | |
| 401 | Senate and House Official Proceeding Compilation Video | 11.17.23 | ✓ | T. WICKHAM | |
| 402 | Certificate of Authenticity of Senate Recording Studio Videos | | | | |
| 403 | Certificate of Authenticity of House Recording Studio Videos | | | | |
| 404 | U.S. Constitution Amendment XII | 11.17.23 | ✓ | T. WICKHAM | |
| 405 | 3 U.S.C. Section 15 | | | | |
| 406 | 3 U.S.C. Section 16 | | | | |
| 407 | 3 U.S.C. Section 17 | | | | |
| 408 | 3 U.S.C. Section 18 | | | | |
| 409 | Senate Concurrent Resolution | 11.17.23 | ✓ | T. WICKHAM | |
| 410 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date & time) |
|---|---|---|---|---|---|
| 411 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | | | | |
| | | | | | |
| 500 Series | *Capitol Grounds Evidence* | | | | |
| 501 | West Front Time Lapse Compilation video | 11·17·23 | ✓ | R. ORTEGA | |
| 502 | Montage Video of Breach Timeline | 11·17·23 | ✓ | R. ORTEGA | |
| 503 | Photograph of U.S. Capitol with Signs | 11·17·23 | ✓ | R. ORTEGA | |
| 504 | Photograph of "AREA CLOSED" Sign | | | | |
| 505 | Aerial Photograph of the Capitol Building and Grounds | | | | |
| 506 | Map of Restricted Perimeter | 11·17·23 | ✓ | R. ORTEGA | |
| 507 | US Capitol Grounds Map | | | | |
| 508 | Still of 3D Model of US Capitol | | | | |
| 509 | Overhead View of US Capitol | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 510 | Still of 3D Model of West Front of US Capitol | 11·17·23 | ✓ | R. ORTEGA | |
| 511 | Still of 3D Model Overhead View of West Front | | ✓ | | |
| 512 | Still of 3D Model of US Capitol West Front | 11·17·23 | ✓ | R. ORTEGA | |
| 513 | Area Closed Sign Photograph | | ✓ | | |
| | | | | | |
| 600 Series | U.S. Secret Service Exhibits | | | | |
| 601 | HOS Notification Email - Visit of VP Pence and Family | 11·20·23 | ✓ | L. HAWA | |
| 602 | USSS HOS Notification - VP President Pence 01/06/21 9 (REDACTED) | | ✓ | | |
| 603 | USSS-3 - Video of VP Pence Departing Senate Members Staircase | | ✓ | | |
| 604 | USSS-2 - Video of East Side of the Capitol: VP Vehicles Moving | | | | |
| 605 | E.G. Radio Communication (14:14:42) | | | | |
| 606 | E.G. Radio Communication (14:20:19) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 607 | E.G. Radio Communication (14:21:49) | | | | |
| | | | | | |
| 700 Series | *Content of Electronic Devices* | | | | |
| 701 | Photograph on 1/6/2021 12:32 p.m | | | | |
| 701A | Cellebrite Report of Photograph on 1/6/2021 12:32 p.m | | | | |
| 702 | Photograph on 1/6/2021 1:17 p.m | | | | |
| 702A | Cellebrite Report of Photograph on 1/6/2021 1:17 p.m | | | | |
| 703 | Photograph on 1/6/2021 1:57 pm | 11·20·23 | ✓ | M. Kiley | |
| 703A | Cellebrite Report of Photograph on 1/6/2021 1:57 pm | | ✓ | | |
| 704 | Photograph on 1/6/2021 2:49 pm | | ✓ | | |
| 704A | Cellebrite Report of Photograph on 1/6/2021 2:49 pm | | ✓ | | |
| 705 | Photograph on 1/6/2021 2:50 p.m (1) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT $ SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 705A | Cellebrite Report of Photograph on 1/6/2021 2:50 p.m (1) | | | | |
| 706 | Photograph on 1/6/2021 2:50 pm (2) | | | | |
| 706A | Cellebrite Report of Photograph on 1/6/2021 2:50 pm (2) | | | | |
| 707 | Photograph on 1/6/2021 3:04 p.m | | | | |
| 707A | Cellebrite Report of Photograph on 1/6/2021 3:04 p.m | | | | |
| 708 | Photograph on 1/6/2021 3:45 pm (1) | | | | |
| 708A | Cellebrite Report of Photograph on 1/6/2021 3:45 pm (1) | | | | |
| 709 | Photograph on 1/6/2021 3:45 pm (2) | | | | |
| 709A | Cellebrite Report of Photograph on 1/6/2021 3:45 pm (2) | | | | |
| 710 | Photograph on 1/6/2021 4:19 p.m | | | | |
| 710A | Cellebrite Report of Photograph on 1/6/2021 4:19 p.m | | | | |
| 711 | Photograph on 1/6/2021 4:21 pm | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 711A | Cellebrite Report of Photograph on 1/6/2021 4:21 pm | | | | |
| 712 | Screenshot on 11/10/20 8:10 pm | | | | |
| 712A | Cellebrite Report of Screenshot on 11/10/20 8:10 pm | | | | |
| 713 | Screenshot on 2/2/21 11:02 pm | 11·20·23 | ✓ | M. Kiley | |
| 713A | Cellebrite Report of Screenshot on 2/2/21 11:02 pm | | | | |
| 714 | Cellebrite Report of Calendar Entry on 1/5/2021 Reservation at Hyatt | 11·20·23 | ✓ | M. Kiley | |
| 715 | Cellebrite Report of Calendar Entry on 1/5/2021 Flight to Charlotte | | | | |
| 716 | Cellebrite Report of Calendar Entry on 1/5/2021 Flight to Chicago | | | | |
| 717 | Cellebrite Report of Calendar Entry on 1/6/2021 Flight to Baltimore | | | | |
| 718 | Cellebrite Report of Calendar Entry on 1/7/2021 Flight to Salt Lake City | | | | |
| 719 | Cellebrite Report of Calendar Entry on 1/7/2021 Flight to Dallas | | | | |
| 720 | Cellebrite Report of Calendar Entry on 1/8/2021 Flight to Seattle | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 721 | Audio Recording on 1/8/2021 | | | | |
| 721A | Cellebrite Report of Audio Recording on 1/8/2021 | | | | |
| 722 | Audio Recording on 1/13/2021 | | | | |
| 722A | Cellebrite Report of Audio Recording on 1/13/2021 | | | | |
| 723 | Email on 1.2.2021 with Flight Reservations | 11·20·23 | ✓ | M. Kiley | |
| 724 | Cellebrite Report of Account User Information for Telegram | | | | |
| 725 | Video on 11/8/2020 10:28 pm | 11·20·23 | ✓ | M. Kiley | |
| 725A | Cellebrite Report of Video on 11/8/2020 10:28 pm | | ✓ | | |
| 726 | Video on 1/5/2021 8:41 pm | | | | |
| 726A | Cellebrite Report of Video on 1/5/2021 8:41 pm | | | | |
| 727 | Video on 1/6/2021 at 11:58 am | 11·20·23 | ✓ | M. Kiley | |
| 727A | Cellebrite Report of Video on 1/6/2021 at 11:58 am | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 728 | Video on 1/6/2021 12:06 pm | 11·20·23 | ✓ | M. Filey | |
| 728A | Cellebrite Report of Video on 1/6/2021 12:06 pm | | ✓ | | |
| 729 | Video on 1/6/2021 12:45 pm (1) | | | | |
| 729A | Cellebrite Report of Video on 1/6/2021 12:45 pm (1) | | | | |
| 729B | 729 Screenshot | | | | |
| 730 | Video on 1/6/2021 12:45 pm (2) | 11·20·23 | ✓ | M. Filey | |
| 730A | Cellebrite Report of Video on 1/6/2021 12:45 pm (2) | | ✓ | | |
| 731 | Video on 1/6/2021 at 12:45 pm (3) | | | | |
| 731A | Cellebrite Report of Video on 1/6/2021 at 12:45 pm (3) | | | | |
| 731B | 731 Screenshot | | | | |
| 732 | Video on 1.6.2021 12.45 pm (4) | | | | |
| 732A | Cellebrite Report of Video on 1/6/2021 12:45 pm (4) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 732B | 732 Screenshot | | | | |
| 733 | Video on 1/6/2021 1:17 pm (1) | | | | |
| 733A | Cellebrite Report of Video on 1/6/2021 1:17 pm (1) | | | | |
| 734 | Video on 1/6/2021 1:17 pm (2) | | | | |
| 734A | Cellebrite Report of Video on 1/6/2021 1:17 pm (2) | | | | |
| 735 | Video on 1/6/2021 1:38 pm | 11·20·23 | ✓ | M. Kiley | |
| 735A | Cellebrite Report of Video on 1/6/2021 1:38 pm | | ✓ | | |
| 736 | Video on 1/6/2021 2:27 pm | 11·20·23 | ✓ | M. Kiley | |
| 736A | Cellebrite Report of Video on 1/6/2021 2:27 pm | | ✓ | | |
| 736B | 736 Screenshot | | | | |
| 737 | Video on 1/6/2021 2:37 pm | 11·20·23 | ✓ | M. Kiley | |
| 737A | Cellebrite Report of Video on 1/6/2021 2:37 pm | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 738 | Video on 1/6/2021 2:49 pm | 11·20·23 | ✓ | M. Filey | |
| 738A | Cellebrite Report of Video on 1/6/2021 2:49 pm | | ✓ | | |
| 738B | 738 Screenshot | | | | |
| 739 | Video on 1/6/2021 2:50 pm (1) | 11·20·23 | ✓ | M. Filey | |
| 739A | Cellebrite Report of Video on 1/6/2021 2:50 pm (1) | | ✓ | | |
| 739B | 739 Screenshot | | | | |
| 740 | Video on 1/6/2021 2:50 pm (2) | 11·20·23 | ✓ | M. Filey | |
| 740A | Cellebrite Report of Video on 1/6/2021 2:50 pm (2) | | ✓ | | |
| 740B | 740 Screenshot | | | | |
| 741 | Video on 1/6/2021 3:03 pm | | | | |
| 741A | Cellebrite Report of Video on 1/6/2021 3:03 pm | | | | |
| 741B | 741 Screenshot | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 742 | Video on 1/6/2021 3:10 pm | 11·20·23 | ✓ | M. Kiley | |
| 742A | Cellebrite Report for Video on 1/6/2021 3:10 pm | | ✓ | | |
| 743 | Video on 1/6/2021 4:19 pm (1) | | ✓ | | |
| 743A | Cellebrite Report of Video on 1/6/2021 4:19 pm (1) | | ✓ | | |
| 744 | Video on 1/6/2021 4:19 pm (2) | | | | |
| 744A | Cellebrite Report of Video on 1/6/2021 4:19 pm (2) | | | | |
| 745 | Video on 1/6/2021 4:23 pm | 11·20·23 | ✓ | M. Kiley | |
| 745A | Cellebrite Report of Video on 1/6/2021 4:23 pm | | ✓ | | |
| 745B | 745 Screenshot | 11·17·23 | ✓ | R. ORTEGA | |
| 746 | Clipped Video on 1/6/2021 4:27 pm | 11·20·23 | ✓ | M. Kiley | |
| 746A | Cellebrite Report of Video on 1/6/2021 4:27 pm | | ✓ | | |
| 747 | Video on 1/6/2021 4:30 pm | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 747A | Cellebrite Report of Video on 1/6/2021 4:30 pm | | | | |
| 748 | *Intentionally Left Blank* | | | | |
| 749 | *Intentionally Left Blank* | | | | |
| 750 | Summary of Phone Exhibits | 11.20.22 | ✓ | M. Kiley | |
| 751 | Certification of CART Examiner Pursuant to Rule 902(14) | | | | |
| | | | | | |
| *800 Series* | *Safeway Store Exhibits* | | | | |
| 801 | Safeway Email Disclosure | 11.20.22 | ✓ | M. Kiley | |
| 802 | Safeway Mid-Atlantic Daily Sales Report, 1/5/21 through 1/7/21 | | ✓ | | |
| 803 | Safeway Business Records Certification | | | | |
| | | | | | |
| *900 Series* | *Social Media Evidence* | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 901 | Content from Taylor-Johnatakis Facebook Account | | | | |
| 901A | Subscriber Information for Taylor-Johnatakis Facebook Account | 11·20·23 | ✓ | M. Kiley | |
| 901B | 11/4/2020 Message to R.A. | | ✓ | | |
| 901C | 1/6/2021 Messages with D.F. | | ✓ | | |
| 901D | 1/13/2021 Messages with S.G. | | | | |
| 901E | 1/6/2021 Messages with PJB | 11·20·23 | ✓ | M. Kiley | |
| 901F | 1/7/2021 Messages with D.M. | | | | |
| 901G | 12/6/2020 Messages with B.A. | 11·20·23 | ✓ | M. Kiley | |
| 901H | 1/6/2021 Group Messages | | ✓ | | |
| 901I | 1/6/2021 Trump Speaks Status and Video | | ✓ | | |
| 901J | 1/6/2021 Messages with J.R. | | | | |
| 901K | 1/5/2021 Plane Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 901L | 1/5/2021 Steps in Washington Monument Video | | | | |
| 901M | 1/5/2021 Five Guys Video | | | | |
| 901N | 1/6/2021 Stop the Steal Post | 11·20·22 | ✓ | M. Kiley | |
| 901O | 1/6/2021 Messages and Video to C.B. | | ✓ | | |
| 901P | 1/6/2021 Messages with C.B. 2 | | ✓ | | |
| 901Q | 1/7/2021 Messages and Video to K.W. | | | | |
| 901R | 11/14/2020 Messages with D.J. | | | | |
| 901S | Certification of Authenticity of Business Records from Meta Inc. Pursuant to Rule 902(11) | | | | |
| 902 | Content from peasantsPod Facebook Account | | | | |
| 902A | Subscriber Information for peasantsPod Facebook Account | 11·20·22 | ✓ | M. Kiley | |
| 902B | 1/5/2021 Status Post (1) | | ✓ | | |
| 902C | 1/5/2021 Status Post (2) | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 902D | 1/6/2021 Status Post #stopthesteal | 11·20·20 | ✓ | M. Kiley | |
| 902E | 1/6/2021 Status Post Sardines for Trump | | ✓ | | |
| 902F | 11/9/2020 Message from C.B. | | ✓ | | |
| 902G | 1/7/2021 Messages with D.S. | | ✓ | | |
| 902H | 1/5/2021 Video at Airport | | ✓ | | |
| 902I | Certification of Authenticity of Business Records from Meta Inc. Pursuant to Rule 902(11) | | | | |
| 903 | Content from taylorjohnatakis Instagram Account | | | | |
| 903A | Subscriber Information for taylorjohnatakis Instagram Account | 11·20·22 | ✓ | M. Kiley | |
| 903B | 1/7/2021 Messages with R.G. | | ✓ | | |
| 903C | 1/6/2021 Messages with J.J. | | ✓ | | |
| 903D | 1/6/2021 Story (1) | | ✓ | | |
| 903E | 1/6/2021 Story (2) | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 903F | Certification of Authenticity of Business Records from Meta Inc. Pursuant to Rule 902(11) | | | | |
| 904 | Content from Twitter Account peasantspod | | | | |
| 904A | Subscriber Information for peasantspod Twitter Account | | | | |
| 904B | 12/28/2020 Tweet | | | | |
| 904C | 1/1/2021 Tweet (1) | 11·20·23 | ✓ | M. Kiley | |
| 904D | 1/1/2021 Tweet (2) | | ✓ | | |
| 904E | 1/1/2021 Tweet (3) | | ✓ | | |
| 904F | 1/3/2021 Tweet | | ✓ | | |
| 904G | 1/5/2021 Tweet (1) | | ✓ | | |
| 904H | 1/5/2021 Tweet (2) | | | | |
| 904I | 1/5/2021 Tweet (3) | 11·20·23 | ✓ | M. Kiley | |
| 904J | 1/6/2021 Tweet | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT TO JURY (date & time) |
|---|---|---|---|---|---|
| 904K | Certification of Authenticity of Business Records from X Corp. Pursuant to Rule 902(11) | | | | |
| | | | | | |
| **1000 Series** | *Physical Evidence* | | | | |
| 1001 | Seized iPhone with Serial Number C7CDM5VL0GRN | 11·20·23 | | M. Riley | |
| | | | | | |
| **1100 Series** | *Miscellaneous* | | | | |
| 1101 | Email from Johnatakis to FBI | | | | |
| 1102 | Attachment to Email from Johnatakis to FBI | | | | |
| | | | | | |