# UNITED STATES DISTRICT COURT
# THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff,

vs.

TAYLOR JAMES JOHNATAKIS
    Defendant.

Case No.: **21-CR-091-3 (RCL)**

## COUNSELS' ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

_NOVEMBER 21, 2023_
**DATE EXHIBITS WENT TO JURY**

**APPROVED BY:**

_Courtney A. Howard_
**GOVERNMENT COUNSEL**

"Accepted"
11/21/23
/s/ James Johnatakis

_____
**DEFENDANT**