CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

TAYLOR JOHNATAKIS

Civil/Criminal No.: 21cr091-3 (RCL)

## NOTE FROM JURY

The jury has reached a verdict.

Date: 11-21-2023

Time: 11:52 am