UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: 21-CR-91 (RCL) |
| | : | |
| TAYLOR JAMES JOHNATAKIS, | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

We, the jury in the above-titled case, find the defendant:

**Count 1:**  **Obstruction of an Official Proceeding**

_____✓_____                                   _____

Guilty                                                  Not Guilty

**Count 2:**  **Assaulting, Resisting, or Impeding Certain Officers**

_____✓_____                                   _____

Guilty                                                  Not Guilty

**Count 3:**  **Civil Disorder**

_____✓_____                                   _____

Guilty                                                  Not Guilty

**Count 4:**  **Entering and Remaining in a Restricted Building or Grounds**

_____✓_____                                   _____

Guilty                                                  Not Guilty

1

**Count 5:**   **Disorderly and Disruptive Conduct in a Restricted Building or Grounds**

_____✓_____                              _____
Guilty                                       Not Guilty


**Count 6:**   **Engaging in Physical Violence in a Restricted Building or Grounds**

_____✓_____                              _____
Guilty                                       Not Guilty


**Count 8:**   **Act of Physical Violence in the Capitol Grounds or Buildings**

_____✓_____                              _____
Guilty                                       Not Guilty


Dated: ___11-21-2023___