```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

   * * * * * * * * * * * * * * *    )
   UNITED STATES OF AMERICA,         )    Criminal Action
                                     )      No. 21-00091
              Plaintiff,             )
                                     )
     vs.                             )
                                     )
   CRAIG MICHAEL BINGERT,            )
   ISAAC STEVE STURGEON and          )    Washington, D.C.
   TAYLOR JAMES JOHNATAKIS,          )    May 5, 2021
                                     )    10:16 a.m.
              Defendants.            )
                                     )
   * * * * * * * * * * * * * * *    )


         TRANSCRIPT OF ARRAIGNMENT/STATUS CONFERENCE
                      CONDUCTED VIA ZOOM
           BEFORE THE HONORABLE ROYCE C. LAMBERT
              UNITED STATES SENIOR DISTRICT JUDGE
```

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | ANGELA N. BUCKNER, ESQ.<br>UNITED STATES ATTORNEY'S OFFICE<br>  FOR THE DISTRICT OF COLUMBIA<br>601 D Street, Northwest<br>Washington, D.C. 20530 |
| FOR THE DEFENDANT<br>      BINGERT: | ALLEN H. ORENBERG, ESQ.<br>THE ORENBERG LAW FIRM, P.C.<br>12505 Park Potomac Avenue<br>Six Floor<br>Potomac, Maryland 20854 |
| FOR THE DEFENDANT<br>      STURGEON: | MARIA JACOB, ESQ.<br>OFFICE OF THE FEDERAL PUBLIC<br>  DEFENDER<br>625 Indiana Avenue, Northwest<br>Suite 550<br>Washington, D.C. 20004 |

```
 1   APPEARANCES, CONT'D:

 2   FOR THE DEFENDANT            CHRISTOPHER BLACK, ESQ.
         JOHNATAKIS:              BLACK & ASKEROV, PLLC
 3                                705 Second Avenue
                                  Suite 1111
 4                                Seattle, Washington 98104

 5   REPORTED BY:                 LISA EDWARDS, RDR, CRR
                                  Official Court Reporter
 6                                United States District Court for the
                                    District of Columbia
 7                                333 Constitution Avenue, Northwest
                                  Room 6706
 8                                Washington, D.C. 20001
                                  (202) 354-3269
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                THE COURT:  Good morning.
 2                THE COURTROOM DEPUTY:  We're on the record in
 3   Criminal Case 21-91, United States of America versus Craig
 4   Bingert, Isaac Sturgeon and Taylor Johnatakis.
 5                Counsel, please identify yourselves for the
 6   record.
 7                MS. BUCKNER:  Good morning, your Honor.  Angela
 8   Buckner on behalf of the United States.
 9                MR. ORENBERG:  Good morning, your Honor.  Allen
10   Orenberg on behalf of Craig Bingert.
11                MS. JACOB:  Good morning, your Honor.  Maria Jacob
12   from the Office of the Federal Public Defender for
13   Mr. Sturgeon.
14                MR. BLACK:  Good morning, your Honor.  Christopher
15   Black appearing on behalf of Taylor Johnatakis.
16                THE COURT:  Let me ask each of the Defendants if
17   you would just hold up your hand if you can hear me okay,
18   because I want to make sure all of you can hear me.
19                Mr. Sturgeon is as well.  Okay.  Thank you.
20                Mr. Sturgeon, the Court needs to arraign you.  So
21   at this time I'll ask the clerk if she would take care of
22   arraigning the Defendant Sturgeon.
23                THE COURTROOM DEPUTY:  Yes, Judge.
24                Your Honor, let the record reflect the Defendant
25   has been furnished a copy of the indictment and his counsel
```

1   has been furnished a copy of the indictment of the eight
2   counts against the Defendant.
3           As to the first count, which is 18 USC 1512(c)(2)
4   and 2, obstruction of an official proceeding and aiding and
5   abetting; as to Count 2, which is 18 USC 111(a)(1),
6   assaulting, resisting or impeding certain officers; Count 3,
7   which is 18 USC 231(a)(3), civil disorder; Count 4, 18 USC
8   1752(a)(1), entering and remaining in a restricted building
9   or grounds; Count 5, 18 USC 1752(a)(2), disorderly and
10  disruptive conduct in a restricted building or grounds;
11  Count 6, which is 18 USC 1752(a)(4), engaging in physical
12  violence in a restricted building or grounds; Count 7, 40
13  USC 5104(e)(2)(E), obstructing or impeding passage through
14  or within the grounds of any of the Capitol buildings; and
15  the final count, which is Count 8, which is 40 USC
16  5104(e)(2)(F), engaging in an act of physical violence in
17  the grounds or any of the Capitol buildings, how does the
18  Defendant wish to plead and does he waive formal reading of
19  this indictment?
20          MS. JACOB:  Your Honor, I've conferred with
21  Mr. Sturgeon.  He does waive a further reading and he wishes
22  to enter a plea of not guilty as to all counts.
23          THE COURT:  Thanks very much.
24          Ms. Buckner, do you want to give us a status
25  report of where we are?

1           MS. BUCKNER:  Yes, your Honor.

2           Since our last hearing, the Government has been
3    able to provide counsel with several videos, about 15
4    videos, which capture the Defendants on the date in
5    question.  The Government also last night provided --
6    pursuant to the protective order that the Court entered, I
7    have provided about 190 documents for review for defense
8    counsel.

9           So we are on our way with discovery, but nowhere
10   near complete.  The Government intends to continue providing
11   several search warrant returns.  There are devices and other
12   physical evidence that we're still reviewing and scoping out
13   pursuant to the legal authorization we obtained for those.

14          So at this time, I do think we're in a good
15   position, but the Government does think that another 90 days
16   or so would be prudent.

17          We'd ask for the exclusion of the computation of
18   time under the Speedy Trial Act because the interests of
19   justice outweigh the interests of the public and the
20   Defendants' right to a speedy trial, again for the reasons
21   that I've already told the Court regarding the voluminous
22   discovery in this case, the fact that the Government is
23   still trying to get more discovery to the Defendants as well
24   as investigating the language in the indictment regarding
25   the assault on a federal officer, which we may not -- may

1  need to update and potentially supersede.  It would be the
2  same date, the same behavior, but we may need to issue a
3  superseding indictment.
4          So for all those reasons, the Government is asking
5  for tolling in this case.  I have reviewed the pretrial
6  reports, the status updates that I've gotten so far.  I'm
7  not asking for any updated conditions for any of the
8  Defendants.
9          I know Mr. Sturgeon will have a request of this
10 Court that the Government I anticipate will agree to.
11         THE COURT:  Mr. Orenberg?
12         MR. ORENBERG:  Yes, your Honor.  Thank you.
13         On behalf of Mr. Bingert, I concur with the
14 representations of Ms. Buckner with respect to perhaps 90
15 days until the next status hearing.  I have received limited
16 discovery.  I was informed yesterday that additional
17 discovery has been uploaded to the system and not yet had a
18 chance to review or share that with my client.  So I'll need
19 to do that.
20         I also understand that Ms. Buckner plans to file
21 with the Court a request for authorization for the release
22 of the [indiscernible] materials, which I consent to on
23 behalf of my client.
24         And lastly, I have discussed with my client his
25 speedy trial rights.  He understands that he does have a

1    right to go to trial within a certain period of time.  But
2    because of the nature and complexity of the discovery in
3    this case, he will waive his speedy trial rights between now
4    and the next status hearing.
5             THE COURT:  Okay.  I guess Mr. Black has been in
6    longer, so I'll go to him first.
7             MR. BLACK:  Thank you, your Honor.
8             We likewise agree with the Government's
9    representation of the status of the case, and we have no
10   objection to tolling the time of any additional days.
11   Mr. Johnatakis is willing to waive his speedy trial rights
12   to accommodate that.
13            THE COURT:  Ms. Jacob?
14            MS. JACOB:  Yes, your Honor.
15            On behalf of Mr. Sturgeon, we also consent to a
16   status conference in 90 days.  I have discussed the speedy
17   trial rights, and we agree that that time should be tolled
18   for the 90 days.
19            Your Honor, Ms. Buckner did mention something
20   about possibly requesting a modification on behalf of
21   Mr. Sturgeon with regards to his pretrial conditions.
22            However, at this time I'm still gathering more
23   information from Mr. Sturgeon so that we can make a specific
24   request.  And so as soon as that's done, we will file
25   something on the docket.

```
 1                  THE COURT:  Okay.  August 5th at 10:00, then.  Is
 2       that good for the 90 days from now?
 3                  MS. JACOB:  Yes, your Honor.
 4                  MS. BUCKNER:  That's fine for the Government.
 5                  THE COURT:  Mr. Black?
 6                  MR. BLACK:  That's fine.  Thank you, your Honor.
 7                  MR. ORENBERG:  Yes, your Honor.  Allen Orenberg on
 8       behalf of Mr. Bingert.  That's fine.
 9                  THE COURT:  We'll continue the status.  Hopefully
10       it won't be long.
11                  I will say to all the Defendants, your counsel are
12       smart, because I know defendants want to get to trial right
13       away.  In a case with as many documents and as many tapes as
14       there are here, smart counsel are agreeing to try to get
15       through as much of this as they can and see what's to your
16       advantage with what material there is before they try to
17       start pushing for trial dates.  So be patient.  Your counsel
18       knows what's to your advantage, and I like what they're
19       doing here.  You can be first in line or you can be patient
20       and understand what counsel is doing.  I think they're smart
21       lawyers.
22                  So I accept that.  I think it's in the interest of
23       the public to accept the speedy trial waiver and waive
24       speedy trial until August 5th.  Hopefully, we'll be a lot
25       further along then.  We'll see if we can get some kind of a
```

1       schedule at that point.
2                   Does anybody else have anything you want to raise
3       today?
4                   MR. ORENBERG:  Yes, your Honor.  A point of
5       clarification.  On August 5th, that will be by Zoom?
6                   THE COURT:  I think so.  The Court is moving in a
7       direction that we're going to reopen.  But right now, we
8       still will plan on Zoom for now.
9                   MR. ORENBERG:  Very well.  Thank you.
10                  THE COURT:  If we get court-wide relief prior to
11      then, which I don't know -- right now, I think we're still
12      going to be Zooming for a while.  If the president reaches
13      his goal of 70 percent vaccinations by July 4th, we might be
14      able to do something different.  We'll see.
15                  Thanks very much.  Court will be in recess.
16                  (Proceedings concluded.)

**CERTIFICATE**

          I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

          Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of reporting remotely.

          Dated this 2nd day of December, 2023.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269