# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Thirty     Month: Eleven     Year: 2023 CE

Angela D. Caesar, Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

*Let this be filed.*
*All requested relief DENIED.*
*Royce C. Lamberth*
*U.S.D.J. 12/14/23*

In reply to: "Case 1:21-cr-00091-RCL Document 238 Filed 11/21/23 Page 1 of 2 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CASE NO.: 21-CR-91 (RCL) VERDICT FORM** 1, Case 1:21-cr-00091-RCL Document 238 Filed 11/21/23 Page 2 of 2 Dated: 11-21-2023 2"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis, a sentient moral being accept your Presentment "Case 1:21-cr-00091-RCL Document 238 Filed 11/21/23 Page 1 of 2 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CASE NO.: 21-CR-91 (RCL) VERDICT FORM** 1, Case 1:21-cr-00091-RCL Document 238 Filed 11/21/23 Page 2 of 2 Dated: 11-21-2023 2" and return your offer herein attached to you. I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close the Account and issue the Order of the Court to me immediately.
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
c/o 1901 D Street, SE
Washington, DC 20003

*RECEIVED Mail Room DEC 04 2023 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia*

Attachment: "Case 1:21-cr-00091-RCL Document 238 Filed 11/21/23 Page 1 of 2 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CASE NO.: 21-CR-91 (RCL) VERDICT FORM** 1, Case 1:21-cr-00091-RCL Document 238 Filed 11/21/23 Page 2 of 2 Dated: 11-21-2023 2"

cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Kaitlin Klamann Assistant United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Courtney Howard Assistant United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Ashley Akers Assistant United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530

**"Accepted"**
NOV 3 0 2023
*Taylor James Johnatakis*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO.: 21-CR-91 (RCL) |
| TAYLOR JAMES JOHNATAKIS, | : |
| Defendant. | : |

## VERDICT FORM

We, the jury in the above-titled case, find the defendant:

**Count 1:** Obstruction of an Official Proceeding

✓
_____                    _____
Guilty                                  Not Guilty

**Count 2:** Assaulting, Resisting, or Impeding Certain Officers

✓
_____                    _____
Guilty                                  Not Guilty

**Count 3:** Civil Disorder

✓
_____                    _____
Guilty                                  Not Guilty

**Count 4:** Entering and Remaining in a Restricted Building or Grounds

✓
_____                    _____
Guilty                                  Not Guilty

1

"**Accepted**"
NOV 3 0 2023
*Taylor James Johnatakis*

**Count 5:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds

✓
_____          _____
Guilty                                                             Not Guilty

**Count 6:** Engaging in Physical Violence in a Restricted Building or Grounds

✓
_____          _____
Guilty                                                             Not Guilty

**Count 8:** Act of Physical Violence in the Capitol Grounds or Buildings

✓
_____          _____
Guilty                                                             Not Guilty

Dated: __11-21-2023__