```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

 * * * * * * * * * * * * * * *
UNITED STATES OF AMERICA,       )   Criminal Action
                                )   No. 21-091
vs.                             )
                                )
CRAIG MICHAEL BINGERT, et al.,  )   June 6, 2022
           Defendants.          )   1:04 p.m.
                                )   Washington, D.C.
 * * * * * * * * * * * * * * *
```

**TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE JUDGE ROYCE C. LAMBERTH,
UNITED STATES DISTRICT COURT SENIOR JUDGE**

*(All parties appearing by video teleconference)*


**APPEARANCES**:


FOR THE UNITED STATES:
                ANGELA NICHOLE BUCKNER
                U.S. Attorney's Office
                for the District of Columbia
                601 D Street NW
                Washington, DC 20530
                (202) 445-8340
                Email: angela.buckner.2@usdoj.gov

FOR DEFENDANT BINGERT:
                ALLEN HOWARD ORENBERG
                The Orenberg Law Firm, P.C.
                12505 Park Potomac Avenue, 6th Floor
                Potomac, MD 20854
                (301) 984-8005
                Email: aorenberg@orenberglaw.com

FOR DEFENDANT STURGEON:
                MARIA JACOB
                Office of the Federal Public Defender
                625 Indiana Ave NW
                Washington, DC 20004
                (202) 208-7500
                Email: maria_jacob@fd.org


(*Appearances Continued*)

<u>APPEARANCES (Continued)</u>:


FOR DEFENDANT JOHNATAKIS:

                        CHRIS BLACK
                        Black & Askerov, PLLC
                        705 2nd Avenue, Suite 1111
                        Seattle, WA 98104
                        (206) 623-1604
                        Email: chris@blacklawseattle.com


Court Reporter:        Elizabeth Saint-Loth, RPR, FCRR
                        Official Court Reporter


*This hearing was held via videoconference and/or telephonically and is, therefore, subject to the limitations associated with audio difficulties while using technology, i.e., audio feedback, overlapping speakers, static interference, etc.*


Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

```
 1                     P R O C E E D I N G S
 2             THE COURTROOM DEPUTY:  Good afternoon, everyone.
 3             We are here today for a criminal status conference
 4     in 21-91, the United States of America versus Craig Michael
 5     Bingert, Isaac Sturgeon, and Taylor Johnatakis.
 6             Beginning with counsel for the government, please
 7     state your name for the record.
 8             MS. BUCKNER:  Good afternoon, Your Honor.
 9     Angela Buckner on behalf of the United States.
10             MS. JACOB:  Good afternoon, Your Honor.
11     Maria Jacob, on behalf of Mr. Sturgeon.
12             MR. ORENBERG:  Good afternoon, Your Honor.
13     Allen Orenberg on behalf of Mr. Bingert, who is appearing
14     remotely by consent.
15             THE COURT:  All right.
16             MR. BLACK:  Good afternoon, Your Honor.
17     Christopher Black appearing on behalf of Taylor Johnatakis.
18             THE COURT:  All right.  And I see -- okay.  There
19     are the three defendants.  Let me start with Mr. Bingert.
20             Can you hear me okay, Mr. Bingert?
21             DEFENDANT BINGERT:  Yes, Your Honor.  I can hear
22     you.
23             THE COURT:  Okay.  Mr. Sturgeon, can you hear me
24     okay?
25             DEFENDANT STURGEON:  Yes, Your Honor.
```

1  THE COURT: And Mr. -- "Taylor" -- it says on your
2  video screen.
3  Can you hear me okay as well?
4  DEFENDANT JOHNATAKIS: Yes, Your Honor.
5  THE COURT: All right.
6  Does the government want to update me on the
7  status, then?
8  MS. BUCKNER: Yes, Your Honor.
9  So I think at this point -- I have spoken with
10 counsel for one defendant, Mr. Sturgeon, through Ms. Jacob,
11 who is interested in seeking a continuance of the status
12 hearing for about 60 days so that we can engage in further
13 discussions regarding a potential disposition.
14 I have not conferred with other counsel regarding
15 their positions. Should other counsel not be interested in
16 continued discussion, I think, at this point, the posture is
17 looking for a trial date.
18 THE COURT: Okay. Mr. Orenberg.
19 MR. ORENBERG: Yes, Your Honor.
20 I echo the representations of Ms. Buckner.
21 Inasmuch as we are interested in letting the next 60 days --
22 or having a status in another 60 days so we can continue
23 negotiations in the -- following your issuance of the order
24 denying the motion to dismiss the indictment.
25 THE COURT: Okay. Mr. Black.

```
 1                 MR. BLACK:  Yes, Your Honor.
 2                 We agree with that proposal.  I think it makes
 3      sense to attempt to have those discussions, and then in
 4      60 days be in a position to make a decision about which way
 5      this case is going.
 6                 THE COURT:  Okay.  August 5th at 12:30 -- let's
 7      say 1 o'clock.  Look good?
 8                 MR. BLACK:  Your Honor, I'm sorry.  I am going to
 9      be out of the office that week.
10                 May I propose the following week, if the Court has
11      any availability?
12                 THE COURT:  The 9th at 1:00 would also work.
13                 MR. BLACK:  That would be perfect for me.  Thank
14      you, Your Honor.
15                 MR. ORENBERG:  That's fine, Your Honor.
16                 MS. BUCKNER:  That's good with the government,
17      Your Honor.
18                 MS. JACOB:  That works for Mr. Sturgeon as well,
19      Your Honor.
20                 THE COURT:  All right.  I'll find it in the
21      interest of justice to give everybody an opportunity to see
22      if there can be a disposition.  If not, at that point I
23      would think we should be ready to be talking about a trial
24      date and a schedule leading to whatever other motions may be
25      filed pretrial, and set a schedule so we can get a fall
```

1    trial in.
2             Assuming we were to go to trial, does the
3    government have a notion about what length of trial we're
4    talking about, one week or -- what are we -- assuming we had
5    all three defendants, what type of time frame are we talking
6    about?
7             MS. BUCKNER:  I think for the government's case in
8    chief, no more than a week.  The government doesn't
9    anticipate there being a ton of government witnesses.
10   Obviously, with three defendants, it could be a little bit
11   more lengthy, but I am not sure this would take more than a
12   week.
13            THE COURT:  Something that we could do in the
14   fall?  We'll wait until August 5th [sic] to set the trial
15   date?
16            MS. BUCKNER:  Yes, Your Honor.
17            THE COURT:  Any defendants have any difference of
18   view about that?
19            MS. JACOB:  Your Honor, other than that -- not
20   with respect to the length of the trial, but with respect to
21   my schedule, I have trials set through December, so -- but
22   that would be the only --
23            THE COURT:  You have a few.
24            MS. JACOB:  I'm sorry, Your Honor?
25            THE COURT:  You have a few.

```
 1                 MS. JACOB:  Yes, Your Honor.
 2                 THE COURT:  All right.  Anything else anybody
 3     wants to raise today?
 4                 (Whereupon, no audible response was heard.)
 5                 THE COURT:  All right.  I'll find it in the
 6     interest of justice to waive speedy trial to another status,
 7     August 9th at 1 o'clock.  Good luck in the meantime.
 8                 Obviously, a disposition is preferable to trial,
 9     but I am ready, willing, and able to try cases.  I go to
10     Texas in the wintertime to try cases because there aren't
11     that many trials here.  I am happy to try one here.  Either
12     way is fine with me.  Whatever y'all decide you want to do.
13                 Anything else anybody needs to do on the record
14     today?
15                 MR. ORENBERG:  No.  Thank you, Your Honor.
16                 THE COURT:  Thanks very much, Counsel.
17                 MR. BLACK:  Thank you, Your Honor.
18                 THE COURT:  Court will be in recess.
19                 THE COURTROOM DEPUTY:  This Honorable Court stands
20     adjourned.  Thank you.
21                 (Whereupon, the proceeding concludes, 1:10 p.m.)
22
23
24
25
```

# **CERTIFICATE**

I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings to the best of my ability.

This certificate shall be considered null and void if the transcript is disassembled and/or photocopied in any manner by any party without authorization of the signatory below.

Dated this 30th day of December, 2023.

/s/ Elizabeth Saint-Loth, RPR, FCRR
Official Court Reporter