# NON-NEGOTIABLE NOTICE OF INQUIRY

Notice Date:   Day: Eight   Month: Three   Year: 2024 CE

Judge Royce C. Lamberth
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

*[Handwritten annotation:]*
Cr. 21-91-3
Let this be filed.
All requested relief is DENIED
Royce C. Lamberth
U.S.D.J. 3/15/24

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis, a sentient moral being, serve this Non-Negotiable Notice of Inquiry attached to you.

- Judge Lamberth, does the Court's record reflect I have Accepted and Returned the offers and presentments of the Clerk, This Court, and the Plaintiff for settlement and closure of this matter?
- Judge Lamberth, is it honorable for a judge to adjudicate a matter when there is a direct or indirect financial benefit to YOUR 801K or any other investment interest as proven by the **CUSIP Number** issued by the United States Securities and Exchange Commission and financially associated with case number **1:21-CR-91 (RCL)**?
- Judge Lamberth, would it not be honorable to discharge this matter and issue the order of the court to me immediately?
- Judge Lamberth, does the Court's record reflect that when the law fails to provide remedy that equity follows the law and, in any conflict, or variance between the rules of law and the rules of equity, that equity shall prevail?
- Judge Lamberth, does the Court's record reflect that I reserve my rights with explicit reservation and without prejudice in regards to the recent Appeals Court Ruling on the "implausibly overbroad" interpretations by the government prosecutors?
- Judge Lamberth, does the Court's record reflect that I am being held as a bureaucratic prisoner under Color of Law in violation of my rights?
- Judge Lamberth, does the Court's record reflect that I have repented of any dishonor to this court and that I DO NOT CONSENT, I DO NOT CONSENT, I DO NOT CONSENT to any further jail and/or prison incarceration?
- Judge Lamberth, does the Court's record reflect that I, <u>in advance</u>, ACCEPT any adjudication offer you present to me at sentencing and RETURN it to you for settlement and closure of this case for my immediate release from custody?

## NON-NEGOTIABLE NOTICE OF INQUIRY

Notice Date:    Day: Eight    Month: Three    Year: 2024 CE

Judge Royce C. Lamberth
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

- Judge Lamberth, does the Court's record reflect that you are to take judicial cognizance of this Non-Negotiable Notice Of Inquiry AS WELL AS the Maxim that you are to have Equity before your eyes over all fictions of law and you are herby compelled to "Do what ought to be done" instead of the obvious bureaucratic pressures upon you to do what the "politics of the day" wish for you to do?

**Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.**

## I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

*Taylor James Johnatakis*

Taylor James Johnatakis
c/o 1901 D Street, SE
Washington, DC 20003

Also Noticed:

Angela D. Caesar, Clerk of Court 333 Constitution Avenue N.W. Washington, D.C. 20001
Merrick Garland United States Attorney General U.S. Department of Justice 950 Pennsylvania Avenue NW Washington D.C. 20530
Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
Matthew Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
Courtney Howard Assistant United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530