21cr 91-3
Let this be filed.
Royce C. Lamberth
U.S.D.J. 3/22/24

## To The Honorable Royce C. Lamberth,

My name is Heather Kelley. I am the sister in law to Taylor James Johnatakis, who is married to my sister, Marie Johnatakis. I am 38 years old and currently living in Georgia. My husband and I have two beautiful boys.

I have known Taylor for almost 20 years. In that time I've learned a lot about who he is, his belief system, his actions, and his moral values. In the short time you've known him, you've probably seen his more abrasive qualities, like arrogance and being a know it all. Unfortunately these qualities stand out like a sore thumb, and can get in his way.

I've always had somewhat of a strained relationship with Taylor. He is someone who has been hard for me to be around. It was never anything too offensive. We never fought or exchanged anger. It's mostly just personality clashes. Ironically enough, he's really not an angry or abusive person. I know based on what you've seen of him with the Jan 6th footage, you might not believe that's true. But in the time that I've known him, I can honestly say I've never seen him yell out of anger to anyone, or hurt anyone intentionally.

My husband was present during some of Taylor's trial and witnessed many of the prosecution's videos and arguments against Taylor. He told me about this in great detail. Based on what was seen and said, I do believe that the guilty verdict was accurate.

All that being said, I know that his guilt isn't what we are addressing today. While you are making this decision on how long to sentence him, I hope that you can put aside Taylor's personality, as I do my best to help convey a few things that I've learned about him these past 20 years.

I want to first address his decision to represent himself in court as I'm not sure anyone will explain this to you. I agree with your statement, that his sovereign citizen representation is "bull shit" and "gobbledygook". Leading up to Taylor's case, I talked several times with Taylor about his decision to represent himself. While I listened to him, it was almost like he was speaking a different language. After I would listen to him try and explain the process to me, and why he was choosing to do this, I always felt confused and anxious for him. I can honestly say that during our conversations, he truly believed in his soul that this was his best course of action to keep himself out of prison. He had seen news feed after news feed of J-6rs getting jail time, and he became desperate. He felt that if the lawyers couldn't help him, then what else could he do. He found someone who told him that he could get him reduced jail time, and possibly even no time. All he needed to do was learn his system. Unfortunately he believed him, and went all in on these lessons. One thing that I have learned about Taylor, is when he is passionate, he goes all in. He really felt like his only chance of keeping himself at home with his family was to represent himself. It may not have been the best choice, but in his mind, it was his only choice.

The other unfortunate thing about representing himself was that he was trained to speak in certain ways, and say certain things. He came to court with a tennis racket, while the rest of you had basketballs. He was simply playing a different game. My heart pains a little at the thought of him saying anything to offend you or the courts. Please understand that it was all done out of desperation to stay out of prison.

I want to talk about my sister briefly, and the way Taylor has taken care of her and his family. My sister is a stay at home mother. She is about the kindest, sweetest person that exists on this earth. She cares deeply about her children, and devotes literally every waking hour to

tend to their needs. She volunteers at a co-op for homeschool. "Volunteers" is a veiled term for "runs the show". She loves nothing more than the happiness of her children, and creating a family environment that is filled with joy and love. I honestly only know one other person who is more service oriented and full of love towards her family, and that would be my own mother. Taylor has been irreplaceable in my sister's ability to be at home with her children every day. She is fully supported by Taylor and the work that he does, as she brings in no income.

Taylor is a very hard worker, and has created a life for them in Washington. He is a business owner in his community, and provides site clearing/septic services for the citizens that live in his small town, and surrounding cities. He has always been the sole breadwinner for his family, and has done a good job at it. Taking him out of his home has been a very disruptive and difficult burden for his family who depends on him so wholeheartedly.

Aside from his abrasive personality qualities, he has also been very kind and charitable to those around him, as well as to me and my family. Several years ago he had offered my husband a job. Graciously we accepted and moved up to Washington. While we were looking for a home to rent, he asked us to stay with him until we found a place. We were there for 4 weeks until we we were finally able to move out. He never asked for any money to cover the cost of us staying with him. I never heard a grumble from him about it, even though we were eating his groceries, and everything else that comes with living in a home.

You needn't be worried that Taylor would commit more crimes in the future. In the 20 years I have known him, this is the first time he's ever ran into serious legal issues, outside of a speeding ticket. He doesn't steal or harm others. Taylor is a productive person, and for the most part, what you would want from a citizen in the community. He works hard, is an asset in his area, and cares for his family. This infraction was because he thought he was standing up for his country and his rights. He really does love the United States, and only wants to do what's best for it.

While you consider his sentence, I ask that you consider community service as an option. If that is out of the question, then I ask that you lower his sentence as much as you believe you should. I am sure that you don't take your job lightly, and I very much appreciate your time and care in this decision. Please remember my sister, and the impact that this has already had on her and her children, and will have on them in the years to come. And please remember that Taylor isn't a hardened criminal, but someone who made some very poor choices, that he is not likely to repeat ever again.

Warm Regards and Highest Esteem,

*[signature]*   3/19/24

Heather Kelley
998 Creek Run Place
Temple, GA
30179
(208) 922-0564