March 18, 2024

The Honorable Royce C. Lamberth

333 Constitution Avenue N.W.

Washington, D.C. 20001

RE: Taylor Johnatakis

   Booking # 387358

*[handwritten note: 21cr 91-3 / Let this be filed. / Royce C. Lamberth / U.S.D.J. 3/22/24]*

Dear Judge Lamberth,

I am writing on behalf of Taylor Johnatakis. He is awaiting sentencing from the January 6th protest at The Capitol. I have come to know Mr. Johnatakis through trusted friends, and I am respectfully asking you for his release. Mr. Johnatakis is a husband and father, with five small children at home. He and his resolute wife are also small business owners, and his incarceration has caused an extreme amount of hardship on his family.

Mr. Johnatakis went to The Capitol on January 6th as an honorable and active American citizen, to express his sincerely held beliefs. Th circumstances of that day set in motion what may be called a misstep in judgement on Mr. Johnatakis' part. He has honestly repented of his actions and the police officers that were in the vicinity of the misstep, and were impacted, have been asked for and given forgiveness.

Please release Mr. Johnatakis. I believe that, upon release he will conduct himself with greater sobriety and thoughtfulness as he continues to live in this free country as a proud citizen. Thank you for your consideration.

Sincerely,

*[signature]*

Cathy Hartley