e) G.91-3
her this be filed.
Royce C. Lamberth
U.S. D.J. 3/25/24

Dear Judge Lambert,

Taylor Johnatakis is my son. He is the oldest of my six children. Taylor is a very ambitious and driven man. He has many interests and is an avid learner. He has always been a hard worker. He earned his bachelors degree in in 5 semesters with special permission to carry extra credits. He served a 2 year mission in Brazil. He married an amazinig woman. I love if her so very much. He is the father of 5 sons (one passed away) and 1 daughter. These grandchildren are beautiful talented well-behaved children. They have been very sad knowing their Dad is incarcerated. He is absolutely not a criminal and the family has suffered plenty without him and financially, they have struggled. His wife is selling their home. She can no longer afford it. This seems so wrong to all who know Taylor. He is a great provider, a fine neighbor, and a man who loves God. He's the first to offer help to family and friends.

over →

Taylor is a passionate individual. He has an infectious laugh and has done his best to turn hard times around and find the good.

Taylor has no inclination to commit crimes. He's faithful to his wife and children. He's faithful to his God. He loves his brothers and sisters and his father and I. He also loves his wifes family and is close to them.

We love Taylor more than words can express. If possible return this man that is loved to his family.

Thank you,
Lisa Johnatakis