21CR91
Letter Leave to file
Royce C. Lamberth
U.S.D.J.
3/26/24

Dear honorable Royce C. Lamberth

I am writing on behafe of my big brother Taylor, Taylor and I could not be more diffrent in our Personalitys. I work in healthcare, and do yoga as a spritual Practice, I sport shiney Jewlery and grow my hair long cus I love my curls. I live in ~~an~~ a 5th wheel RV. and have no ambitions for more, Taylor went varsity in all he did in High School. Varsity wresling, varsity debate, varsity choir varsity cross cuntry. Taylor has what seems endless energy, ~~and~~ ~~so~~ ambition, and tanasity. I have no doubt even in prison he would continue to educate himself, and Grow.

Several times in my life taylor has taken me under his wing. my senior year in high school my heart was broken, so taylor gave me a room in his apt. with his new family. he fed me, talked with me, and alwayse tried to bring me with him on arrons. again. I lived with him when I was 20. he gave me his basement free of charge. ~~By~~ when I got merried his was my familys first Home, at 23-25 he gave me a Job in WA. he didn't need to, but he personaly made sure I alwayse had work. When he had no work for me, he would call around to

Dear Honorable Royce C. Lamberth

I am writing on behalf of my big brother Taylor. Taylor and I could not be more different in our personalities. I work in healthcare, and do yoga as a spiritual practice. I spent summers touring and grow my hair long cus I love my curls. I live in an 5th wheel RV and have no ambitions for more. Taylor went varsity in all he did in High School: varsity wrestling, varsity debate, varsity cross country. Taylor has what seems endless energy, organization, and tenacity. I know no doubt even in prison he would continue to educate himself and grow.

Several times in my life Taylor has taken me under his wing. My senior year in high school my heart was broken. So Taylor gave me a room in his apt. with his new family. He fed me, talked with me, and always tried to bring me with him on outings when I lived with him when I was 20. He gave me his basement free of charge when I got married, his was my family's first home, at 23-25 he gave me a Job in WA. He didn't need to, but he personally made sure I always had work. When he had no work for me, he would call around to

his Friends and coliges to put me on a project, In my Heart of Hearts I KNOW my brother Loves me, I know I can call him at any moment, and he would do all he could for me, ~~But Hatta it's That loud me~~.

Taylor is not a Perfect ~~Gu~~ guy. he dreams bigger than reality sometimes. and ~~H~~ he's pron to ~~Kent~~ get swept up in a cause, belefe, or hobby, but The country needs people like him. People who don't make exscuses or settel. People who start bisnises, People who can learn so easley and act on there new ~~notage~~. Knowlage. People who generate money, and pay Taxes, ~~The~~ Taylor Loves This country. he Loves his family, and he Loves People. Not locking Taylor up would save our great nation money and recorses, not locking Taylor up would make our naton money, not locking Taylor up ~~would the~~ might upset People who don't realy know ~~him~~ him for a bit, but locking him up will break the hearts of many, and forever chang The lifs of his young boys.

Honorable Judge Royce C. Lamberth If it be in your power, Please Let Taylor be The mover and Shaker he is. he's a big personulty full of passon and Love, hes no ~~Stee~~ criminal. he's not out to hurt anyone

(Brent Johnnatakis)

March 19, 2024

The Honorable Royce C. Lamberth
333 Constitution Avenue NW
Washington DC 20001

21 cr 91
Let this be filed.
Royce C. Lamberth
U.S.D.J. 3/26/24

Dear Honorable Royce C. Lamberth,

This letter comes to you to share my joy in my friend, who is a treasure of a man, Taylor Johnatakis.

Taylor has inspired me to take on a kind heart to the harsh worries of the world, and has been a friend I can rely on, and I have enjoyed knowing him now for several years.

The difficult circumstance of being apart from his beautiful and faithful wife and his duty as a father to his children has caused a very difficult time for them, and it must be reconciled some how, and the sooner it happens, the best for the whole family.

Spending time with Taylor is like taking a breath of fresh air. He values his place as a man who honors others, and has a steady kind of way about him that makes him an agreeable man to be around.

Incarceration of Taylor is highly unjust, and adds a horrific impact upon his children, his family and all of his friends, such as myself, who enjoy his company and know the kind of man he is to all he meets and greets. The future for his children is harsh, knowing that their dad is incarcerated to a political point brings them cruel and unnecessary suffering.

There is no way that Taylor is likely to commit any crimes in the future, just as we know him to be. He is an upstanding man, with a family to love and a dedicated, good-natured man in our world.

We need Taylor back.

Sincerely,
elizabeth alaira

21 CR 91
Let this be filed
Royce C. Lamberth
U.S.D.J. 3/24/24

March 18, 2024

Dear Judge Lamberth,

Thank you for your time. I am Heidi Sorensen and my brother in law is Taylor J. Johnatakis, who is currently awaiting sentencencing in the Washington DC jail for the event on January 6, 2021. Taylor married my sister, Marie, about 19 years ago and they have had many hardships that they have learned from. Taylor's optimistic outlook and Marie's love and support have helped them overcome the death of a child, traumatic brain injury of another, many businesses lost as well as financial hardship, in addition to just regular old life. Marie has taken primary roll in homeschooling their 5 children in the classic model of education as well as freedom based. A few of the things taught in their home areThe Declaration of Independence, Bill of Rights, Shakespeare, Dickens etc. to help develop critical thinkers who love their country and heritage. The influence of their father in all aspects (parental, financial, spiritual, to name a few) is keenly missed. He has 4 sons, aged 4, 6, 12, 15 and a daughter who is 18 today. Taylor is a quick learner and learns from his past. I ask that you give him time served as his sentence and allow him to return to his home.

Thank you again for taking the time to read this.

Sincerely,
Heidi Sorensen
HSor

Honorable Royce C. Lamberth
333 Constitution Ave. N. W.
Washington D.C. 20001

21CR91
Let this be filed -
Royce C. Lamberth
U.S. Dist. J. 3/26/24

Dear Judge Lamberth,

I am writing this letter in support of Taylor Johnatakis

Taylor is my nephew, whom I had the privilege of meeting minutes after birth. Taylor grew up in a loving family. He was taught to be honest, kind , dedicated to truth and to stand for good. I think, though, that if he wasn't taught these things, he would have lived that way anyway. He has always had a strong propensity to do what is right.

As a teen, Taylor was involved in BSA, sports and Debate. He loves the USA, as well as all the people of the world and has been dedicated to making it better for all whom he encounters.

As an adult, Taylor is a dedicated Husband and Father. He has always been the primary provider for his family, working hard in his business, but also working hard to be present in their lives.

One of Taylor's best traits is always finding a way to turn any situation into an opportunity to serve others. In a recent letter to me, he explained a little about his treatment and living conditions in jail, and said it was perhaps good that he is experiencing this. "There are so many who struggle to find a voice here, But now there are more of us, who do have more stable lives understanding what is happening, and can hopefully make a difference in the Prison System."

Another example of this attitude:
The financial aspects of a family losing its primary provider, is difficult to say the least. But here is where the character of Taylor and his wife really shine through. Contemplating where to cut expenses, of course taking kids out of sports, music lessons and clubs came up. This felt so disheartening to them. Luckily, loving family stepped up and are supporting this aspect of their lives. But of course, their reaction to this was "what about other children of incarcerated parents?" This has sparked the birth of a non-profit to provide assistance to other families with incarcerated parents whose children also need some normalcy to grow and flourish.

I expect that Taylor, and his family, will continue to look for opportunities to turn this experience into inspiration and ways to continue to make the world around them better. Just as they have always done. I am prayerful that he will be free to do this as soon as possible.

In conclusion, Can I just say. Taylor is not dangerous to society. And I believe society is actually worse off without him.

Thank You

Judge Lamberth.

I have know Taylor Johnatakis since the day he was born. His mother and my wife are sisters and we lived close together for many years and have had extended family vacations together. I have some insights into his life and family.

I find that a man can act good and talk good and look good and not do any good. I haven't the time to tell you about the goodness and greatness of Taylor, but Taylor has a gift. He gives service and helps others and he does not do it grudgingly. He does things with real intent and heart.

WHen he saw the news he called and turned himself in and by doing so he has lost his home. His good name and status in his community.

Taylor is a good man, great father and husband. I watch him grow up, go to college and start different businesses. I watch him fail and pick himself back when things didn't go right and get on with his life, succeeding in his next venture. He is not a man that stands by, he is a doer and shaker. WHen he has an aim, he keeps trying until he succeeds. He is a good family man and his children have flourished. His wife is there for him.

His family depends on his support. With the incarceration his family will have to start from scratch again. They sold their home and his wife has been in duress and has been scrambling to help with the needs of the family. I believe he has learned something about the justice system and is not likely to commit crimes in the future and will look at this as a growing experience in life.

Taylor did not purposely deny the law, He was caught up in the moment, when realizing what happened he turned himself in. Taylor is a good man he learns from his mistakes

Robert E Perry

We recommend wide-brimmed hats, sunglasses, shoes that cover our feet, long sleeved shirts and pants, all in an effort to protect ourselves from the sun. Taylor is a son, a brother, a father and a husband. We dont need protection from him. Taylor's light is one of grace and humility. With his time, he has planted greatness with the words he spoke. He has encouraged us and has invigorated our souls.

Taylor is a son and because of him Parents Play. ☺

Taylor is My brother and because of him I play. ☺

Taylor is a father and because of him They Play. ☺

Taylor is a husband and because of him she plays. ☺

21 cr 91
Let this be filed.
Royce C. Lamberth
U.S.D.J.
3/26/24

Johnatakis (father)
gettingout@networkz.ws
313-312-4409
March 19th, 2024

21CR91
Let this be filed
Royce C. Lamberth
U.S.D.J. 3/26/24

Honorable Royce C. Lamberth
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Lamberth,

I am writing to plead for compassion and leniency in the sentencing of Taylor (J. Johnatakis), my son. I understand that the gravity of the situation necessitates accountability, yet I implore you to consider the entirety of Taylor's life and his profound impact on those around him.

Taylor has led a life dedicated to service and responsibility. His achievements, from attaining the rank of Eagle Scout with palms to serving a mission in Brazil for his Church, reflect his unwavering commitment to bettering himself and his community. Despite the challenges he faced, such as being the sole provider for his family and juggling the responsibilities of work, education, and raising a family, Taylor has always prioritized service and selflessness.

Not only has Taylor succeeded in his personal endeavors, but he has also been instrumental in uplifting others. Through his leadership roles in both church and community, as well as his involvement in coaching youth sports, Taylor has consistently demonstrated his dedication to supporting and guiding those around him. His generosity, both emotionally and financially, has touched the lives of many, including strangers in need.

The impact of Taylor's absence on his family cannot be overstated. As the sole provider, his incarceration has created a significant financial burden, and his absence has left a void that cannot be easily filled. They are selling their home and moving to another state that is more affordable. Their oldest daughter has a scholarship so she can attend University, but subsistence will be hard. Despite so many hardships, Taylor remains steadfast in his determination to help his family and instill love, kindness, service, and resilience in his children from far away.

I humbly ask for your understanding and compassion in sentencing Taylor. While accountability is essential, I believe that Taylor's positive contributions to society, coupled with his commitment to personal growth and service, warrant a sentence that allows him to continue making a difference in the lives of others. I firmly believe that Taylor has the capacity to learn from his mistakes and emerge from this experience as an even stronger force for good in our community.

Thank you for considering my plea. Your decision holds immense weight, and I trust that you will carefully weigh all factors before reaching a verdict.

Sincerely,

Johnatakis

The Honorable Royce C. Lamberth
333 Constitution Avenue N.W.
Washington, D.C. 20001

March 18, 2024

Subject: Taylor Johnatakis - Letter of Support

21 CR 91
Let this be filed
Royce C. Lamberth
U.S.D.J. 3/26/24

Dear Judge Lamberth,

Taylor is a hardworking, outgoing and energetic, entrepreneurial free spirit.

I first met Taylor and his family at church about 20 years ago.

The church is administered and run by the members it serves. The church includes regular Sunday services, but also includes other activities for its members throughout the week and year.

During the time we spent together in church, we worked together in leadership roles in various service opportunities within that church organization. A substantial portion of our time together included service in Varsity Scout youth programs, where we spent considerable time planning and leading varied activities for the youth. We meet weekly for activities, monthly for outdoor and overnight adventures and yearly for week-long high-adventures; all meant to strengthen and support young people as they learn and grow into adulthood.

Noteworthy high adventure activities included:

1. ~50 mile Washington coast hike from "Shi-Shi Beach" to "Oil City".
2. ~150 mile canoe trip on a portion of the "Columbia River", from "Beacon Rock" to "Skamokawa".

Taylor and I did so much more together, like playing basketball in a church league.

Outside of church, Taylor was part of an ownership group that purchased a construction company from others in my family about 15 years ago. The company was named "Cleaver Construction" and was started by my grandfather. That company is no longer in operation, but I thought it would help you understand our relationship.

For the last decade or so, Taylor has been working as a drain field design professional at "Absolute Earthworks" with a business partner, Chris Morton. They design and install septic systems for rural landowners in the Pacific Northwest.

In 2019, I joined Taylor as an engineer and co-host on a podcast he created and hosted himself, named "A Peasants Perspective". The podcast broadcasted 'news commentary for the common man' worldwide but had a limited following. We decided to pause the podcast following the events surrounding the January 6th protest march on the nation's capital. This was due in large part to the charges leveled against Taylor for his presence/involvement. We were <u>concerned</u> about receiving

unfair treatment under the law and how the views expressed on the podcast could be used against Taylor.

I do not believe that Taylor went to the capital on January 6, 2020 with any malice or ill intent. I believed Taylor when he told me, that he wanted to make his presence known as a form of protest, against the party coming into power. He really wanted to touch the exterior wall of the capital as an ultimate protest. It was important to him that a dissenting voice was heard. Upon returning home Taylor reported that he was not able to touch the wall but did feel like it was an overall success in being heard, along with millions of others who were there to protest in like manner. And on behalf of our podcast listeners and millions of Americans that did not have the ability to go and perform their own similar protest.

When we came across the wanted poster for Taylor during show preparation for a follow-up podcast on the event, we could not believe our eyes, but Taylor did the right thing and turned himself in. We believed that the charges could be cleared up, but soon realized that they would not.

Simply being charged with multiple felonies was bad enough, but incarceration takes a toll on someone, and all the people connected to that someone. Taylor and his family could use their dad back. Taylor's wife and kids have felt the brunt of a missing father and breadwinner. Donations are supporting the family.

Taylor is not a threat to anyone's life or liberty, and he is not a flight risk, as evidenced by his cooperation with law enforcement for the duration of these legal proceedings against him. Taylor is facing very serious incarceration for very little impact on anyone or anything. It gives me pause to say anything in favor of someone who has done so little to offend anyone. Will my letter of support draw fire from a government acting so callously with the citizenry.

Taylors incarceration has impacted me and my family a great deal more than I can convey in a short letter format. I can only imagine the impact this is having on the Johnatakis family in real-time, every day. His wife Marie, who must now carry the burden of raising the family and putting on a good show, while dying slowly inside. Children who don't understand why Dad can't come home and be with them because he went on a field trip to the nation's capital.

You have the authority to affect Taylor's future. Please give his family a Dad back. He needs to go back to work supporting them, our community, and our nation as a free man.

"Adam fell that men might be, and men are that they might have joy."

Sincerely,

Ronald D. Cleaver Jr

cc: The Johnatakis Family

Robert Wagner, Utah

03/17/2024

The Honorable Royce C. Lamberth
333 Constitution Avenue N.W.
Washington, D.C. 20001

21CR91
Let this be filed.
Royce C. Lamberth
U.S.D.J. 3/26/24

Dear Judge Lamberth,

I am a friend of Taylor Johnatakis, and have known him for over 14 years. We met at a real estate meeting where I learned of his character and service to help new investors with logistics on their investment purchases.

Since then, I have remained connected with Taylor, and more recently shared with him personal struggles that I have been having regarding what I viewed as the loss of equity in our country and my resulting frustration with those in a position of influence who are not choosing to help. Taylor's response remained consistently peaceful as he would say to me, "I hold no ill will…". This position resonated with me in the context of his situation being placed in prison - without time to set his affairs in order or say goodbye to his friends and family – and yet he said, "I hold no ill will…". He also added, "Blossom where you are planted" in the context of not always having control of your situation, but recognizing that you can control whether you respond positively. This response reminded me that we must master our emotions if we ever truly want to be free, regardless of the country or situation in which we live.

I also want to address the situation with Taylor's family. His wife and 5 children (3 are very young) rely upon him for sustenance, shelter, and his emotional support as a parent. His absence hurts them every day. They are missing out on the healthy extra-curricular activities that they might have enjoyed with that once-stable income, they are missing his support, they are missing their father.

I respectfully ask that Taylor's sentence be reduced to the minimum possible that you have the power to control. In light of the fact that Taylor has had no history of violence, and espouses practices of peace and emotional control, with the now-added context of pain and suffering that he and his family have endured already from this process, that he is if anything much less likely to wind up in the wrong place at the wrong time, or much less commit any act of violence, wouldn't you agree that the best, most just, and equitable outcome is for Taylor to return to his family as soon as possible?

Thank you for reading my letter. I hope it has provided helpful context for understanding how a lengthy prison sentence will impact Taylor's family and friends.

Sincerely,

Robert Wagner

March 19, 2024

21cr91
Let this be filed
Royce C. Lamberth
U.S.D.J. 3/26/24

The Honorable Royce C. Lamberth
333 Constitution Avenue NW
Washington DC 20001

Dear Honorable Royce C. Lamberth,

In regards to: Mr. Taylor Johnatakis.

Taylor is my friend, having known him for some time now.

From the view point of being a dad myself, I see damage being caused and his children missing an essential part of their daily lives. Of course, his wife is included, and the fact that the breadwinner of their household is missing is quite a blow.

Taylor is a decent and orderly man who honors others, and is an agreeable man when I've needed insight and help in areas of his expertise.

Continuing the incarceration of Taylor leads to unnecessary suffering of his wife, children, and friends.

Taylor's unlikely is to commit any future crime. He is an upstanding family man, dedicated to good works.

Please release Taylor, he is not a danger to himself or others.

Thank you,

James Garvin

March 18, 2024

21CR91
Let this be filed.
Royce C. Lamberth
U.S. Dist. J. 3/26/24

The Honorable Royce C Lamberth,

We are writing this letter on behalf of Taylor Johnatakis. Taylor is our brother-in-law, married to Gretchen's sister, Marie. They have been married for 19 years, and we have had a relationship with him from a short time before their marriage, until the present day.

We met Taylor as a young 21 year old male, fresh off a two-year service mission for The Church of Jesus Christ of Latter-Day Saints. He served the good people of Brazil for those years, sacrificing the wants and desires of a young man- learning Portuguese and sharing his love of Jesus Christ in any way that he could. It is important to note, that this was a voluntary action and he financially supported himself in order to serve there, postponing his own future goals and pursuits.

Taylor has always worked hard to create a living for his family. He is hard-working and bright, able to learn how to design septic systems and support his family through their small business. We do not think that it has been an easy road, as finances have seemed to be an area of concern for many years. However, he has been generous with what he has. On one occasion, we were at a family reunion in a local pavilion near our parent's home. A woman approached in need of money for gas in order to travel to a city to help one of her children. He opened his wallet and gave her what he had. She was in tears as she did not expect generosity like that from someone she didn't know. It prompted others to help, and although we do not know what happened to the woman and her child, we believe that this small act of kindness helped in a significant way.

Life has been a challenge for Taylor in other ways as well. Many years ago, while on a vacation with us, Marie was pregnant with one of their children. Prior to the trip, she had been spotting and on bed rest, but her doctor cleared her to go. While traveling, her condition worsened, and she and Taylor were forced to remain in Puerto Rico because her bleeding had become so severe that she was in need of a life-saving transfusion. While there, she began to contract and was made to deliver their child, very prematurely. Destin, their tiny son, was not able to survive the early birth and died shortly afterward.

Several years later, another young son suffered from a brian injury after an accidental fall from a two-story window. He was life-flighted to a hospital in Seattle, where he underwent surgery. While he was able to recover, he still suffers from debilitating headaches.

Taylor's incarceration is a devastating blow to their family. Marie has been a stay-at-home mom for the past 19-years, opting to be at home with their 5 children and providing structure there.

Taylor has always worked to support their family and they have been left to fend for themselves, relying on family at times to help. Our parents are stepping where they can, but cannot support them financially. Marie is being forced to sell their home and uproot her children from a community that they have been a part of for many years. Although she is not new to sacrifice, this is now something she has to face alone without the support of her loving, devoted husband.

Taylor has been a law-abiding citizen and has a deep love for this country and what it is founded upon. We do not believe that he will engage in behavior in the future that would result in incarceration again as he is a devoted husband and father whose only concern is to provide for his family.

Our hope is that you will be merciful as you consider the appropriate sentence for Taylor. The consequences for his actions will not only be felt by him, but also by his family. Already, they have suffered under the immense pressure and strain of impending litigation and incarceration. His younger children cannot understand why their father has been incarcerated. They only know him as a kind and thoughtful man who spent time with them, and is now gone. He has tried to do all he can to make reparations for his actions and be accountable for his crimes. Again, we ask for mercy for the sake of those that rely on him for their most basic needs.

Respectfully,

Matthew and Gretchen Bartlett