To The Honorable Royce C. Lamberth
333 Constitution Avenue
N.W. Washington D.C. 20001

*[handwritten: 21cr91 / Let this be filed / Royce C. Lamberth / U.S.D.J. 3/27/24]*

This letter is in relation to Taylor Johnatakis's upcoming sentencing. My name is Rob Carlson, I am a resident of the state of Utah. I am Taylor's brother-in-law, his wife's oldest brother.

It is difficult to put words on paper to adequately address this type of situation. I have tried to understand the facts surrounding what took place on January 6th and Taylor's involvement. I have read several articles, looked at some of the court documents, and got a summary of what is on the web via Chat GPT so think I have an idea of what he is being charged with. In addition, I have looked through the 2 video's I was able to find on X regarding the situation and Taylor's prior comments on his podcast. I understand he did not enter the capital that day he was however beyond a line outside of the capital on the capital grounds that was beyond where he should be if I understand this correctly.

At this point Taylor has spent a significant amount of time in jail. The monetary impact and emotional stress on he and his family are profound. His wife is currently getting their home ready for sale, so the life he had will have moved upon his release whether in the immediate or distant future.

It seems that the time served and the impact this has had on his family and career are already too much for the crime that I have seen in these documents and videos.

I request that you release Taylor on time served; It is time for Taylor to be with his family. His kids need him at home, his wife needs him to take back the role as provider.

He will offer more to society at home as a father than he will being a burden on the society via further incarceration.

Best Regards,

Rob Carlson

*[signature]*