Honorable Royce C. Lamberth,

I am writing about Taylor Johnatakis. I am 18 years old and I am Taylor's daughter. My Dad has always been a dedicated person, especially to his family. Growing up, my dad never missed a basketball game, dance recital, or music performance. No matter what I chose to persue, wether it was impossible or not, my dad always made me feel like I could do it. I miss his presence everyday. While my dad has been in jail it has been hard on my whole family. We all miss him so much. Please consider all of this.

— Sincerelly, Elise Johnatakis.

21Cr.91-
let this be filed.
Royce C. Lamberth
U.S.D.J. 3/27/24

Honorable Royce C. Lamberth,
333 Constitution Avenue N.W.
Washington, D.C. 20001

March 19, 2024

Dear Judge Lamberth,

I am writing in reference to Taylor Johnatakis. I have known him for one year. We met in a class that meets weekly where Taylor is the star student and teacher. He makes himself available to help me and all the other students in class cognize difficult concepts with grace and the true spirit and essence of the subject matter. He inspires all of us to be better humans. To me it is clear that Taylor is a man of utmost integrity, knowledge, and care. He is deeply appreciated and respected by our class. A loving husband and father of 4 beautiful children, it is heart wrenching to know he is imprisoned immorally and unjustly for political reasons. This is the true crime. As a judge, if you care about honoring the consciousness of the King, to which the substance of law is so intimately connected, so help you God you will ensure that Taylor is freed immediately, and compensated for the time that was stolen from him and his family. I am deeply impacted by his journey. When his rights are restored, all our rights are restored. I beseech you to give this man the freedom that he and We The People truly deserve.

Sincerely,

*Laura Marcos*

Laura Marcos
Sedona, Arizona

*"Justice will not be served until those who are unaffected are as outraged as those who are."*
**-Benjamin Franklin**