# Exhibit A

12/17/2023

Choice

Nietzsche once said "the purpose of criminal law is to punish the enemies of those in power". The black community has long complained of 'unequal justice', the Muslim community after 9/11 endured abuses under the guise of 'guilty by association' (watch the movie The Report for reference) and now J6ers are feeling both 'unequal justice' and 'guilt by association' with the overwhelming weight of the federal government bearing down on us.

In all that is suffered and endured, we must not loose ourselves, if we do, all this pain and turmoil will be for nothing. Victor Frankl wrote about prisoners in concentration camps who walked the huts giving comfort and sometimes their last piece of bread as proof "that everything can be taken from a man but one thing: the last of human freedoms – to choose one's attitude in any given set of circumstances, to choose one's own way". Dostoesvki said "There is only one thing I dread: not to be worthy of my sufferings."

As we J6ers bear the weight of the Department of Justice, DC Gulag, and the bureau of prisons, burdens of incarceration and our families who must carry on without us, let us CHOOSE! May we be worthy of the burdens we bare, find meaning and purpose to show by example how to bare these burdens and the challenges we face with grace. I have heard more than one guard say the J6 pod is "the best pod of all". Blessings to those who endured the early days to improve conditions for all to come.

Nietzshe also said "our crime against criminals lies in the fact we treat them like rascals".  My hope and personal purpose is to prove those in power wrong, to never let them take my choice to live a "good life" from me, no matter where current life plants me. May we blossom where we are planted.

Taylor

*********************************************************************************************

Is there but one Just Man? 1/13/2024

Written for a J6 Newsletter

"Under a government which imprisons any unjustly, the true place for a just man is also a prison." Penned by Henry David Thoreau in 1849 rings true today. The VAST majority of January 6 defendants are patriots, father's, business owners, and generally those that contribute greatly to American society.  Men and women who care deeply for our Liberty and WHAT we as a society pass on to our children.

Thoreau asked "Unjust laws exist: shall we be content to obey them or endeavor to amend them, and obey them until we have succeeded, or all we transgress them at once? Men generally, under such a government as is, think that they ought to wait until they have persuaded the majority to alter them.  They think that, if they should resist, the remedy would be worse than the evil.  IT [government] makes IT worse…Why does IT [government] always crucify Christ, excommunicate Copernicus and Luther, and pronounce Washington and Franklin rebels?"

 In a system that is not fair Ayn Rand through her character of Fransico D'Antonio says, "If you want to defeat any kind of vicious fraud- comply with it literally, adding nothing of your own to disguise it's nature". Christ said in the sermon on the mount, "For I say unto you, that except your righteousness shall exceed the righteousness of the scribes [the lawyers and bureaucrats of the day] and Pharisees, ye shall in no wise enter into the kingdom of heaven." (Matthew 5:20 KJV)

"Perhaps you may consider whether the remedy will not be worse than the evil; but if it is such a nature that it requires you to be the agent of injustice to another [by complying with an unjust system] I say, break the Law.  Let your life be a counter friction to stop the machine. What I have to do is to see, at any rate, that I do not lend myself to the wrong which I condemn" (Thoreau).  Is there but one just man?

We vote with our eyes, our dollars and our clicks, find out more at www.DollarsVoteLouder.com and www.PeasantsPerspective.com

*********************************************************************************************

**Common Sense: Applied Today- Introduction – Recorded 1/25-29/2024 .**

    When many people refer to the spirit of 1776, many hearken to thoughts of a violent revolution. But a true student of this Republic is first drawn to the spirit, the under pinning thoughts of 1776. Thomas Payne published his book, or pamphlet, on January 10, 1776. This book at the time, even compared to books today, was one of the most widely circulated pieces of literature in world history.

    The "Common Sense" Payne applies to the examination of the rule of kings, and proper form of Government, is as relevant today as it was in 1776. Payne starts out by acknowledging that when people have "…a long habit of not thinking a thing wrong, gives it a superficial appearance of being right…". Anytime any system becomes "custom", people will often defend it, simply because they have not examined it. Payne states that something wrong, but not examined, the people will "…raise at first a formidable outcry in defense of custom". Under honest examination, "…time makes more converts than reason".

    Payne observes that so long as people, or the majority, can go along to get along, they will rarely examine the nature of the rule to which they are subject under the lens of common sense. That until aggrieved, they may not examine things "not right". That once the good people of this country are grievously oppressed, "…they have a undoubted privilege to inquire into the pretension (or reasons for)…and equally reject the usurpation."

    Referring to the power held over the people by a de facto government imposed upon the people, Payne accurately states, "The cause of America is, in a great measure the cause of all mankind. Many circumstances have, and will arise, which are not local, but universal, and through which the principles of all lovers of mankind are affected". Payne understood that the Country of America was literally the land and her people. The Government of England, through the crown, was not the Country. Today the same can be said of D.C.….D.C. is not the country.The District of Columbia has come to represent, and in many ways mirrors, in deed, the same forms and functions that the crown did in 1776.

-Taylor

*********************************************************************************************