21CR91
[handwritten note]
Royce C. Lamberth
U.S.D.J. 4/20/[24]

To the Honorable Judge Royce C. Lamberth,

My name is Marie Johnatakis. Taylor Johnatakis and I have been married for 19 years, coming up this April. We have had six children, including our third, a little boy that passed away at 1 week old. I met Taylor while we were both serving missions for our church in Brazil. Two years after we had met in Brazil we met again and have been together ever since. Taylor has been a loving husband to me and an incredible father to our children. He has been involved in our community as a scout leader, sports coach and helped many neighbors and friends with things that have come up over the years.

After we got married we worked at two different scout camps, managed a women's college housing apartment and had our first little girl. During this time we both finished up our bachelor's degrees, his in Political Science and mine in Child Development. After college we made a couple stops and eventually landed in Washington, where we have lived for the past 15 years. While in Washington I have been able to homeschool my five children, with our oldest finishing up her last two years of highschool at a community college in our area. She will graduate with her Associate's Degree in June and hopes to attend a 4 year University in the fall. We also have 4 boys, ages 14, 11, 6 and 5. Taylor has been an amazing mentor, teacher and father to all of our children and has been the sole income earner for our family. I have dabbled in teaching preschool, teaching piano and selling real estate over the years, but Taylor has been our main source of income.

Taylor has been an incredible husband and father and his loss has been felt deeply. Since his incarceration two of my children, in particular, have had severe emotional problems. My oldest son has been a huge support to his younger siblings, but the ripple of not having their father in our home has been felt by everyone. For me, trying to support our family and still be around for my children has been an almost impossible job. I have received so much help from neighbors, family and heaven and I am truly grateful. We will have to move from our home soon, because of this situation, and that also has been sad and difficult to deal with.

Taylor holds no ill will for you judge, or the prosecution. This has been a huge learning experience for us and we hope that we can make the best of whatever is to come. Taylor is a loving and amazing husband and has always been a contributor to the communities we have lived in. I would ask that you please consider all of this when you make your decision on sentencing.

Thank you for reading. I, with you, hope for a better future for our country and for the people here.

Sending with much love,
Marie Johnatakis

21Cr. 91
Let this be filed
Royce C. Lamberth
U.S.D.J. 4/2/24

March 17, 2024

To The Honorable Judge Lamberth,

I have known Taylor Johnatakis for about 19 years. As a young, married man I saw him work very hard to support his family. While attending college he held down a electrical installation job.

As time passed I saw him determined an eager to find ways to improve himself & while doing so increased his ability to provide for his growing family.

I know him to be faithful to his wife, kind & fun with his children. Taylor loves history. His mind is always learning & loves to share as he learns. He is not vendictive at all. He is willing to right any wrongs that may occur as life goes along. I →

am happy to be acquainted with him.

Sincerely,

Eloise Carlson

The Honorable Royce C Lamberth.

333 Constitution Avenue N.W.

Washington D. C. 20001

The purpose of this letter is to write in support of Taylor Johnatakis, who is scheduled to be sentenced by you on April 3, 2024 for his participation in the January 6, 2020 demonstration outside the capital building. I have known Taylor and his family for 15 years as they have lived directly across the street from me and I have found them to be the best possible of neighbors. I have watched the family grow from two children when they moved into the neighborhood to the current five children, who have been home schooled by his wife, Marie.

Taylor is college educated, with a degree in Political Science, and the principals of common sense, and practicing the principles of his faith. He is an active member of our community, volunteering to coach young people in sporting activities and the boy scouts. He is not a threat to anyone, not now or at anytime during the past 15 years that I have known him. His absence from our community since his incarceration in November 2023 has been a loss for our community. The most serious loss is to his wife and 5 children who are struggling to adjust to life without their principal bread winner, Taylor.

Taylor has owned his own business and been the sole provider for his family, both before and after the January 6, demonstration. He has never been a threat to anyone during that time. I struggle to understand what "good" will be served from his incarceration, forcing the very real hardship for his wife and 5 children. As you consider the length of time you choose to incarcerate Taylor, I ask you to also consider how your decision will impact his family of 6 and the loss to our community. Thanks in advance for your consideration.

Tom Nielsen

Tom Nielsen

29477 Gamble Pl NE

Kingston, WA. 98346

March 15, 2024

21cr91
Let this be filed.
Royce C. Lamberth
U.S.D.J. 4/2/24

Honorable Judge Royce Lamberth,

I am writing on behalf of Taylor Johnatakis. He is one of the inmates now incarcerated in the JPod at the DC jail. I am asking for you to allow him to come back to his family with time served at his sentencing trial on April 3rd.

I have been a neighbor of the Johnatakis family for the past 15 years. I have watched their family grow and the parenting of Taylor and Marie over the years. They are the most engaged and loving parents I have known and had the pleasure to witness as these children grew. Always taking their children on learning adventures and teaching them family chores at home. They eat every night together, pray together and go about the neighborhood helping anyone that needs help no matter what the situation. If all families were as close and caring as this one, the world would be such a better place. The situation that happened at the Capital that Taylor is accused of is unfortunate. He is the farthest from a "criminal" as anyone we know.

His involvement was so minimal compared to what has gone on in other areas in the country, such as our Seattle Washington Capital Hill "Summer of Love" as our Mayor called it. The punishment that is before him should not be any more harsh than those who were involved in the Capital Hill riot. It is sad to see the double standards that are so obvious and unfair. He is a good citizen with a business he owned, involved as a leader with his boys in Boy Scouts, a contributor to community efforts when needed and basically an asset to humanity. To take him away from his young family leaving his wife who has spent her past years home schooling and tending to this family creating amazing little beings to go out in this world to do good would be a tragedy. His income is sole means of their livelihood. These kids need their father, not to be punished by our system for a mistake their father made to attend the day on January 6th to have a voice.

If there is mercy in this world for those who set out with good intentions and ended up in a crowd of orchestrated out of control protesters, this would be a warranted time to give mercy. He did NOT set out to hurt anyone or purposely destroy property. This would be a time to assess the TIME given the CRIME.

On behalf of some of our neighbors, i ask you to give these children their father back, they are grieving and miss him so much. They are at such a vulnerable stage in life and need him for guidance. Please find it in your heart to give him back to his family.

Thank you in advance for your consideration,

Patricia Campbell

Neighbor.

Dear Judge Lamberth,

I am writing on behalf of my son in law Taylor Johnatakes.

I have been around Taylor for over 18 years and have seen his character and his priorities. It is true that he has a conservative constitutional view to our country. He loves the story of our country and is passionate in defending the principles upon which this country was founded. One thing he is not, and that is violent in anyway. To my knowledge he has never been involved in any untoward situations where violence or intimidating threats were exchanged. He has always been more than peaceful and loving to family and those around him.

Taylor has a family with small children and has been the financial provider for these 5 kids and his wife.

I hope when his sentencing comes these factors will be taken into account.

Sincerely
John Carlson