UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAYLOR JOHNATAKIS,<br><br>    Defendant. | Case No. 1:21-cr-00091-RCL |

## NOTICE OF APPEAL

Christopher Black, appointed standby counsel for Defendant Taylor Johnatakis, respectfully files this Notice of Appeal to the United States Court of Appeals for the District of Columbia Circuit on behalf of Mr. Johnatakis. Mr. Johnatakis appeals the judgment of the Court, entered April 8, 2024 (Dkt. No. 275).

Mr. Johnatakis is currently in the custody of the Bureau of Prisons at FDC Philadelphia.

The Court previously appointed counsel pursuant to the Criminal Justice Act. As such, filing and docketing fees do not accompany this notice.

Undersigned counsel does not wish to be appointed as counsel on appeal and requests that new counsel be appointed should Mr. Johnatakis decide that he wants counsel.

Respectfully submitted this 12th day of April, 2024.

                    BLACK & ASKEROV, PLLC

                    */s/*

                    Christopher Black, Bar ID # WA0023
                    Standby Counsel for Taylor Johnatakis
                    705 Second Avenue, Suite 1111
                    Seattle, WA  98104
                    Phone:     206.623.1604
                    Fax:       206.658.2401
                    Email:     chris@blacklawseattle.com