# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TAYLOR JAMES JOHNATAKIS, | CASE NO. 21-cr-00091-RCL-03 |

## NOTICE OF APPEARANCE

Pursuant to implementation of the CM/EMF procedures in the United States District Court for the District of Columbia, Daniel J. Yadron, Jr., Federal Defenders of San Diego, Inc., hereby files this Notice of Appearance as co-counsel in the above-captioned case.

Respectfully submitted,

DATED: October 1, 2024

*/s/ Daniel J. Yadron*
DANIEL J. YADRON, Jr.
California State Bar No. 336765
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(619) 234-8467/Fax: (619) 687-2666
Attorneys for Mr. Johnatakis